Exhibit A



**NEW! MORE COMFORTABLE**

**L Large**

Guaranteed Fit

THE DOCTOR'S® Night Guard

**Guaranteed Fit**

Most of our customers are able to obtain an excellent fit the first time they try. However, if you are not completely satisfied with the fit and comfort of this product, or if you purchased the wrong size for your mouth, please return the unsatisfactory product to us and we'll send you a new one. We offer this to provide you with a comfortable and effective dental protector.

We want you to have relief from night time teeth grinding and promise to make the exchange as rapidly as possible. At the longest however, it may take as much as 3 weeks to process your request.

THE DOCTOR'S®

# Night Guard

Dental Protector
For Night Time Teeth Grinding



CONTENTS:
Dental Protector, Container
and Fitting Instructions
Large

Relieve the nightly grind®

6
008697
02/06

**EXHIBIT A**



**Caution:**
While The Doctor's NightGuard may be similar in appearance to athletic mouthguards, it is not to be used for that purpose. If you wear braces, dentures or other dental appliances, talk to your dentist before using this product.

The Doctor's NightGuard is *not recommended* for people who experience "clicking" of the jaw and/or have been diagnosed with TMJ problems. This is not to be used by children under 12 years of age.

**This product is not to be used to diagnose, cure, mitigate, treat or prevent disease or other medical condition, or to affect the structure or function of the body.**

www.dentalconcepts.com



### DOCTOR'S ®

# Night Guard
Dental Protector
for Night Time Teeth Grinding

## Custom Fit in Minutes
The Doctor's NightGuard is similar to the dental protector recommended by many dentists - *only you do the fitting yourself in about five minutes.* Complete fitting instructions are inside the package and there is a toll-free number to call for extra help.

## Size Guidelines
Mouth size and body type don't always correspond but as a general rule, choose the size based on the closest description of your height.



Actual Size

|  | Small | Medium | Large |
|---|---|---|---|
| Men | Under 5' 6" Tall | 5' 6" - 5' 8" | 5' 8" + |
| Women | Under 5' 4" Tall | 5' 4" - 5' 7" | 5' 7" + |

The fitting process will allow for the necessary fine tuning.

© 2005 Dental Concepts  Paramus, NJ 07652  Distributed by Dental Concepts
Patent #382,965,5,566,684  Made in U.S.A.          P/N# NGLERBA-01