Exhibit B

FDA > CDRH > 510(k) Premarket Notification Database Search                               Page 1 of 1



510 (k) | Registration | Listing | Adverse Events | PMA | Classification | CLIA

CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

New Search                                              Back To Search Results

## 510(k) Premarket Notification Database

| | |
|---|---|
| Device Classification Name | Mouthguard |
| 510(K) Number | K053580 |
| Device Name | DOCTOR'S NIGHTGUARD |
| Applicant | DENTAL CONCEPTS LLC. 555 Thirteenth Street, Nw Washington, DC 20004 |
| Contact | Howard M Holstein |
| Classification Product Code | MQC |
| Date Received | 12/22/2005 |
| Decision Date | 03/03/2006 |
| Decision | Substantially Equivalent (SE) |
| Classification Advisory Committee | Dental |
| Review Advisory Committee | Dental |
| Statement/Summary/Purged Status | Summary Only |
| Summary | Summary |
| Type | Traditional |
| Reviewed By Third Party | No |
| Expedited Review | No |

Database Updated 4/05/2007

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfPMN/pmn.cfm?ID=20343                  4/11/2007

**EXHIBIT B**

 DEPARTMENT OF HEALTH & HUMAN SERVICES     Public Health Service

MAR 3 2006

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

Dental Concepts Limited Liability Corporation
C/O Mr. Howard M. Holstein
Hogan & Hartson Limited Liability Partnership
555 Thirteenth Street, NW
Washington DC 20004

Re: K053580
    Trade/Device Name: Doctor's Nightguard
    Regulation Number: Unclassified
    Regulation Name: None
    Regulatory Class: None
    Product Code: MQC
    Dated: December 22, 2005
    Received: December 22, 2005

Dear Mr. Holstein:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to such additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Page 2 – Mr. Howard M. Holstein

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); good manufacturing practice requirements as set forth in the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

This letter will allow you to begin marketing your device as described in your Section 510(k) premarket notification. The FDA finding of substantial equivalence of your device to a legally marketed predicate device results in a classification for your device and thus, permits your device to proceed to the market.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Office of Compliance at (240) 276-0115. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21CFR Part 807.97). You may obtain other general information on your responsibilities under the Act from the Division of Small Manufacturers, International and Consumer Assistance at its toll-free number (800) 638-2041 or (301) 443-6597 or at its Internet address http://www.fda.gov/cdrh/industry/support/index.html.

Sincerely yours,

Chiu Lin, Ph.D.
Director
Division of Anesthesiology, General Hospital,
  Infection Control and Dental Devices
Office of Device Evaluation
Center for Devices and
  Radiological Health

Enclosure

## Indications for Use Statement

510(k) Number (if known): K053580

Device Name: Doctor's® NightGuard™

Indications for Use:

The Doctor's NightGuard is indicated for protection against bruxism or nighttime teeth grinding. It is intended to reduce damage to the teeth and to prevent the noise associated with bruxing or grinding.

Prescription Use _____          AND/OR          Over-The-Counter Use _X_
(Part 21 C.F.R. 801 Subpart D)                  (21 C.F.R. 807 Subpart C)

(PLEASE DO NOT WRITE BELOW THIS LINE -- CONTINUE ON ANOTHER PAGE IF NEEDED)

---

Concurrence of CDRH, Office of Device Evaluation (ODE)

*[signature: Susan Runner]*

... General Hosp...
... Dental Devices

K053580

Page ___ of ___

5

K053580

MAR 3 2006

# 510(k) SUMMARY

## Dental Concepts The Doctor's® NightGuard™

**Submitter's Name, Address, Telephone Number, Contact Person and Date Prepared**

Hogan & Hartson, LLP
555 13th Street, N.W.
Washington, D.C. 20004

Contact:     Howard M. Holstein

Phone:       (202) 637-5600
Facsimile:   (202) 637-5910

Date Prepared:     December 22, 2005

**Name of Device and Name/Address of Sponsor**

Doctor's® NightGuard™

Dental Concepts, LLC
650 From Road
Paramus, NJ 07652

Contact Person:   Michael Lesser, President
Phone:            (201) 225-2151
Facsimile:        (201) 576-9780

**Common or Usual Name**

Dental Protector

**Classification Name**

Unclassified

7

\\\DC - 24796/0001 - 2213912 v8

**Predicate Devices**

    Dental Concepts BruxGuard
    Hollywood Products Mouth Peace
    GEM Scientific Products, Inc. Tension Reliever

**Intended Use / Indications for Use**

The Doctor's NightGuard is indicated for protection against bruxism or nighttime teeth grinding. It is intended to reduce damage to the teeth and to prevent the noise associated with bruxing or grinding.

**Technological Characteristics**

The Doctor's NightGuard is composed of a soft, formable clear upper material, made of ELVAX® resin, a copolymer of ethylene and vinyl acetate, and a hard occlusal base, which cushions the teeth. The base is composed of Elvaloy®, a copolymer of ethylene and methyl acrylate containing 9% methyl acrylate. When heated and then briefly cooled, the upper material can be molded to fit the user's upper teeth. The hard base prevents bite-through by users with moderate to severe nocturnal bruxing. The shock absorbing polymer material cushions the teeth on all sides.

**Performance Data**

No performance data is required in support of this 510(k) notice.

**Substantial Equivalence**

The Doctor's NightGuard is as safe and effective as Dental Concepts' BruxGuard. The two devices are physically the same. The labeling for the Doctor's NightGuard has been revised to make it suitable for OTC use. Because the two devices are the same, the Doctor's NightGuard possesses the same technological characteristics and principles of operation and a similar intended use as the BruxGuard predicate device. The Doctor's NightGuard also has similar intended uses and indications as the Hollywood Products Mouth Peace and the GEM Scientific Products, Inc. Tension Reliever, which were sold over the counter, like the NightGuard. Thus, the Doctor's NightGuard is substantially equivalent.