Exhibit C

Case 7:07-cv-03302-KMK-LMS   Document 1-4   Filed 04/24/2007   Page 1 of 3



**EXHIBIT C**

