Exhibit G

Case 7:07-cv-03302-KMK-LMS    Document 1-8    Filed 04/24/2007    Page 1 of 3



**EXHIBIT G**

