Exhibit H

# Nite Protector
### Dental Protector For Night Time Grinding of Teeth
### FITTING INSTRUCTIONS

  

*Top View Before Fitting*  *Bottom View Before Fitting*  *View of Product After Fitting*

## Relief is Minutes Away!

You have just made an important investment in your smile and your health! You can now custom-fit the Nite Protector to keep your teeth from being damaged by night time clenching and grinding.

**TO ASSURE THE BEST FIT**
1. BEFORE starting your custom fitting, please read the following instructions COMPLETELY. You can also view a video of how to fit the Nite Protector, by going online to www.restassurednite.com.
2. Assemble all the materials needed before starting to actually fit the product.

**WHAT YOU WILL NEED**
1. A pot for boiling water filled with 3-4 inches of water 
2. A small bowl filled with one cup of cold water 
3. A large metal serving spoon
4. A mirror
5. A clock with a second hand for timing fitting steps in seconds

You are now ready to fit your Nite Protector by following these easy instructions:

### STEP 1: TEST FITTING

A. Position the Nite Protector in your mouth with the centering notch lined up with the space between your two front teeth (see diagram). Choose either your upper OR your lower teeth. Upper teeth are recommended. If you have dental work or orthodontia, you may choose the lower teeth. It is required to choose one or the other at this point in the fitting!



B. Rest your teeth in the "channel" of the Nite Protector (see diagram). Bite down slightly to make a light impression of your bite. The "arms" should just reach the end of your back molars.



C. If the arms extend beyond your back molars, cut them down using a sharp knife or single-edge razor, using the Trim Guide Notches on the bottom of the Nite Protector as a guide. To avoid cutting the device too small, try starting with the notches closest to the end of the arms, repeating steps A & B above, as necessary, until you have the right size (see diagram).



D. If the arch of the device seems too narrow or wide, this will be adjusted during the final fitting.

### STEP 2: FINAL FITTING

**BOIL**

A. Bring water to a rolling boil and let boil for 1 minute.

B. Drop the Nite Protector into the boiling water, bottom side down and boil for EXACTLY 30 seconds.

C. Use the serving spoon to take the Nite Protector out of the boiling water and dunk it in the bowl of cold water for 1 second to cool it down.

**BITE**

D. Place the Nite Protector in your mouth, centering it and adjusting the arms for a comfortable fit to your arch. Very gently bite into the Nite Protector just enough to make an impression of your teeth. At the same time, place your tongue on the roof your mouth and suck in to get a tighter fit that will hold the Nite Protector comfortably in place on your upper teeth.

**SHAPE**

E. Using the thumb and forefinger of each hand, shape the Nite Protector around your upper teeth and up to the gum line by pinching evenly around the arch from the front teeth to the molars.

F. Maintain the Nite Protector in fitted position for 30 seconds before removing.

**FINISH AND STORE**

G. Once a good fit has been achieved, remove the Nite Protector and place it back into the bowl of cold water for 30 seconds to allow the mold to "set".

H. Remove from water, peel off the white "Bottom Support" strip and you are finished!

I. When not in use, store your Nite Protector in the ventilated case provided.

J. Clean your Nite Protector after each use by thoroughly rinsing with cold water or mouthwash. For further cleaning, you may brush your Nite Protector periodically with a soft toothbrush.

**CONGRATULATIONS!**

You have created your custom Nite Protector to relieve the effects of night time clenching and grinding of teeth.

**COMMONLY ASKED QUESTIONS**

**Q.** How long can I use my Nite Protector before replacing it?

**A.** The average user gets 6 to 12 months of use from a Nite Protector before needing a replacement. This will vary based on the force of your night time clenching and/or grinding.

**Q.** How should I care for my Nite Protector?

**A.** Clean your Nite Protector after each use by thoroughly rinsing it with cold water or mouthwash. For further cleaning, you may brush your Nite Protector periodically with a soft toothbrush. Thoroughly dry it and then store it in the ventilated case provided.

**Q.** What does my guarantee cover?

**A.** The Nite Protector has been developed and designed to ensure an excellent fit on the first try. However, if you are not completely satisfied with the fit and comfort of the Nite Protector and you would like to try to fit it again, we'll send you a new one. Just fill out the survey below and we will send you a replacement product and some additional fitting tips as soon as possible (within 3 weeks).

**IMPORTANT NOTES:**
- The Nite Protector has been designed to be worn comfortably through the night. If pain does occur, immediately remove and stop using the device and confer with your dental professional. It may take a week or so to become accustomed to wearing the Nite Protector.
- This product does not contain latex or silicone.

