IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC.,<br>90 North Broadway<br>Irvington, New York 10533<br><br>Plaintiff,<br><br>v.<br><br>RANIR, LLC,<br>4701 East Paris Avenue<br>Grand Rapids, MI 49512<br><br>and<br><br>CVS PHARMACY, INC.,<br>One CVS Drive<br>Woonsocket, RI 02895<br><br>Defendants. | 07 CV 3302<br><br>CORPORATE DISCLOSURE<br>STATEMENT |



The undersigned counsel of record for Plaintiff Medtech Products Inc. ("Medtech"), pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, states that Medtech has the following parent corporations, subsidiaries not wholly owned, and publicly held companies that own 10% or more of its stock. either directly or indirectly:

Medtech Holdings, Inc.

Prestige Brands, Inc.

Prestige Products Holdings, Inc.

Prestige Brands International, LLC

Prestige International Holdings, LLC

Prestige Brands Holdings, Inc.

**Dated: April 24, 2007.**

                                  Respectfully submitted,

                                  ALSTON & BIRD LLP

                                  By: _____
                                      Karl Geercken (KG 5897)
                                      Amy Manning (AM 0338)
                                90 Park Avenue
                                New York, New York 10016-1387
                                (212) 210-9471 (phone)
                                (212) 210-9444 (facsimile)
                                karl.geercken@alston.com
                                amy.manning@alston.com

Of Counsel:

Todd R. David, GA Bar Number 206526
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
todd.david@alston.com

W. Edward Ramage, TN BPR No. 16261
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.1800
Commerce Center, Suite 1000
211 Commerce Street
Nashville, Tennessee 37201
(615) 726-5600
eramage@bakerdonelson.com

Carl M. Davis II, GA Bar Number 207710
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.1800
Six Concourse Parkway
Suite 3100
Atlanta, Georgia 30328

(678) 406-8700
cdavis@bakerdonelson.com

Micheline Kelly Johnson, TN BPR No. 13847
Clinton P. Sanko, TN BPR No. 23354
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee  37450-1800
(423) 756-2010
mjohnson@bakerdonelson.com
csanko@bakerdonelson.com

Attorneys for Plaintiff
Medtech Products Inc.