IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br> 90 North Broadway <br> Irvington, New York 10533 <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC, <br> 4701 East Paris Avenue <br> Grand Rapids, MI 49512 <br><br> and <br><br> CVS PHARMACY, INC., <br> One CVS Drive <br> Woonsocket, RI 02895 <br><br> Defendants. | 07 CV 3302 <br><br> CORPORATE DISCLOSURE STATEMENT |



The undersigned counsel of record for Plaintiff Medtech Products Inc. ("Medtech"), pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, states that Medtech has the following parent corporations, subsidiaries not wholly owned, and publicly held companies that own 10% or more of its stock, either directly or indirectly:

Medtech Holdings, Inc.

Prestige Brands, Inc.

Prestige Products Holdings, Inc.

Prestige Brands International, LLC

Prestige International Holdings, LLC

Prestige Brands Holdings, Inc.

**Dated: April 24, 2007.**

                              Respectfully submitted,

                              ALSTON & BIRD LLP

                              By: _____
                                  Karl Geercken (KG 5897)
                                  Amy Manning (AM 0338)
                              90 Park Avenue
                              New York, New York 10016-1387
                              (212) 210-9471 (phone)
                              (212) 210-9444 (facsimile)
                              karl.geercken@alston.com
                              amy.manning@alston.com

                              Of Counsel:

                              Todd R. David, GA Bar Number 206526
                              ALSTON & BIRD LLP
                              One Atlantic Center
                              1201 West Peachtree Street
                              Atlanta, Georgia 30309-3424
                              todd.david@alston.com

                              W. Edward Ramage, TN BPR No. 16261
                              BAKER, DONELSON, BEARMAN,
                                  CALDWELL & BERKOWITZ, P.C.1800
                              Commerce Center, Suite 1000
                              211 Commerce Street
                              Nashville, Tennessee  37201
                              (615) 726-5600
                              eramage@bakerdonelson.com

                              Carl M. Davis II, GA Bar Number 207710
                              BAKER, DONELSON, BEARMAN,
                                  CALDWELL & BERKOWITZ, P.C.1800
                              Six Concourse Parkway
                              Suite 3100
                              Atlanta, Georgia  30328

(678) 406-8700
cdavis@bakerdonelson.com

Micheline Kelly Johnson, TN BPR No. 13847
Clinton P. Sanko, TN BPR No. 23354
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee  37450-1800
(423) 756-2010
mjohnson@bakerdonelson.com
csanko@bakerdonelson.com

Attorneys for Plaintiff
Medtech Products Inc.