# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### 300 QUARROPAS STREET
### WHITE PLAINS, NEW YORK 10601
### 914 390 4130

Chambers of                                          April 30, 2007
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

## SCHEDULING ORDER
07CV3302(WP4)(LMS)

Karl Geercken
Alston & Bird, LLP(NYC)
90 Park Avenue
New York, NY 10016

The matter of   **MEDTECH-V-RANIR**   has been scheduled  for a

conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on

June 28, 2007 at 11:30AM  in Courtroom 420.

**Parties shall submit an agreed upon scheduling order ( a sample is available on Judge
Smith's website at www.nysd.uscourts.gov) on or before this appearance date.**

**Please notify all other parties of this schedule**

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: