AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Medtech Products, Inc.
v.
Ranir, LLC & CVS Pharmacy, Inc.

APPEARANCE

Case Number: 07cv3302

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Medtech Products Inc.,
90 North Broadway
Irvington, New York 10533

I certify that I am admitted to practice in this court.

April 30, 2007
Date

*[Signature]*

Amy Manning — AM0338
Print Name — Bar Number

Alston & Bird, LLP - 90 Park Avenue
Address

New York, New York 10016
City   State   Zip Code

(212) 210-9543   (212) 210-9444
Phone Number   Fax Number