AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

Medtech Products, Inc.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Ranir, LLC
CVS Pharmacy, Inc.

# 07 CV 3302

WP4

TO: (Name and address of defendant)

Ranir, LLC
4701 East Paris Avenue
Grand Rapids, Michigan 49512

CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, Rhode Island 02895

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karl Geercken, Esq.
Amy Manning, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

APR 2 4 2007

_____
DATE

_Marcos Quintero_

(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 3302

Date Filed: 4/24/2007

Plaintiff:
**MEDTECH PRODUCTS, INC**

vs.

Defendant:
**RANIR, LLC AND CVS PHARMACY, INC**

For:
Karl Geercken
ALSTON & BIRD LLP

New York, NY

Received by DEMOVSKY LAWYER SERVICE, INC. on the 26th day of April, 2007 at 9:19 am to be served on **CVS PHARMACY, INC, 1 C.V.S. Drive, Woonsocket, RI 02895**.

I, Paul G. Hughes, being duly sworn, depose and say that on the **26th day of April, 2007** at 11:45 am, I:

SERVED the within named CORPORATION by delivering a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT FOR INJUNCTIVE RELIEF AND MONEY DAMAGES; STANDING ORDER M10-468; PRELIMINARY ORDER IN CASE DESIGNATED TO WP4 CALENDAR; CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE; INDIVIDUALS PRACTICES OF MAGISTRATE JUDGE LISA M. SMITH AND CRITICAL INSTRUCTIONS** with the date and hour endorsed thereon by me to MARY ALICE KLEIBER, legal assistant (401) 770-3540 as Records Custodian.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5'3, Weight: 125, Hair: Blond, Glasses: N

I certify that I am a Rhode Island Constable licensed to serve civil process in the state of Rhode Island. I am over the age of eighteen years and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing instrument and the facts stated in it are true.

Paul G. Hughes
RI District Ct. Constable 6063

**DEMOVSKY LAWYER SERVICE, INC.**
**Suite 510**
**401 Broadway**
**New York, NY  10013**
**(800) 443-1058**
Our Job Serial Number: 2007161193
Ref: 122754

Before me on the 2nd day of May, 2007 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit.

NOTARY PUBLIC

S. L. MALLINSON, Notary Public
State of RI and Providence Plantations
My Commission Expires 8/16/2010

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g