# United States District Court

_____Southern_____    **DISTRICT OF** _____New York_____

Medtech Products, Inc.

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:

Ranir, LLC
CVS Pharmacy, Inc.

# 07 CV 3302

WP4

TO: (Name and address of defendant)

Ranir, LLC
4701 East Paris Avenue
Grand Rapids, Michigan 49512

CVS Pharmacy, Inc.
One CVS Drive
Woonsocket, Rhode Island 02895

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karl Geercken, Esq.
Amy Manning, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_Marcos Quintero_

(BY) DEPUTY CLERK

APR 2 4 2007

DATE

  **Demovsky Lawyer Service**

Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MEDTECH PRODUCTS, INC.,

                  Plaintiff,               Case No. 07 CV 3302 (WP4)(LMS/MDF/GAY)

          -against-                 AFFIDAVIT OF SERVICE

RANIR, LLC
CVS PHARMACY, INC.

                Defendants.
-------------------------------------------------------------X

STATE OF MICHIGAN    )
             S.S.:
COUNTY OF KENT      )

        TODD L. ROGERS, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 26th day of April, 2007, at approximately the time of 1:50 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUNCTIVE RELIEF AND MONEY DAMAGES; PRELIMINARY ORDER IN CASE DESIGNATED TO WP4 CALENDAR; STANDING ORDER; GUIDELINES FOR ELECTRONIC CASE FILING; CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE LISA MARGARET SMITH upon RANIR, LLP at 4701 East Paris Avenue, Grand Rapids, MI, by personally delivering and leaving the same with "JANE DOE" (refused to give name) who informed deponent that she holds the position of H.R. Manager with that company and is authorized by appointment to receive service at that address.

        "JANE DOE" is a white female, approximately 40 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 130 pounds with curly blond hair.

                       _____
                       TODD L. ROGERS

Sworn to before me this
_3_ day of May, 2007

_____
Kim B. Horan
Notary Public, Kent County, Michigan
My commission expires Mar 17, 2013
Acting in ____KENT____, MI

D.L.S., Inc.
401 Broad
Ste 510
NY, NY 1(
212-925-1:
www.dlsn'