UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Medtech Products, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>Ranir, LLC and CVS Pharmacy, Inc.<br><br>    Defendants. | Civil Action No. 07 CV 3302 (WP4) (LMS)<br><br>**<u>Notice of Appearance</u>** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel in this action for Defendant Ranir, LLC. I certify that I am admitted to practice in this court.

Dated: New York, New York
   May 15, 2007

                Respectfully submitted,

                WILMER CUTLER PICKERING HALE
                 AND DORR LLP

                s/ Rebecca M. McCloskey
                Rebecca M. McCloskey (RM-5580)
                399 Park Avenue
                New York, NY 10022
                (212) 230-8800
                (212) 230-8888 (fax)