UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Medtech Products, Inc.,

          Plaintiff,

    v.

Ranir, LLC and CVS Pharmacy, Inc.

          Defendants.

---

Civil Action No. 07 CV 3302 (WP4) (LMS)

**STIPULATION AND ORDER**

WHEREAS, plaintiff Medtech Products, Inc., filed its complaint in this matter (the "Complaint") on April 24, 2007, and defendants' answers are due on May 16, 2007;

WHEREAS, this is the first request by any of the parties for an extension;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among counsel for all parties, that defendants Ranir, LLC and CVS Pharmacy, Inc. shall have through and including June 15, 2007, to answer or otherwise respond to the Complaint. Karen L. Feisthamel, Esq., in-house counsel for defendant CVS Pharmacy, Inc., has advised the undersigned counsel that CVS Pharmacy, Inc. agrees to this extension.

Dated: May 15, 2007

| ALSTON & BIRD LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
|---|---|
| By: _____<br>Karl Geercken (KG 5897)<br>Amy Manning (AM 0338)<br>90 Park Avenue<br>New York, NY 10016-1387<br>(212) 210-9471 (telephone)<br>(212) 210-9444 (facsimile) | By: _____<br>Robert J. Gunther, Jr. (RG 6655)<br>Rebecca M. McCloskey (RM 5580)<br>399 Park Avenue<br>New York, NY 10022<br>(212) 230-8000 (telephone)<br>(212) 230-8888 (facsimile) |
| *Attorneys for Plaintiff Medtech Products, Inc.* | *Attorneys for Defendant Ranir, LLC* |

✓ SO ORDERED this 16 day of May, 2007

Hon. Lisa Margaret Smith, U.S.M.J.
Chief