AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 07 CV 03302-UA-LMS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DENTEK ORAL CARE, INC. (formerly 07 CV 03304 (CLB))

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/30/2007 | _(signature)_ |
| Date | Signature |
| | James H. Shalek           JS7767 |
| | Print Name                Bar Number |
| | Proskauer Rose LLP, 1585 Broadway |
| | Address |
| | New York         NY         10036 |
| | City         State         Zip Code |
| | (212) 969-3000    (212) 969-2900 |
| | Phone Number         Fax Number |