UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS, INC., <br>        Plaintiff, <br> v. <br> RANIR, LLC, et al., <br>        Defendants. | 07 CV 03302-UA-LMS <br><br> **RULE 7.1 STATEMENT** <br><br> ECF Filed |
| MEDTECH PRODUCTS, INC., <br>        Plaintiff, <br> v. <br> DENTEK ORAL CARE, INC., <br>        Defendant. | |
| MEDTECH PRODUCTS, INC., <br>        Plaintiff, <br> v. <br> POWER PRODUCTS, INC., <br>        Defendant. | |

   Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for __**Dentek Oral Care, Inc.**__ (a private non-governmental party) certifies that Dentek Oral Care, Inc. has no parent corporation and that no publicly held corporation owns 10% or more of its stock.


Date: May 30, 2007

s/ Alan Federbush
Alan Federbush (AF-5250)
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036-8299
Tel.: (212) 969-3000
Fax: (212) 969-2900