SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

*Fee paid $25⁰⁰ 565363*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Medtech Products, Inc.,    Plaintiff,

- against -

Dentek Oral Care, Inc.,    Defendant.

7   cv   03302   (JA)-L

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, James H. Shalek a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Gregory J. Sieczkiewicz
Firm Name:          Proskauer Rose LLP
Address:            One International Place
City/State/Zip:     Boston/Massachusetts/02110
Phone Number:       (617) 526-9734
Fax Number:         (617) 526-9899

Gregory J. Sieczkiewicz   is a member in good standing of the Bar of the States of Massachusetts

There are no pending disciplinary proceeding against Gregory J. Sieczkiewicz in any State or Federal court.

Dated:       5/30/2007
City, State: New York, NY

Respectfully submitted,

Sponsor's
SDNY Bar JS 7767
Firm Name: Proskauer Rose LLP
Address: 1585 Broadway
City/State/Zip: New York, NY 10036
Phone Number: (212) 969-3000
Fax Number: (212) 969-2900

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS, INC., <br>                    Plaintiff, <br> v. <br> RANIR, LLC, et al., <br>                    Defendants. | 07 CV 03302-UA-LMS <br><br> **DECLARATION OF JAMES H. SHALEK IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| MEDTECH PRODUCTS, INC., <br>                    Plaintiff, <br> v. <br> DENTEK ORAL CARE, INC., <br>                    Defendant. | |
| MEDTECH PRODUCTS, INC., <br>                    Plaintiff, <br> v. <br> POWER PRODUCTS, INC., <br>                    Defendant. | |

James H. Shalek, being an attorney duly admitted to practice before this court hereby declares as follows under penalty of perjury:

1. I am a member of the law firm of Proskauer Rose LLP, counsel of record for Defendant Dentek Oral Care, Inc. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Gregory J. Sieczkiewicz as counsel pro hac vice to represent Dentek Oral Care, Inc. in this matter.

2. I am a member in good standing of the bar of the State of New York to which I was admitted on March 18, 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Sieczkiewicz since 2006.

4. Mr.. Sieczkiewicz is an associate of the law firm of Proskauer Rose LLP, practicing primarily in that firm's Boston, MA office.

5. I have found Mr. Sieczkiewicz to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mr. Sieczkiewicz, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Gregory J. Sieczkiewicz, *pro hac vice,* which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requests that the motion to admit Gregory J. Sieczkiewicz, pro hac vice, to represent Dentek Oral Care, Inc. in the above captioned matter, be granted.

Dated: May 30, 2007
New York, NY
Notarized: [signature]
5/30/07

ALAN FEDERBUSH
Notary Public, State of New York
No. 5011470
Qualified in Westchester County
Commission Expires 7-19-07

Respectfully submitted,

[signature]
James H. Shalek (JS 7767)
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
Tel: (212) 969-3000

2

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-third** day of **June** A.D. **2005**, said Court being the highest Court of Record in said Commonwealth:

**Gregory James Sieczkiewicz**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifteenth** day of May in the year of our Lord **two thousand and seven**.



MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Medtech Products, Inc.,              Plaintiff,

                                                              7   cv  03302    (UA ) -LMS

           - against -
                                     Defendant.               **ORDER FOR ADMISSION**
Dentek Oral Care, Inc.,                                       **PRO HAC VICE**
                                                              **ON WRITTEN MOTION**

Upon the motion of   James H. Shalek     attorney for   Dentek Oral Care, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:   Gregory J. Sieczkiewicz

    Firm Name:          Proskauer Rose LLP

    Address:            One International Place

    City/State/Zip:     Boston/MA/02110

    Telephone/Fax:      (617) 526-9734

    Email Address:      gsieczkiewicz@proskauer.com

is admitted to practice pro hac vice as counsel for   Dentek Oral Care, Inc.    in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:   New York, NY

                                              United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS, INC.,<br>　　　　　　　　Plaintiff,<br>v.<br>RANIR, LLC, et al.,<br>　　　　　　　　Defendants. | 07 CV 03302-UA-LMS<br>(Consolidated)<br><br>**PROOF OF SERVICE** |
| MEDTECH PRODUCTS, INC.,<br>　　　　　　　　Plaintiff,<br>v.<br>DENTEK ORAL CARE, INC.,<br>　　　　　　　　Defendant. | |
| MEDTECH PRODUCTS, INC.,<br>　　　　　　　　Plaintiff,<br>v.<br>POWER PRODUCTS, INC.,<br>　　　　　　　　Defendant. | |

　　　　The undersigned does hereby certify that on June 1, 2007, I caused to be served a copy of **MOTION TO ADMIT COUNSEL PRO HAC VICE, DECLARATION OF JAMES H. SHALEK IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE, ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION and a certificate of good standing for Gregory J. Sieczkiewicz from the Commonwealth of Massachusetts** on the following counsel, by first class mail:

Karl Geercken
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
*Attorney for Plaintiff*
*Medtech Products, Inc.*

Rebecca Marie McCloskey
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
*Attorney for Defendant*
*Ranir, LLC*

Kathy Dutton Helmer
Kirkpatrick & Lockhart Preston Gates Ellis
One Newark Center, 10th Floor
Newark, NJ 07102
*Attorney for Defendant*
*Power Products, Inc.*

_____
Alan Federbush