**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

May 31, 2007

# SCHEDULING ORDER
07CV3302(WP4)(LMS)

Karl Geercken
Amy Suzanne Manning
Alston & Bird, LLP(NYC)
90 Park Avenue
New York, NY 10016



The pre-trial conference scheduled in the matter of __MEDTECH-V-RANIR__ for June 28, 2007 before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge is cancelled.

Notify all other parties of this schedule immediately.

SO ORDERED: /s/ Lisa Margaret Smith
———————————————
Hon. Lisa Margaret Smith
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: _____