**ORIGINAL**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Medtech Products, Inc.
                Plaintiff,

- against -

Ranir, Inc., and

CVS Pharmacy,

                Defendants.

07 Cv. 03302 (UA)(LMS)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

Medtech Products, Inc.
                Plaintiff,

- against -

Dentek Oral Care, Inc.,

                Defendants.

Medtech Products, Inc.
                Plaintiff,

- against -

Power Products, Inc.,

                Defendants.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Amy Manning, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    Michael S. Connor

    Firm Name:    Alston & Bird LLP

| | |
|---|---|
| Address: | 101 South Tyron Street, Suite 4000 |
| City/State/Zip: | Charlotte, North Carolina 28280 |
| Phone Number: | (704) 444-1022 |
| Fax Number: | (704) 444-1752 |

Michael S. Connor is a member in good standing of the Bar of the State of North Carolina.

There are no pending disciplinary proceedings against Michael S. Connor in any State or Federal court.

Dated: May 30, 2007

New York, NY

                                          Respectfully Submitted,

                                          _____
                                          Amy Manning (AM 0338)
                                          Alston & Bird LLP
                                          90 Park Avenue
                                          New York, NY 10016
                                          Tel. (212) 210-9543
                                          Fax (212) 210-9444

                                          *Attorneys for Plaintiff Medtech Products, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Medtech Products, Inc.

                Plaintiff,

- against -

Ranir, Inc., and

CVS Pharmacy,

                Defendants.

07 Cv. 03302 (UA)(LMS)

**AFFIDAVIT OF AMY MANNING**

**IN SUPPORT OF MOTION TO**

**ADMIT COUNSEL PRO HAC VICE**

Medtech Products, Inc.

                Plaintiff,

- against -

Dentek Oral Care, Inc.,

                Defendants.

Medtech Products, Inc.

                Plaintiff,

- against -

Power Products, Inc.,

                Defendants.

State of New York  )
                         ) ss:
County of New York  )

    Amy Manning, being duly sworn, hereby deposes and says as follows:

1.    I am an associate at Alston & Bird LLP, counsel for Plaintiff in the above captioned action.

    I am familiar with the proceedings in this case. I make this statement based on my personal

knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Michael S. Connor as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in July 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Michael S. Connor since 2004.

4. Mr. Connor is a partner at Alston & Bird LLP, in Charlotte, North Carolina.

5. I have found Mr. Connor to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Michael S. Connor, pro hac vice.

7. *I respectfully submit a proposed order granting the admission of* Michael S. Connor, *pro hac vice, which* is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michael S. Connor, pro hac vice, to represent the Plaintiff in the above captioned matter, be granted.

Dated: May 30, 2007

New York, NY

Respectfully submitted,

*/s/ Amy Manning*

Amy Manning (AM 0338)
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Tel. (212) 210-9543
Fax (212) 210-9444

*Attorneys for Plaintiff Medtech Products, Inc.*

Sworn to before me this 30 day of May, 2007

_____
Notary Public

YOLANDA SANCHEZ
Notary Public, State of New York
No. 01SA6157467
Qualified in Bronx County
Commission Expires Dec. 11, 2010

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



*I, Christie Speir Cameron, Clerk of the Supreme Court of North Carolina, do hereby certify that on September 9, 1988, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to*

### MICHAEL S. CONNOR

*according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.*

*To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.*

*WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this                May 10, 2007                .*

*Christie S. Cameron*
Christie Speir Cameron
Clerk of the Supreme Court
of the State of North Carolina

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Medtech Products, Inc.

                Plaintiff,

  - against -

Ranir, Inc., and

CVS Pharmacy,

                Defendants.

07 Cv. 03302 (UA)(LMS)

**ORDER OF ADMISSION**

**PRO HAC VICE**

**ON WRITTEN MOTION**

---

Medtech Products, Inc.

                Plaintiff,

  - against -

Dentek Oral Care, Inc.,

                Defendants.

Medtech Products, Inc.

                Plaintiff,

  - against -

Power Products, Inc.,

                Defendants.

---

Upon the motion of Amy Manning, attorney for Medtech Products, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Michael S. Connor

    Firm Name:    Alston & Bird LLP

|  |  |
|---|---|
| Address: | 101 South Tyron Street, Suite 4000 |
| City/State/Zip: | Charlotte, North Carolina 28280 |
| Phone Number: | (704) 444-1022 |
| Fax Number: | (704) 444-1752 |
| Email Address: | Michael.Connor@alston.com |

is admitted to practice pro hac vice as counsel for Medtech Products, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City, State:

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Medtech Products, Inc.
                Plaintiff,

   - against -                        07 Cv. 03302 (UA)(LMS)

Ranir, Inc., and                      **AFFIDAVIT OF SERVICE**

CVS Pharmacy,
                Defendants.
_____

Medtech Products, Inc.
                Plaintiff,

   - against -

Dentek Oral Care, Inc.,

                Defendants.
_____

Medtech Products, Inc.
                Plaintiff,

   - against -

Power Products, Inc.,

                Defendants.
_____

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF NEW YORK )

Carolyn Forrester, being duly sworn, deposes and says: that I am employed in the office of Alston & Bird LLP attorneys for Plaintiff Medtech Products, Inc. that on May 31, 2007, I served a true copy of the within Motion to Admit Counsel Pro Hac Vice, Affidavit of Amy Manning in Support of Motion to Admit Counsel Pro Hac Vice and the Proposed Order for Admission Pro Hac Vice on Written Motion by mailing a copy of the same in a postage-paid first-class envelope addressed as follows:

Robert J. Gunther, Jr.
Rebecca M. McCloskey
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
*Attorneys for Defendant Ranir, LLC*

Karen Feisthamel, Esq.
One CVS Drive
Woonsocket, RI 02895
*General Counsel for CVS Pharmacy, Inc.*

James H. Shalek
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
*Attorneys for Dentek Oral Care, Inc.*

Gerhard P. Shipley
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
*Attorneys for Power Products, Inc. (d.b.a. Splintek)*

Kathy Dutton Helmer
Kirkpatrick & Lockhart Preston Gates Ellis LLP
One Newark Center – 10th Floor
Newark, NJ 07102
*Attorneys for Power Products, Inc. (d.b.a. Splintek)*

_____
Carolyn Forrester

Sworn to before me this
31 day of May, 2007

_____
Notary Public

YOLANDA SANCHEZ
Notary Public, State of New York
No. 01SA6157467
Qualified in Bronx County
Commission Expires Dec. 11, 2010