SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

Smith, MJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Medtech Products, Inc.,   Plaintiff,

7  cv  03302  (UA)-LMS

- against -

Dentek Oral Care, Inc.,   Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of James H. Shalek attorney for Dentek Oral Care, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Gregory J. Sieczkiewicz |
| Firm Name: | Proskauer Rose LLP |
| Address: | One International Place |
| City/State/Zip: | Boston/MA/02110 |
| Telephone/Fax: | (617) 526-9734 |
| Email Address: | gsieczkiewicz@proskauer.com |

U.S. DISTRICT COURT FILED JUN - 2007 W.P. S.D. OF N.Y.

is admitted to practice pro hac vice as counsel for Dentek Oral Care, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 6/5/07
City, State: White Plains, NY

United States ~~District~~/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006