*Fee paid*
*$25=*
*= 615395*

*[STAMP: U.S. DISTRICT COURT FILED MAY 31 2007 S.D.W.P. OF N.Y.]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Medtech Products, Inc.

        Plaintiff,

- against -

Ranir, Inc., and

CVS Pharmacy,

        Defendants.

07 Cv. 03302 (UA)(LMS)

**ORDER FOR ADMISSION**

**PRO HAC VICE**

**ON ORAL MOTION**

---

Medtech Products, Inc.

        Plaintiff,

- against -

Dentek Oral Care, Inc.,

        Defendants.

---

Medtech Products, Inc.

        Plaintiff,

- against -

Power Products, Inc.,

        Defendants.

---

Upon the oral motion of Karl Geercken, attorney for Medtech Products, Inc., and said sponsor attorney's affidavit declaration that applicant W. Edward Ramage is a member in good standing of the bar of the state of Tennessee; and that applicant's contact information is as follows:

    Applicant's Name:    W. Edward Ramage

    Firm Name:    Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

|   |   |
|---|---|
| Address: | 1800 Six Concourse Parkway, Suite 3100 |
| City/State/Zip: | Nashville, Tennessee 37201 |
| Phone Number: | (615) 726-5600 |
| Fax Number: | (615) 744-5771 |
| Email Address: | eramage@bakerdonelson.com |

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Medtech Products, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that W. Edward Ramage, is admitted to practice pro hac vice as counsel for Medtech Products, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of the Court.

Dated: ~~May~~ May 31, 2007

City, State: White Plains, N.Y.

_Charles Brieant_
United States District Judge