IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MEDTECH PRODUCTS INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**RANIR, LLC and**<br>**CVS PHARMACY, INC.**<br><br>Defendant. | |
| **MEDTECH PRODUCTS INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**DENTEK ORAL CARE, INC.,**<br><br>Defendant. | Civil Action No. 07 CV 03302-UA-LMS<br><br>PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS AMENDED COMPLAINT AGAINST DENTEK ORAL CARE, INC.<br><br>ECF FILED |
| **MEDTECH PRODUCTS INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**POWER PRODUCTS, INC.**<br>**d/b/a SPLINTEK,**<br><br>Defendant. | |

The Plaintiff, Medtech Products Inc. ("Medtech"), by counsel, hereby moves the Court pursuant to Rules 15(a) and 21 of the *Federal Rules of Civil Procedure*, and requests that the Court grant Medtech leave to file its Amended Complaint against Defendant DenTek Oral Care, Inc. ("DenTek") to add certain allegations relating to DenTek's current advertising, as well as

1

add a new Defendant, Ms. Kelly Kaplan. Medtech submits herewith an accompanying Memorandum of Law in Support of its Motion for Leave to File its Amended Complaint. A copy of the proposed Amended Complaint is attached hereto as **Exhibit 1**.

Dated: June 6, 2007

                Respectfully submitted,

                ALSTON & BIRD LLP

                By: s/ Karl Geercken
                Karl Geercken (KG 5897)
                Amy Manning (AM 0338)
                90 Park Avenue
                New York, New York 10016-1387
                (212) 210-9471 (phone)
                (212) 210-9444 (facsimile)
                karl.geercken@alston.com
                amy.manning@alston.com

                W. Edward Ramage, TN BPR No. 16261
                BAKER, DONELSON, BEARMAN,
                  CALDWELL & BERKOWITZ, P.C.1800
                Commerce Center, Suite 1000
                211 Commerce Street
                Nashville, Tennessee  37201
                (615) 726-5600
                eramage@bakerdonelson.com
                Admitted Pro Hac Vice

                Of Counsel:

                Todd R. David , GA BPR No. 206526
                ALSTON & BIRD LLP
                One Atlantic Center
                1201 West Peachtree Street
                Atlanta, Georgia 30309-3424
                todd.david@alston.com

                Carl M. Davis II, GA Bar Number 207710
                BAKER, DONELSON, BEARMAN,
                  CALDWELL & BERKOWITZ, P.C.1800
                Six Concourse Parkway
                Suite 3100

Atlanta, Georgia 30328
(678) 406-8700
cdavis@bakerdonelson.com

Micheline Kelly Johnson, TN BPR No. 13847
Clinton P. Sanko, TN BPR No. 23354
BAKER, DONELSON, BEARMAN,
　CALDWELL & BERKOWITZ, P.C.
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450-1800
(423) 756-2010
mjohnson@bakerdonelson.com
csanko@bakerdonelson.com

Attorneys for Plaintiff
Medtech Products Inc.

3