# EXHIBIT B

Case 7:07-cv-03302-KMK-LMS     Document 24-3     Filed 06/06/2007     Page 1 of 3

# Manning, Amy

| | |
|---|---|
| **From:** | Shalek, James H. [JShalek@proskauer.com] |
| **Sent:** | Monday, June 04, 2007 4:05 PM |
| **To:** | Manning, Amy |
| **Cc:** | Ramage, Edward; Geercken, Karl |
| **Subject:** | RE: Medtech v. Dentek, 07 CV 3302 |

Amy,
Dentek will not consent to Medtech's filing an Amended Complaint along the lines described below. Apart from the fact that the claims against Dentek are completely meritless, it is not clear what jurisdictional basis exists for their addition to the pending lawsuit and their addition would require a substantial revision of the schedule now set in the case.
Jim

---

**From:** Manning, Amy [mailto:Amy.Manning@alston.com]
**Sent:** Friday, June 01, 2007 11:46 AM
**To:** Shalek, James H.
**Cc:** Ramage, Edward; Geercken, Karl
**Subject:** RE: Medtech v. Dentek, 07 CV 3302


Jim - I meant end of the day on Monday, June 4. Thanks, Amy

---

Amy Manning
Alston & Bird
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9543
Fax: (212) 210-9444
amy.manning@alston.com

---

| | |
|---|---|
| **From:** | Manning, Amy |
| **Sent:** | Friday, June 01, 2007 11:20 AM |
| **To:** | 'jshalek@proskauer.com' |
| **Cc:** | 'Ramage, Edward'; Geercken, Karl |
| **Subject:** | Medtech v. Dentek, 07 CV 3302 |

Jim,
   As a follow-up to our meeting yesterday, we would like to know whether Dentek will consent in writing to Medtech's filing of an Amended Complaint naming Kelly Kaplan as a defendant. In addition to the claims contained in the original Complaint, the Amended Complaint alleges breach of contract by Ms. Kaplan, tortious interference with contractual relations by Dentek, and civil conspiracy by Dentek and Ms. Kaplan. Please let us know whether Dentek will consent by the end of the day on Monday, May 4.

   Regards,
   Amy

6/6/2007

Amy Manning
Alston & Bird
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9543
Fax: (212) 210-9444
amy.manning@alston.com

************************************************************

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

************************************************************
To ensure compliance with requirements imposed by U.S.
Treasury Regulations, Proskauer Rose LLP informs you that
any U.S. tax advice contained in this communication
(including any attachments) was not intended or written to
be used, and cannot be used, for the purpose of (i)
avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any
transaction or matter addressed herein.

************************************************************
This message and its attachments are sent from a law firm
 and may contain information that is confidential and
protected by privilege from disclosure. If you are not the
intended recipient, you are prohibited from printing,
copying, forwarding or saving them. Please delete the
message and attachments without printing, copying,
forwarding or saving them, and notify the sender
immediately.

==================================================================

6/6/2007