## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RANIR, LLC and | ) |
| CVS PHARMACY, INC. | ) |
| | ) |
| Defendant. | ) |
| ——————————————— | ) |
| MEDTECH PRODUCTS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DENTEK ORAL CARE, INC., | ) |
| | ) |
| Defendant. | ) |
| ——————————————— | ) |
| MEDTECH PRODUCTS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| POWER PRODUCTS, INC. | ) |
| d/b/a SPLINTEK, | ) |
| | ) |
| Defendant. | ) |
| ——————————————— | ) |

Civil Action No. 07 CV 03302-UA- LMS

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                     ) ss.:
COUNTY OF NEW YORK  )

Mary Anne Moreau, being duly sworn, deposes and says that: (i) I am over the age of 18 and not a party to this action; (ii) I am an employee of Alston & Bird LLP, attorneys for Medtech Products Inc.; and (iii) on June 7, 2007, I caused to be served a true and correct copy of the *Plaintiff's Motion for Leave to File Its Amended Complaint Against DenTek Oral Care, Inc.* and *Plaintiff's Memorandum of Law in Support of its Motion for Leave to File Its Amended Complaint Against DenTek Oral Care, Inc.* by depositing the same with an overnight courier service for next day delivery in a wrapper properly addressed to the person(s) set forth below:

Karen Feisthamel, Esq.
One CVS Drive
Woonsocket, RI  02895
*General Counsel for CVS Pharmacy, Inc.*


_Mary Anne Moreau_
Mary Anne Moreau

Sworn to before me this
7th day of June 2007

_Yolanda Sanchez_
Notary Public, State of New York

**YOLANDA SANCHEZ**
**Notary** Public, State of New **York**
No. 01SA6157467
Qualified in Bronx County
**Commission Expires Dec. 11,** 2010

- 2 -