UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>RANIER, LLC, *et al.*,<br><br>      Defendants. | Consolidated Civil Action<br>No.: 07 CV 03302-UA-LMS<br><br>**RULE 7.1(a) STATEMENT of POWER PRODUCTS, INC.**<br><br>ECF Filed |
| MEDTECH PRODUCTS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>DENTEK ORAL CARE, INC.,<br><br>      Defendant. | |
| MEDTECH PRODUCTS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>POWER PRODUCTS, INC.,<br><br>      Defendant. | |

    Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Power Products, Inc. (a non-public non-governmental party) makes the following disclosure:

    1.  Power Products, Inc., a corporation organized and existing in the State of Missouri with its principal place of business at 3325 Wyoming Street, Kansas City, Missouri

certifies that it is not a publicly traded company and that no publicly traded corporation owns any of its stock. Power Products, Inc. also does business as Splintek which is not a separate entity.

Dated: June 8, 2007.

                                           **KIRKPATRICK & LOCKHART**
                                            **PRESTON GATES ELLIS LLP**


                                     BY: /s/  Kathy Dutton Helmer (KDH 9571)
                                     One Newark Center, Tenth Floor
                                     Newark, New Jersey 07102
                                     (973) 848-4000
                                     (973) 848-4001 (fax)
                                     kathy.helmer@klgates.com

                                     *Attorneys for Defendant*
                                     *Power Products, Inc.*