## CERTIFICATE OF SERVICE

I hereby certify that on **June 8, 2007**, I caused a true and correct copy of **Answer and Counterclaim of Power Products Inc.** to be E-Filed with the United States District Court Southern District of New York and forwarded by regular mail to the following counsel for all parties:

Karl Geercken, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
**Attorneys for Plaintiff Medtech Products, Inc.**

W. Edward Ramage, Esq.
Baker Donelson, Bearman Caldwell & Berkowitz, P.C.
Commerce Center, Suite 100
211 Commerce Street
Nashville, TV 37201
**Attorneys for Plaintiff Medtech Products, Inc.**

James H. Shalek, Esq.
Alan Federbush, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
**Attorneys for Defendant DenTek Oral Care, Inc.**

Rebecca Marie McCloskey, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
**Attorneys for Consolidated Defendant Ranir, LLC**

By: _Kathy Dutton Helmer_
Kathy Dutton Helmer