# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

JUN 0 8 2007

| | |
|---|---|
| MEDTECH PRODUCTS INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| RANIR, LLC and CVS PHARMACY, INC. | ) |
| Defendant. | ) |
| MEDTECH PRODUCTS INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| DENTEK ORAL CARE, INC., | ) |
| Defendant. | ) |
| MEDTECH PRODUCTS INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| POWER PRODUCTS, INC. d/b/a SPLINTEK, | ) |
| Defendant. | ) |

Civil Action No. 07 CV 03302-UA-LMS

**AFFIDAVIT OF AMY MANNING
IN SUPPORT OF MOTION TO ADMIT
COUNSEL PRO HAC VICE**

State of New York     )
                      )  ss:
County of New York  )

Amy Manning, being duly sworn, hereby deposes and says as follows:

1.    I am an associate at Alston & Bird LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Micheline Kelly Johnson as counsel pro hac vice to represent Plaintiff in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in July 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    I have known Micheline Kelly Johnson since 2007.

4.    Ms. Johnson is Of Counsel at Baker, Donelson, Bearman, Caldwell & Berkowitz PC, in Chattanooga, Tennessee.

5.    I have found Ms. Johnson to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Micheline Kelly Johnson, pro hac vice.

7.    *I respectfully submit a proposed order granting the admission of* Micheline Kelly Johnson, *pro hac vice, which* is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Micheline Kelly Johnson, pro hac vice, to represent the Plaintiff in the above captioned matter, be granted.

Dated: June 8, 2007

New York, NY

Respectfully submitted,

Amy Manning (AM 0338)
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Tel. (212) 210-9543
Fax  (212) 210-9444

*Attorneys for Plaintiff Medtech Products, Inc.*

Sworn to before me this 8th day
of June, 2007

Notary Public

RYAN C. CONLEY
Notary Public, State of New York
No. 01CO6158860
Qualified in New York County
Commission Expires January 8, 2011

# State Bar
## of Georgia



*Lawyers Serving the Public and the Justice System*

Ms. Micheline Kelly Johnson
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800

**CURRENT STATUS:**     **Active Member-Good Standing**

**DATE OF ADMISSION TO PRACTICE:**     11/18/1986

**Attorney Bar Number: 413027**

Today's Date:     May 18, 2007

**Listed below are the public disciplinary actions, if any, which have been taken against this member:**

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
    **-Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).**
    **-Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law**
    **in the State of Georgia.**
    **-Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.**

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204.** The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

Official Representative of the State Bar of Georgia

**Headquarters**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**South Georgia**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

I, Michael W. Catalano, Clerk of the Supreme Court, do hereby certify that MICHELINE K. JOHNSON is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment: October 26, 1989.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 24th day of May, 2007.

Michael W. Catalano, Clerk

By _Lisa Marsh_ D.C.

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MEDTECH PRODUCTS INC.,** )<br><br>**Plaintiff,** )<br><br>**v.** )<br><br>**RANIR, LLC and** )<br>**CVS PHARMACY, INC.** )<br><br>**Defendant.** ) | |
| **MEDTECH PRODUCTS INC.,** )<br><br>**Plaintiff,** )<br><br>**v.** )<br><br>**DENTEK ORAL CARE, INC.,** )<br><br>**Defendant.** ) | **Civil Action No. 07 CV 03302-UA-LMS**<br><br>**MOTION TO ADMIT COUNSEL**<br>**PRO HAC VICE** |
| **MEDTECH PRODUCTS INC.,** )<br><br>**Plaintiff,** )<br><br>**v.** )<br><br>**POWER PRODUCTS, INC.** )<br>**d/b/a SPLINTEK,** )<br><br>**Defendant.** ) | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Amy Manning, a member in good standing of

the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    Micheline Kelly Johnson

| | |
|---|---|
| Firm Name: | Baker, Donelson, Bearman, Caldwell & Berkowitz PC |
| Address: | 633 Chestnut Street |
| City/State/Zip: | Chattanooga, TN 37450 |
| Phone Number: | (423) 209-4103 |
| Fax Number: | (423) 752-9548 |

Micheline Kelly Johnson is a member in good standing of the Bar of the States of Georgia and Tennessee.

There are no pending disciplinary proceedings against Micheline Kelly Johnson in any State or Federal court.

Dated: June 8, 2007

New York, NY

Respectfully Submitted,

Amy Manning (AM 0338)
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Tel. (212) 210-9543
Fax  (212) 210-9444

*Attorneys for Plaintiff Medtech Products, Inc.*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC and <br> CVS PHARMACY, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC. <br> d/b/a SPLINTEK, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 07 CV 03302-UA-LMS

ORDER OF ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Amy Manning, attorney for Medtech Products, Inc., and said sponsor

attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

      Applicant's Name:   Micheline Kelly Johnson

| Firm Name: | Baker, Donelson, Bearman, Caldwell & Berkowitz PC |
| Address: | 633 Chestnut Street |
| City/State/Zip: | Chattanooga, TN 37450 |
| Phone Number: | (423) 209-4103 |
| Fax Number: | (423) 752-9548 |
| Email Address: | mjohnson@bakerdonelson.com |

is admitted to practice pro hac vice as counsel for Medtech Products, Inc. in the above captioned

case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel

shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City, State:


_____  _____

United States District/Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MEDTECH PRODUCTS INC.,** )<br><br>**Plaintiff,** )<br><br>v. )<br><br>**RANIR, LLC and**<br>**CVS PHARMACY, INC.** )<br><br>**Defendant.** )<br><br>**MEDTECH PRODUCTS INC.,** )<br><br>**Plaintiff,** )<br><br>v. )<br><br>**DENTEK ORAL CARE, INC.,** )<br><br>**Defendant.** )<br><br>**MEDTECH PRODUCTS INC.,** )<br><br>**Plaintiff,** )<br><br>v. )<br><br>**POWER PRODUCTS, INC.**<br>**d/b/a SPLINTEK,** )<br><br>**Defendant.** ) | **Civil Action No. 07 CV 03302-UA-LMS**<br><br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK )
                   )  ss:
COUNTY OF NEW YORK )

Carolyn Forrester, being duly sworn, deposes and says: that I am employed in the office of

Alston & Bird LLP attorneys for Plaintiff Medtech Products, Inc. that on June 8, 2007, I served a

true copy of the within Motion to Admit Counsel Pro Hac Vice, Affidavit of Amy Manning in

Support of Motion to Admit Counsel Pro Hac Vice and the Proposed Order for Admission Pro

Hac Vice on Written Motion by mailing a copy of the same in a postage-paid first-class envelope

addressed as follows:

Rebecca M. McCloskey
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
*Attorneys for Defendant Ranir, LLC*

Karen Feisthamel, Esq.
One CVS Drive
Woonsocket, RI  02895
*General Counsel for CVS Pharmacy, Inc.*

James H. Shalek
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
*Attorneys for Dentek Oral Care, Inc.*

Kathy Dutton Helmer
Kirkpatrick & Lockhart Preston Gates Ellis
LLP
One Newark Center – 10th Floor
Newark, NJ  07102
*Attorneys for Power Products, Inc. (d.b.a.
Splintek)*

Carolyn Forrester

Sworn to before me this
___ day of June, 2007

Notary Public

YOLANDA SANCHEZ
Notary Public, State of New York
No. 01SA6157467
Qualified in Bronx County
Commission Expires Dec. 11, 2010