IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC and <br> CVS PHARMACY, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC. <br> d/b/a SPLINTEK, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 07 CV 03302-UA-LMS

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Amy Manning, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Clinton P. Sanko

| | |
|---|---|
| Firm Name: | Baker, Donelson, Bearman, Caldwell & Berkowitz PC |
| Address: | 633 Chestnut Street |
| City/State/Zip: | Chattanooga, TN 37450 |
| Phone Number: | (423) 209-4168 |
| Fax Number: | (423) 752-9580 |

Clinton P. Sanko is a member in good standing of the Bar of the States of Pennsylvania and Tennessee.

There are no pending disciplinary proceedings against Clinton P. Sanko in any State or Federal court.

Dated: June 8, 2007

New York, NY

Respectfully Submitted,

*signature*

Amy Manning (AM 0338)
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Tel. (212) 210-9543
Fax (212) 210-9444

*Attorneys for Plaintiff Medtech Products, Inc.*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC and <br> CVS PHARMACY, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07 CV 03302-UA-LMS <br> ) <br> ) AFFIDAVIT OF AMY MANNING <br> ) IN SUPPORT OF MOTION TO ADMIT <br> ) COUNSEL PRO HAC VICE |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC. <br> d/b/a SPLINTEK, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

State of New York    )
                     ) ss:
County of New York   )

Amy Manning, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Alston & Bird LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Clinton P. Sanko as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in July 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Clinton P. Sanko since 2007.

4. Mr. Sanko is an associate at Baker, Donelson, Bearman, Caldwell & Berkowitz PC, in Chattanooga, Tennessee.

5. I have found Mr. Sanko to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Clinton P. Sanko, pro hac vice.

7. *I respectfully submit a proposed order granting the admission of* Clinton P. Sanko, *pro hac vice, which* is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Clinton P. Sanko, pro hac vice, to represent the Plaintiff in the above captioned matter, be granted.

Dated: June 8, 2007

New York, NY

Respectfully submitted,

*/s/ Amy Manning*

Amy Manning (AM 0338)

        Alston & Bird LLP
        90 Park Avenue
        New York, NY 10016
        Tel. (212) 210-9543
        Fax (212) 210-9444

*Attorneys for Plaintiff Medtech Products, Inc.*

Sworn to before me this 8th day of June, 2007

_____
Notary Public

RYAN C. CONLEY
Notary Public, State of New York
No. 01CO6158860
Qualified in New York County
Commission Expires January 8, 2011

# THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA



**Paul J. Killion**
Chief Disciplinary Counsel
Suite 1400
200 North Third Street
Harrisburg, PA 17101
(717) 783-0990
FAX (717) 783-4963

**Paul J. Burgoyne**
Deputy Chief Disciplinary Counsel

**DISCIPLINARY COUNSEL IN CHARGE OF DISTRICT OFFICES**
(I) Anthony P. Sodroski
(II) Raymond S. Wierciszewski
(III) Edwin W. Frese, Jr.
(IV) Angelea A. Mitas

**CHIEF DISCIPLINARY COUNSEL**
www.padisciplinaryboard.org

## CERTIFICATE OF DISCIPLINARY HISTORY

*For*

### CLINTON P. SANKO, ESQ.
*PA Bar Number 87425*

The above-named attorney has no record of any private or public disciplinary history in Pennsylvania nor are there any complaints pending as of May 25, 2007.

Janet F. Evans
Operations Coordinator to the
Office of Disciplinary Counsel

# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

I, Michael W. Catalano, Clerk of the Supreme Court, do hereby certify that CLINTON P. SANKO is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment: October 25, 2004.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 24th day of May, 2007.

Michael W. Catalano, Clerk

By *Lisa Marsh* D.C.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MEDTECH PRODUCTS INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **RANIR, LLC** and <br> **CVS PHARMACY, INC.** <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **MEDTECH PRODUCTS INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **DENTEK ORAL CARE, INC.,** <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |
| **MEDTECH PRODUCTS INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **POWER PRODUCTS, INC.** <br> **d/b/a SPLINTEK,** <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 07 CV 03302-UA-LMS

**ORDER OF ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Amy Manning, attorney for Medtech Products, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Clinton P. Sanko

| | |
|---|---|
| Firm Name: | Baker, Donelson, Bearman, Caldwell & Berkowitz PC |
| Address: | 633 Chestnut Street |
| City/State/Zip: | Chattanooga, TN 37450 |
| Phone Number: | (423) 209-4168 |
| Fax Number: | (423) 752-9580 |
| Email Address: | csanko@bakerdonelson.com |

is admitted to practice pro hac vice as counsel for Medtech Products, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City, State:

_____

United States District/Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MEDTECH PRODUCTS INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**RANIR, LLC** and<br>**CVS PHARMACY, INC.**<br><br>Defendant.<br><br>**MEDTECH PRODUCTS INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**DENTEK ORAL CARE, INC.,**<br><br>Defendant.<br><br>**MEDTECH PRODUCTS INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**POWER PRODUCTS, INC.**<br>**d/b/a SPLINTEK,**<br><br>Defendant. | Civil Action No. 07 CV 03302-UA-LMS<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK   )
                    )  ss:
COUNTY OF NEW YORK  )

Carolyn Forrester, being duly sworn, deposes and says: that I am employed in the office of

Alston & Bird LLP attorneys for Plaintiff Medtech Products, Inc. that on June 8, 2007, I served a

true copy of the within Motion to Admit Counsel Pro Hac Vice, Affidavit of Amy Manning in Support of Motion to Admit Counsel Pro Hac Vice and the Proposed Order for Admission Pro Hac Vice on Written Motion by mailing a copy of the same in a postage-paid first-class envelope addressed as follows:

Rebecca M. McCloskey
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
*Attorneys for Defendant Ranir, LLC*

Karen Feisthamel, Esq.
One CVS Drive
Woonsocket, RI 02895
*General Counsel for CVS Pharmacy, Inc.*

James H. Shalek
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
*Attorneys for Dentek Oral Care, Inc.*

Kathy Dutton Helmer
Kirkpatrick & Lockhart Preston Gates Ellis LLP
One Newark Center – 10th Floor
Newark, NJ 07102
*Attorneys for Power Products, Inc. (d.b.a. Splintek)*

_____
Carolyn Forrester

Sworn to before me this
8th day of June, 2007

_____
Notary Public

YOLANDA SANCHEZ
Notary Public, State of New York
No. 01SA6157467
Qualified in Bronx County
Commission Expires Dec. 11, 2010