IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC and <br> CVS PHARMACY, INC. <br><br> Defendant. | |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br><br> Defendant. | Civil Action No. 07 CV 03302-UA-LMS <br><br> ORDER OF ADMISSION <br> PRO HAC VICE <br> ON WRITTEN MOTION |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC. <br> d/b/a SPLINTEK, <br><br> Defendant. | |

Upon the motion of Amy Manning, attorney for Medtech Products, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Clinton P. Sanko

| | |
|---|---|
| Firm Name: | Baker, Donelson, Bearman, Caldwell & Berkowitz PC |
| Address: | 633 Chestnut Street |
| City/State/Zip: | Chattanooga, TN 37450 |
| Phone Number: | (423) 209-4168 |
| Fax Number: | (423) 752-9580 |
| Email Address: | csanko@bakerdonelson.com |

is admitted to practice pro hac vice as counsel for Medtech Products, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City, State:

SO ORDERED:

_____
United States District/Magistrate Judge