IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br><br>    Plaintiff, <br><br>    v. <br><br>RANIR, LLC and <br>CVS PHARMACY, INC. <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| MEDTECH PRODUCTS INC., <br><br>    Plaintiff, <br><br>    v. <br><br>DENTEK ORAL CARE, INC., <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07 CV 03302-UA-LMS <br><br>MOTION TO ADMIT COUNSEL <br>PRO HAC VICE |
| MEDTECH PRODUCTS INC., <br><br>    Plaintiff, <br><br>    v. <br><br>POWER PRODUCTS, INC. <br>d/b/a SPLINTEK, <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Amy Manning, a member in good standing of

the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    Carl M. Davis, II

| | |
|---|---|
| Firm Name: | Baker, Donelson, Bearman, Caldwell & Berkowitz PC |
| Address: | Six Concourse Parkway, Suite 3100 |
| City/State/Zip: | Atlanta, GA 30328 |
| Phone Number: | (678) 406-8703 |
| Fax Number: | (678) 406-8803 |

Carl M. Davis, II is a member in good standing of the Bar of the States of Texas and Georgia. There are no pending disciplinary proceedings against Carl M. Davis, II in any State or Federal court.

Dated: June 14, 2007
New York, NY

Respectfully Submitted,

*[signature]*

Amy Manning (AM 0338)
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Tel. (212) 210-9543
Fax (212) 210-9444

*Attorneys for Plaintiff Medtech Products, Inc.*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC and <br> CVS PHARMACY, INC. <br><br> Defendant. | |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br><br> Defendant. | Civil Action No. 07 CV 03302-UA-LMS <br><br> AFFIDAVIT OF AMY MANNING <br> IN SUPPORT OF MOTION TO ADMIT <br> COUNSEL PRO HAC VICE |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC. <br> d/b/a SPLINTEK, <br><br> Defendant. | |

State of New York   )
                    ) ss:
County of New York  )

Amy Manning, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Alston & Bird LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Carl M. Davis, II as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in July 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Carl M. Davis, II since 2007.

4. Mr. Davis is a shareholder at Baker, Donelson, Bearman, Caldwell & Berkowitz PC, in Atlanta, Georgia, and Memphis, Tennessee.

5. I have found Mr. Davis to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Carl M. Davis, II, pro hac vice.

7. *I respectfully submit a proposed order granting the admission of* Carl M. Davis, II, *pro hac vice, which* is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Carl Davis, II, pro hac vice, to represent the Plaintiff in the above captioned matter, be granted.

Dated: June 14, 2007

New York, NY

Respectfully submitted,

*/s/ Amy Manning*

Amy Manning (AM 0338)
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Tel. (212) 210-9543
Fax (212) 210-9444

*Attorneys for Plaintiff Medtech Products, Inc.*

Sworn to before me this 14th day of June, 2007

_____
Notary Public

YOLANDA SANCHEZ
Notary Public, State of New York
No. 01SA6157467
Qualified in Bronx County
Commission Expires Dec. 11, 2010

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

June 07, 2007

RE:  **Mr. Carl M. Davis, II**
State Bar Number - **05465850**

To Whom it May Concern:

This is to certify that Mr. Carl M. Davis, II was licensed to practice law in Texas on May 11, 1984 and is an inactive member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Carl M. Davis II
Baker Donelson
Six Concourse Parkway, Suite 3100
Atlanta, GA  30328

**CURRENT STATUS:**     Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**     12/12/1983

**Attorney Bar Number: 207710**

Today's Date:    June 4, 2007

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brandy Preston*
Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

Exhibit A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RANIR, LLC and ) | |
| CVS PHARMACY, INC. ) | |
| ) | |
| Defendant. ) | |
| | |
| MEDTECH PRODUCTS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07 CV 03302-UA-LMS |
| v. ) | |
| ) | |
| DENTEK ORAL CARE, INC., ) | |
| ) | ORDER OF ADMISSION |
| Defendant. ) | PRO HAC VICE |
| ) | ON WRITTEN MOTION |
| MEDTECH PRODUCTS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| POWER PRODUCTS, INC. ) | |
| d/b/a SPLINTEK, ) | |
| ) | |
| Defendant. ) | |

Upon the motion of Amy Manning, attorney for Medtech Products, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Carl M. Davis, II

| | |
|---|---|
| Firm Name: | Baker, Donelson, Bearman, Caldwell & Berkowitz PC |
| Address: | Six Concourse Parkway, Suite 3100 |
| City/State/Zip: | Atlanta, GA 30328 |
| Phone Number: | (678) 406-8703 |
| Fax Number: | (678) 406-8803 |
| Email Address: | cdavis@bakerdonelson.com |

is admitted to practice pro hac vice as counsel for Medtech Products, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City, State:

_____

United States District/Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC and <br> CVS PHARMACY, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 07 CV 03302-UA-LMS <br> ) <br> )    AFFIDAVIT OF SERVICE |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC. <br> d/b/a SPLINTEK, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

STATE OF NEW YORK   )
                    )   ss:
COUNTY OF NEW YORK  )

Carolyn Forrester, being duly sworn, deposes and says: that I am employed in the office of

Alston & Bird LLP attorneys for Plaintiff Medtech Products, Inc. that on June 14, 2007, I served

a true copy of the within Motion to Admit Counsel Pro Hac Vice, Affidavit of Amy Manning in Support of Motion to Admit Counsel Pro Hac Vice and the Proposed Order for Admission Pro Hac Vice on Written Motion by mailing a copy of the same in a postage-paid first-class envelope addressed as follows:

Rebecca M. McCloskey
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
*Attorneys for Defendant Ranir, LLC*

Karen Feisthamel, Esq.
One CVS Drive
Woonsocket, RI 02895
*General Counsel for CVS Pharmacy, Inc.*

James H. Shalek
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
*Attorneys for Dentek Oral Care, Inc.*

Kathy Dutton Helmer
Kirkpatrick & Lockhart Preston Gates Ellis LLP
One Newark Center – 10th Floor
Newark, NJ 07102
*Attorneys for Power Products, Inc. (d.b.a. Splintek)*

_____
Carolyn Forrester

Sworn to before me this
14th day of June, 2007

_____
Notary Public

YOLANDA SANCHEZ
Notary Public, State of New York
No. 01SA6157467
Qualified in Bronx County
Commission Expires Dec. 11, 2010