**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                June 22, 2007
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

### SCHEDULING ORDER
07CV3302(WP4)(LMS)

Karl Geercken
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016

Kathy Dutton Helmer
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
One Newark Center  10th Floor
Newark, NJ 07102

Alan Federbush
Proskauer Rose
1585 Broadway
New York, NY 10036-8299

The matter of     **MEDTECH-V-DENTEK**     has been scheduled for a conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on June 12, 2007 at 10:00AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED:  /s/ Lisa Margaret Smith
                          Hon. Lisa Margaret Smith
                          U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____