IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RANIR, LLC and )<br>CVS PHARMACY, INC. )<br>)<br>Defendant. )<br><br>MEDTECH PRODUCTS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENTEK ORAL CARE, INC., )<br>)<br>Defendant. )<br><br>MEDTECH PRODUCTS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>POWER PRODUCTS, INC. )<br>d/b/a SPLINTEK, )<br>)<br>Defendant. ) | Civil Action No. 07 CV 03302-UA-LMS<br><br>Partial STIPULATION OF DISMISSAL as against Ranir, LLC & CVS Pharmacy, Inc |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff Medtech Products Inc. and Defendants Ranir, LLC and CVS Pharmacy, Inc. (collectively, "Ranir") that all claims in this action against Ranir are dismissed with

prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs, fees, and disbursements.

Dated: June 20, 2007

| ALSTON & BIRD LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Karl Geercken (KG 5897) | Robert J. Gunther, Jr. (RG 6655) |
| Amy Manning (AM 0338) | Rebecca M. McCloskey (RM 5580) |
| 90 Park Avenue | 399 Park Avenue |
| New York, NY 10016-1387 | New York, NY 10022 |
| (212) 210-9741 (telephone) | (212) 230-8000 (telephone) |
| (212) 210-9444 (facsimile) | (212) 230-8888 (facsimile) |
| *Attorneys for Plaintiff Medtech Products Inc.* | *Attorneys for Defendants Ranir, LLC and CVS pharmacy, Inc.* |

✓ SO ORDERED this 2nd day of June, 2007

*(signature)*
Hon. ~~Lisa Margaret~~ Smith, U.S.D.J.
Charles L. Brieant