**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                 May 30, 2007
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

## SCHEDULING ORDER
07CV3302(WP4)(LMS)

**Karl Geercken**
Alston & Bird, LLP(NYC)
90 Park Avenue
New York, NY 10016

**Kathy Dutton Helmer**
Kirkpatrick & Lockhart Preston Gates Ellis, LLP (NJ)
One Newark Center
10th Floor
Newark, NJ 07102

**Alan Federbush**
Proskauer Rose LLP (New York)
1585 Broadway
New York, NY 10036

The matter of    **MEDTECH-V-DENTEK**    has been scheduled for a

conference before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge on

July 9, 2007 at 11:00AM in Courtroom 420.

Parties shall submit an agreed upon scheduling order ( a sample is available on Judge Smith's website at www.nysd.uscourts.gov) on or before this appearance date.
Please notify all other parties of this schedule
Any party seeking a reschedule shall telephone chambers with all other parties on the line.

SO OREDRED: _____
Hon. Lisa Margaret Smith, U.S.M.J.