UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WESTCHESTER DIVISION

| | |
|---|---|
| MEDTECH PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIER, LLC, et al., <br><br> Defendants. | Civil Action No.: <br> 07 CV 03302-UA-LMS <br><br><br> **MOTION TO ADMIT COUNSEL** <br> ***PRO HAC VICE*** |
| MEDTECH PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br><br> Defendant. | |
| MEDTECH PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC., <br><br> Defendant. | |



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kathy Dutton Helmer, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

>   Barry L. Pickens
>   Spencer Fane Britt & Brown LLP
>   Address: 9401 Indian Creek Parkway
>   City/State/Zip: Overland, Kansas 66210
>   Phone Number: 913-345-8100
>   Fax Number: 913-345-0736

1

Barry L. Pickens is a member in good standing of the Bar of the State of Kansas.

There are no pending disciplinary proceedings against Barry L. Pickens in any State or Federal court.

Dated: June 25, 2007
      Newark, NJ

                    Respectfully submitted,

                    Kathy Dutton Helmer (KDH 9571)
                    Kirkpatrick & Lockhart Preston Gates Ellis LLP
                    One Newark Center, 10th Floor
                    Newark, NJ  07102
                    Tel. 973-848-4000
                    Fax  973-848-4001
                    kathy.helmer@klgates.com