IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC. d/b/a SPLINTEK, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 07 CV 03302-UA- LMS

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Carolyn Forrester, being duly sworn, deposes and says that: (i) I am over the age of 18 and not a party to this action; (ii) I am an employee of Alston & Bird LLP, attorneys for Medtech Products Inc.; and (iii) on June 28, 2007, I caused to be served a true and correct copy of *Medtech Products Inc.'s Answer to Power Products, Inc.'s Counterclaim* by depositing the same with an overnight courier service for next day delivery in a wrapper properly addressed to the person(s) set forth below:

- 2 -

Barry L. Pickens
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
*Attorneys for Power Products, Inc. (d.b.a Splintek)*

YOLANDA SANCHEZ
Notary Public, State of New York
No. 01SA6157467
Qualified in Bronx County
Commission Expires Dec. 11, 2010

_____
Carolyn Forrester

Sworn to before me this
28th day of June 2007

_____
Notary Public, State of New York

- 2 -