UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WESTCHESTER DIVISION

| | |
|---|---|
| MEDTECH PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIER, LLC, et al., <br><br> Defendants. | Civil Action No.: <br> 07 CV 03302-UA-LMS <br><br><br> **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |
| MEDTECH PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br><br> Defendant. | |
| MEDTECH PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC., <br><br> Defendant. | |

Upon the motion of Kathy Dutton Helmer, attorney for defendant Power Products Inc. ("Defendant"), and Kathy Dutton Helmer's affidavit in support thereof, and good cause having been shown

It is on this 28th day of June 2007

**ORDERED** that

    Applicants' Names: Barry L. Pickens
    Firm Name:       Spencer Fane Britt & Brown LLP
    Address:          9401 Indian Creek Parkway
    City/State/Zip:    Overland, Kansas 66210

      Phone Number:   913-345-8100

      Fax Number:   913-345-0736

      Email Addresses:   bpickens@spencerfane.com

Is admitted to practice *pro hac vice* as counsel for the Defendant in the above-captioned case pending in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

United States ~~District~~/Magistrate Judge