# EXHIBIT C

Case 7:07-cv-03302-KMK-LMS    Document 42-4    Filed 07/09/2007    Page 1 of 3

REDACTED

---

**From:** Gerry Butler
**Sent:** Tuesday, January 09, 2007 8:24 AM
**To:** Charlie Schrank; David Talbert; Peter Mann
**Subject:** FW: (no subject)

Some back and forth with Ray Duane........

*Gerry Butler*

Prestige Brands, Inc.
Medtech, Inc.
Spic and Span, Inc.
90 North Broadway
Irvington, New York 10533
Phone (914) 524-6850
Fax (914) 524-6815

---

**From:** CDSFIX@aol.com [mailto:CDSFIX@aol.com]
**Sent:** Tuesday, January 09, 2007 12:51 AM
**To:** Gerry Butler
**Subject:** Re: (no subject)

In a message dated 1/8/2007 9:21:13 AM Pacific Standard Time, gbutler@prestigebrandsinc.com writes:

| Thanks! I'm OK, just need to get off the road.

**Good for you! Congratulations!**

| Heard you were working for Dentek?

**Did only a two month assignment.**

**Got the opportunity to get to know John. Not a bad guy!**

| Thanks for the concern!

REDACTED