# EXHIBIT D

## marketplace Registration List – By Individual

**Downing, Jennifer (Jennifer*)**
jldownin@scj.com
Manager, Major Account Business
10 Fairview Avenue
Watertown, MA 02472-1222
S. C. Johnson & Son, Inc.,
North American Consumer Products

**Doyle, James T. (Jim)**
james.doyle@sunstar.com
Vice President, Retail Sales
4635 W. Foster Avenue
Chicago, IL 60630-1709
Sunstar Americas, Inc.

**Doyle, Robert K. (Bob)**
robert.doyle@infores.com
Senior Vice President,
Healthcare Solutions Group
150 N. Clinton Street
Chicago, IL 60661-1485
Information Resources, Inc.

**Dragan, Mary (Mary)**
mary.dragan@chattem.com
National Account Manager
1715 W. 38th Street
Chattanooga, TN 37409-1259
Chattem, Inc.

**Drake, Cyathia (Cindi)**
cdrake@bergmarketing.com
Director, Administration
2500 W. Higgins Road
Suite 1230
Hoffman Estates, IL 60169-7220
Berg Marketing Group, Inc

**Drake, Michele (Michele*)**
mdrake@Qtmi.net
Manager, Sales and Marketing Beauty and Baby
549 E. Vilas Road
Suite A
Central Point, OR 97502-3134
Quantum Innovations, Inc.

**Drieling, Richard W. (Rick*)**
dreilinr@duanereade.com
Chairman, President and Chief Executive Officer
440 Ninth Avenue
Floor 6
New York, NY 10001-1620
Duane Reade Inc.

**Driscoll, Michele M. (Michele)**
mmdriscoll@cvs.com
Manager, Divisional Merchandise
One CVS Drive
Woonsocket, RI 02895-6195
CVS/Caremark Corporation

**Drozdz, Chris (Chris)**
cdrozdz@bonnebell.com
Director, Retail Marketing
18519 Detroit Avenue
Lakewood, OH 44107-3292
The Bonne Bell Company

**Drucker, Barry (Barry & Laurie)**
bdrucker@nbty.com
Senior Vice President, Sales
2100 Smithtown Avenue
Ronkonkoma, NY 11779-7347
U.S. Nutrition, Inc.

**Drysdale, David C. (David)**
davidc.drysdale@energizer.com
Channel Strategy Leader, Drug Channel
533 Maryville University Drive
Saint Louis, MO 63141-5801
Energizer Holdings, Inc.

**Dryzga, Denise Conroy (Denise* & Patrick*)**
ddryzga@hannaford.com
Category Manager
Beauty and Baby
145 Pleasant Hill Road
Scarborough, ME 04074-9309
Hannaford Bros., Co.

**Duane, Raymond (Raymond)**
cdsfix@aol.com
Consultant
7741 Broadwing Drive
North Las Vegas,
NV 89084-2432
DenTek Oral Care, Inc.

**Dube, Scot J. (Scot)**
scot.dube@microlifeusa.com
President
424 Skinner Boulevard
Dunedin, FL 34698-4995
Microlife USA, Inc.

**Dubin, Stephen (Stephen)**
sdubin@imperialdist.com
Category Manager
33 Sword Street
Auburn, MA 01501-2195
Imperial Distributors, Inc.

**Ducat, Howard (Howard)**
howard.ducat@
  select-a-vision.com
National Representative Manager
4 Blue Heron Drive
Collegeville, PA 19426-2056
SELECT-A-VISION

**Duchin, Fred (Fred)**
fred.duchin@spcorp.com
Vice President, Footcare Marketing
556 Morris Avenue
Summit, NJ 07901-1330
Schering-Plough Consumer Health Care

**Dudley, Brook (Brook* & Chris*)**
schin@aticousa.com
Manager, Product Development
P.O. Box 14368
Fort Lauderdale, FL 33302-4368
Atico International, Inc.

**Duer, Libby (Libby*)**
libby.duer@kroger.com
Drug, GM Merchandiser
2175 Parklake Drive, Ne
Atlanta, GA 30345-2809
The Kroger Co.

**Duffy, RPh, Richard E. (Rick)**
rduffy@costco.com
Associate Vice President,
Pharmacy, Eastern Division
U.S. and Canada
45940 Horseshoe Drive
Sterling, VA 20166-6569
Costco Wholesale dba Costco Pharmacies

**Dugan, Tom (Tom)**
tdugan@missionpharmacal.com
Key Accounts Regional Manager
P.O. Box 786099
San Antonio, TX 78278-6099
Mission Pharmacal Co.

