# EXHIBIT G

Case 7:07-cv-03302-KMK-LMS    Document 42-8    Filed 07/09/2007    Page 1 of 6

**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

Alan Federbush
Attorney at Law

Direct Dial 212.969.3211
afederbush@proskauer.com

July 5, 2007

**By Email**

Karl Geercken
Alston & Bird LLP
90 Park Avenue
New York, NY 10016-1387

Re: *Medtech Products Inc. v. Dentek Oral Care, Inc.*
    *Civil Action No. 07 CV 3302-WP4-LMS*

Dear Karl:

We are in receipt of your Notice of Deposition Of And Subpoena To Non-Party Raymond Duane. We note the appearance date of July 10, 2007 for the noticed deposition.

This notice and subpoena directly violates Judge Brieant's May 31, 2007 Civil Case Discovery Plan and Scheduling Order ("the Order") (copy attached) in no less than three separate ways.

    a) The Order expressly states that "Depositions may begin 7/23." (See paragraph (g) on the handwritten page attached to and incorporated by reference into the Order.)

    b) Paragraph 3(a) of the Order states that "unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents."

    c) Paragraph 3(c) of the Order states that "whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions."

Before we approach the Court to quash the subpoena, please advise if you simply wish to withdraw it.

Very truly yours,

*Alan Federbush*

Alan Federbush

**PROSKAUER ROSE LLP**

Karl Geercken
July 5, 2007
Page 2

cc:    Amy Manning, Esq.
        W. Edward Ramage, Esq.
        Raymond Duane

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  

Rev. January 2006

------------------------------------------------------------x

*Medtech Products, Inc.*

                                  Plaintiff(s),

        - against -

*Ranir, LLC*  
*DenTek Oral Care, Inc.*    Defendant(s).  
*Power Products, Inc.*

------------------------------------------------------------x

CIVIL CASE DISCOVERY PLAN  
AND SCHEDULING ORDER

Civ.  ( )( )  
07 Civ. 3302  } *Consolidated*  
07 Civ. 3304  } *Cases*  
07 Civ. 3305  }

**This Court requires that this case shall be <u>ready for trial</u> on or after** ~~November 8, 2007~~ *October 19, 2007*  
*Second week of early October or Third*

The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure. *See transcript of hearing this date*

The case (**is**) ~~(is not)~~ to be tried to a jury.

Joinder of additional parties must be accomplished by  __6/15__ .

Amended pleadings may be filed until __6/15__ .

**Discovery:**

1. Interrogatories are to be served by all counsel no later than __6/29__, and responses to such interrogatories shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 (**shall**) (shall not) apply to this case *as modified*

2. First request for production of documents, if any, to be served no later than __6/29__.

3. Depositions to be completed by  ~~9/14~~ ~~8/31~~ __9/21__ .

    a.   Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.  
    b.   Depositions shall proceed concurrently.  
    c.   Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.  
    d.   If the defense of qualified immunity from suit as a matter of law has been or will be asserted by any defendant(s) with respect to any claim(s) in the case, counsel for any such defendant(s) shall, within thirty (30) days of this order depose plaintiff(s) at least concerning all facts relevant to the issue of qualified immunity. Within thirty (30) days thereafter defendant(s) shall serve consistent with Local Rule 6.1 and file a motion under Rule 12(c) or Rule 56, returnable on a date posted in

the New York Law Journal by Judge Brieant for hearing motions. The motion shall, in the absence of agreement of counsel, be limited to the issue of qualified immunity, and plaintiff(s) version of the events shall be assumed true for purposes of the motion. **Failure to comply with this provision of this Order shall operate as a waiver of the opportunity to resolve the issue of qualified immunity by motion prior to trial.**

4. Any further interrogatories, including expert interrogatories, to be served no later than ___8/17___.

5. Requests to Admit, if any to be served no later than ___9/7 - Responses in 3 weeks___

6. Additional provisions relating to discovery agreed upon by counsel for the parties (are) (are not) attached and made a part hereof.

7. All discovery is to be complete by ___9/28___.

Dispositive motions, if any, must be served on notice as required by Local Civil Rule 6.1, and must be returnable before the Court on a published motion day, no later than three weeks before the ready for trial date.

Next Case Management Conference ___To be set by the assigned judge___
~~(This date will be set by the Court at the first conference)~~

Joint Pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

This case has been designated to the Hon. ___Lisa Margaret Smith___, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

Strict compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court or the assigned Magistrate Judge acting under a specific reference order.

Upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date. ___See attached page three incorporated by reference___

SO ORDERED.

Dated: White Plains, New York
___May 31, 2007___

                                                                                                 ___Charles L. Brieant___
                                                                                                 Charles L. Brieant, U.S.D.J.

(a) Plaintiff will submit list of patent claims at issue to counsel for BenTek by Tuesday, June 5.

(b) Rule 26 disclosures by [illegible] 6/22.

(c) Plaintiff & BenTek will exchange list of patent claim terms [illegible] between 6/11 & 6/15.

(d) Proposed Claim construction exchanged by 6/22.

(e) Claim construction briefs submitted by 7/13, with reply briefs submitted by 7/20.

(f) Expert report disclosures by [illegible] 8/31, with rebuttal reports by 9/14.

(g) Depositions may begin 7/23.

(h) Contention interrogatories may be served on or after 8/1.