UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS, INC., <br>     Plaintiff, <br> v. <br><br> RANIR, LLC, et al., <br>     Defendants. | 07 CV 03302-WP4-LMS <br> (Consolidated) |
| MEDTECH PRODUCTS, INC., <br>     Plaintiff, <br> v. <br><br> DENTEK ORAL CARE, INC., <br>     Defendant. | |
| MEDTECH PRODUCTS, INC., <br>     Plaintiff, <br> v. <br><br> POWER PRODUCTS, INC., <br>     Defendant. | |

## DECLARATION OF GREGORY SIECZKIEWICZ IN SUPPORT OF THE MEMORANDUM OF DEFENDANT DENTEK ORAL CARE, INC. ON CONSTRUCTION OF CLAIM 17 OF THE '051 PATENT

1. I am an associate with the law firm Proskauer Rose LLP, counsel for Plaintiff DenTek Oral Care, Inc. ("DenTek"). I have been admitted *pro hac vice* before this Court to appear in this action.

2. I submit this Declaration in support of the Memorandum of Defendant DenTek Oral Care, Inc. on Construction of Claim 17 of the '051 Patent. The purpose of this Declaration is to place before the Court documents relevant to DenTek Oral Care's Memorandum on Construction of Claim 17 of the '051 Patent.

3. Attached hereto as Exhibit A is a true and accurate copy of US patent 6,830,051.

4. Attached hereto as Exhibit B is a true and accurate copy of pages from the Dictionary of Science and Technology, 1992, containing the definitions of the terms "interocclusal," "occlusal" and "copolymer."

5. Attached hereto as Exhibit C is a true and accurate copy of pages from Webster's Third New International Dictionary, 2002, containing the definitions of the terms "bruxism," "clench," "molding," "over" and "resin."

6. Attached hereto as Exhibit D is a true and accurate copy of the file history of US patent application number 10/425,908, which issued as the '051 patent, to which I have added sequential page numbers in the lower right corner for ease of reference. Claim 17 as originally filed is set forth at page 37 of Exhibit D. The Examiner's statement of reasons for allowance is set forth at page 55 of Exhibit D.

7. Attached hereto as Exhibit E is a true and accurate copy of an ELVAX® resins Product Data Sheet, E.I. du Pont de Nemours and Co., Inc. 2007.

8. Attached hereto as Exhibit F is a true and accurate copy of US patent 6,082,363.

9. Attached hereto as Exhibit G is a true and accurate copy of US patent 6,036,487.

10. Attached hereto as Exhibit H is a true and accurate copy of US patent 5,566,684.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Boston, Massachusetts, July 13, 2007.

Gregory Sieczkiewicz