**WARNING**
**Do Not Use:**
- If you are under 18 years of age
- If you wear braces or other dental appliances
- If you have loose teeth
- If you have been diagnosed with temporo-mandibular joint (TMJ) problems
- If you are currently experiencing pain in the mouth or jaw because of tooth clenching or grinding
- As an athletic mouth guard. The Nite Protector does not absorb shock.
- For more than three months from initial use without consulting your dentist. See dentist every six months thereafter while using this product

**Ask a dentist before use if you have:**
- Loose caps or fillings, or cavities without fillings
- Clicking of your jaw
- Pain in your teeth, jaw, face, or if you have trouble chewing
- Two or more missing teeth
- Sores in your mouth
- Disease or bleeding of the gums
- Serious breathing, respiratory, or other health problems

**Discontinue use and consult a dentist if:**
- The same symptoms continue after several weeks of use
- The Nite Protector easily falls out of your mouth
- The Nite Protector is uncomfortable or causes you to gag
- You have soreness, bleeding or other irritation inside of your mouth
- You notice new symptoms such as pain in your jaw, teeth, ear, neck stiffness, headache, or joint clicking after using the Nite Protector
- You have loose teeth or a change in your bite that lasts more than a few minutes after removing the Nite Protector

The Nite Protector has not been designed to diagnose, cure, mitigate, treat or prevent disease or other medical conditions, or to affect the structure or function of the body.

**GUARANTEED TO FIT**
The Nite Protector has been developed and designed to ensure an excellent fit on the first try. However, if you are not completely satisfied with the fit and comfort of the Nite Protector and you would like to try to fit it again, we'll send you a new one. Just fill out the survey below and we will send you a replacement product and some additional fitting tips as soon as possible (within 3 weeks). Please enclose your cash register receipt dated within the past 8 weeks and the UPC Code from the package.
THERE IS NO NEED TO RETURN THE USED PRODUCT. JUST RETURN THE SURVEY, CASH REGISTER RECEIPT AND UPC TO:

**ADDRESS:** Rest Assured™, P.O. Box 8877, Grand Rapids, MI 49518-8877

We appreciate the important step you have taken to relieve your night time clenching and/or teeth grinding by purchasing the Nite Protector. To continuously improve our product and services, we need to hear from our users. We would appreciate it if you would share your experience with us by completing the survey below or visit our website at:
www.restassurednite.com

Name_____

Address_____

City_____ State_____ Zip Code_____

Are you taking advantage of our Guaranteed Fit offer?  ☐ Yes  ☐ No
Is this your first purchase of the Nite Protector?  ☐ Yes  ☐ No
Have you ever used another kind of night time dental protector?  ☐ Yes  ☐ No
Where did you purchase the Nite Protector?_____
How could we have helped you have an easier time custom fitting the Nite Protector?
_____
_____

Additional Comments or Success Stories_____
_____

**THANK YOU! YOUR INPUT IS TRULY VALUED!** Please mail this survey along with your receipt dated within the past 8 weeks and UPC Code to: Rest Assured™, P.O. Box 8877, Grand Rapids, MI 49518-8877.                                                      23368

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br> 90 North Broadway <br> Irvington, New York 10533 <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC, <br> 4701 East Paris Avenue <br> Grand Rapids, MI 49512 <br><br> and <br><br> CVS PHARMACY, INC., <br> One CVS Drive <br> Woonsocket, RI 02895 <br><br> Defendants. | 07-CV-3302 WP4 <br><br> CORPORATE DISCLOSURE STATEMENT <br><br>  |

The undersigned counsel of record for Plaintiff Medtech Products Inc. ("Medtech"), pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, states that Medtech has the following parent corporations, subsidiaries not wholly owned, and publicly held companies that own 10% or more of its stock. either directly or indirectly:

Medtech Holdings, Inc.

Prestige Brands, Inc.

Prestige Products Holdings, Inc.

Prestige Brands International, LLC

Prestige International Holdings, LLC

Prestige Brands Holdings, Inc.

**Dated: April 24, 2007.**

                                           Respectfully submitted,

                                           ALSTON & BIRD LLP

                                           By: _____
                                               Karl Geercken (KG 5897)
                                               Amy Manning (AM 0338)
                                         90 Park Avenue
                                         New York, New York 10016-1387
                                         (212) 210-9471 (phone)
                                         (212) 210-9444 (facsimile)
                                         karl.geercken@alston.com
                                         amy.manning@alston.com

                                         Of Counsel:

                                         Todd R. David, GA Bar Number 206526
                                         ALSTON & BIRD LLP
                                         One Atlantic Center
                                         1201 West Peachtree Street
                                         Atlanta, Georgia 30309-3424
                                         todd.david@alston.com

                                         W. Edward Ramage, TN BPR No. 16261
                                         BAKER, DONELSON, BEARMAN,
                                             CALDWELL & BERKOWITZ, P.C.1800
                                         Commerce Center, Suite 1000
                                         211 Commerce Street
                                         Nashville, Tennessee 37201
                                         (615) 726-5600
                                         eramage@bakerdonelson.com

                                         Carl M. Davis II, GA Bar Number 207710
                                         BAKER, DONELSON, BEARMAN,
                                             CALDWELL & BERKOWITZ, P.C.1800
                                         Six Concourse Parkway
                                         Suite 3100
                                         Atlanta, Georgia 30328

(678) 406-8700
cdavis@bakerdonelson.com

Micheline Kelly Johnson, TN BPR No. 13847
Clinton P. Sanko, TN BPR No. 23354
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee  37450-1800
(423) 756-2010
mjohnson@bakerdonelson.com
csanko@bakerdonelson.com

Attorneys for Plaintiff
Medtech Products Inc.