**Dumann, Kim (Kim)**
kdumann@
  discount-drugmart.com
Buyer, Cosmetics
211 Commerce Drive
Medina, OH 44256-1398
Discount Drug Mart, Inc.

**Dunbar, Mike (Mike)**
mike@dunbarm.clearwire.net
Regional Manager
28W206 Commercial Avenue
Lake Barrington, IL 60010-2316
B.V. Medical

**Dunlavy, Sean (Sean)**
sean.dunlavy@basicresearch.org
Event Coordinator
5742 W. Harold Gatty Drive
Salt Lake City, UT 84116-3762
Basic Research

**Dunn, Carolyn (Carolyn*)**
dougdunn@cox.net
Manager, Retail Distribution
23121 Antonio Parkway
Suite 145
Rancho Santa Margarita, CA 92688-2667
Senior Essentials™

**Dunn, Douglas (Doug* & Carolyn*)**
dougdunn@cox.net
Director, Retail Distribution
23121 Antonio Parkway
Suite 145
Rancho Santa Margarita, CA 92688-2667
Senior Essentials™

**Dunn, Melissa (Missy)**
100 Adams Boulevard
Farmingdale, NY 11735-6614
Belco Distributors

**Dunn, Sarah (Sarah)**
sarah.dunn@wrigley.com
Senior Meeting, Event Specialist
410 N. Michigan Avenue
Chicago, IL 60611-4287
Wm. Wrigley Jr. Company

**Dunn, Susan (Susan)**
susand@
  mcgheeproductivity.com
Senior Consultant
903 S. Corona St.
Denver, CO 80209-4411
McGhee Productivity Solutions

**Dunn, William (Bill)**
william.dunn@
  goentechnologies.com
Vice President, Retail Sales
35 Melanie Lane
Whippany, NJ 07981-1638
Goen Technologies Corporation

**Duplessis, Sylvie (Sylvie)**
sylvie.duplessis@costco.com
Buyer
415 Hunt Club Road
Ottawa, ON K2E 1C5
Canada
Costco Canada

**Durra, Vivian (Vivian)**
vivian.durra@
  physiciansformula.com
Director, Marketing
1055 W. 8th Street
Azusa, CA 91702-2248
Physicians Formula, Inc.

**Dushman, Charles (Charles)**
charles.dushman@omron.com
Director
1200 Lakeside Drive
Bannockburn, IL 60015-1243
Omron Healthcare Inc.

**Duss, Mark A. (Mark)**
mduss26@aol.com
Principal
500 Purdy Hill Road
Suite 6
Monroe, CT 06468-1661
Retail Performance Management, LLC

**Dvorak, Cindy (Cindy)**
cindydvorak@kayser-roth.com
Manager, National Account
9433 Rainsford Drive
Huntley, IL 60142
Kayser-Roth Corporation

**Dvorak, Tom (Tom)**
tdvorak@quincybioscience.com
Vice President, Sales and Marketing
301 Warwick Road
Lake Forest, IL 60045-2064
Quincy Bioscience

**Dwyer, Denise Lucia (Denise*)**
denise.dwyer@hbc.com
Buyer
401 Bay Street, 7th Floor
Toronto, ON M5H 2Y4
Canada
The Bay, Cosmetic Division

**Dycus, Bobby (Bobby)**
bdycus@cscus.jnj.com
Military Sales
199 Grandview Road
Skillman, NJ 08558-1311
Johnson & Johnson Sales & Logistics Company

**Dyer, Patrick (Patrick*)**
patrick.dyer@dyerpackaging.com
President
689 Executive Drive
Willowbrook, IL 60527-5603
Dyer Packaging, Inc.

**Eagon, Adam (Adam*)**
eagcn@dialcorp.com
Vice President, National Grocery Team
15501 N. Dial Boulevard
Suite 1403
Scottsdale, AZ 85260-1615
The Dial Corporation, A Henkel Company

**Eames, Tracy (Tracy)**
janea@tomsofmaine.com
Regional Account Team Leader
302 Lafayette Center
Kennebunk, ME 04043-6870
Tom's of Maine, Inc.

**Earnest, Victoria (Vickie)**
victoria.earnest@koppdrug.com
Buyer
P.O. Box 1471
Altoona, PA 16603-1471
Kopp Drug Inc.

Registration List – By I