# EXHIBIT C

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

## UNABRIDGED

A Merriam-Webster
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF

MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 2002 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 2002 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
  unabridged: a Merriam-Webster/editor in chief, Philip Babcock Gove
  and the Merriam-Webster editorial staff.
    p.     cm.
  ISBN 0-87779-201-1 (blue sturdite).—ISBN 0-87779-202-X
(carrying case).—ISBN 0-87779-206-2 (imperial buckram).
    1. English language—Dictionaries. I. Gove, Philip Babcock,
  1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36
423-dc20

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

52535455QKY050403

Case 7:07-cv-03302-KMK-LMS Document 45-5 Filed 07/13/2007 Page 4 of 9

Whitehead⟩ **2 :** a brutal act or course of action ⟨the ~ of war⟩

**bru·tal·i·za·tion** \ˌbrüdᵊlə'zāshən, -üt°l-, -ˌī'z-\ *n* -s **:** the act or process of brutalizing **:** the state of being brutalized ⟨the ~ that comes from indifference to the hardships of others —J.R.Ellingston⟩

**bru·tal·ize** \'brüdᵊlˌīz, -üt°l-\ *vt* -ED/-ING/-S [*brutal* + *-ize*] **1 a :** to make brutal, unfeeling, or inhuman ⟨perhaps . . . we shall ~ ourselves sufficiently to make regret impossible —E.W. Griffiths⟩ **b :** to alter (as by distorting) so as to lessen or destroy the essential or aesthetic value of **c :** to make less sensitive or humane ⟨the experience of war *brutalized* him somewhat⟩ ⟨in his lower moments *brutalizing* . . . noble legends into farce —O.W.Holmes †1935⟩ **2 :** to treat brutally ⟨man *brutalizing* man on the indifferent earth —I.L.Salomon⟩

**bru·tal·ly** \'brüdᵊlē, -üt°lē, -li\ *adv* **:** in a brutal manner **:** to an extent considered brutal

**bru·tal·ness** \-lnəs\ *n* -ES **:** the quality or state of being brutal

**¹brute** \'brüt, *usu* -üd·+V\ *adj* [ME, fr. MF *brut* rough, brutish, fr. L *brutus* stupid, irrational, lit., heavy; akin to L *gravis* heavy — more at GRIEVE] **1 :** of, relating to, or typical of animals, brutes, or beasts **:** not possessed of human rational powers ⟨the same kind of service for the ~ world that the study of genealogy has rendered to human history —*Encyc. Americana*⟩ **2 :** having neither life nor soul **:** not conscious or animate ⟨as we left the harbor, the North Atlantic, ~ gray, heckled the ship with its strength —Saul Bellow⟩ **3 :** resembling an animal in quality, action, or instinct **:** BRUTAL: as **a :** dull, stupid, and unreasoning **b :** cruel and savage **c :** coarse **:** utterly lacking in sensitivity or higher feelings **c :** coarse and grossly sensual ⟨the ~ instinct that prompted the crime⟩ **4 :** purely physical **:** involving no mental exertion or effort ⟨by ~ strength they broke the heavy door⟩ **5 :** not influenced or governed by human intelligence **:** utterly insensible and unaffected by reason **6 :** rough, crude, and unrefined **:** unrelieved and unmodified ⟨the ~ facts with which . . . we have to come to terms —Aldous Huxley⟩ **syn** see BRUTAL

**²brute** \"\ *n* -s [ML *brutus*, fr. L *brutus*, adj.] **1 a :** an animal other than man of the class of mammals or certain other vertebrates **:** BEAST **b** *chiefly dial* **:** a male bovine animal **:** BULL **2 :** one that is brutal; *esp* **:** a coarse, insensate, unfeeling, crude, or cruel man ⟨he was a drunken loutish ~⟩

**³brute** \"\ *obs var of* BRUIT

**⁴brute** \"\ *vt* -ED/-ING/-S [back-formation fr. *bruting*] **:** to shape (a diamond) by rubbing or grinding with another diamond or a diamond chip

**brute·ly** *adv* **:** in the manner of a brute

**brute·ness** *n* -ES **:** the quality or state of being brute

**brut·ing** \'brüdiŋ\ *n* -s [modif. (influenced by E *-ing*) of F *brutage* — more at BRUTAGE] **:** the process of bruting a diamond

**brut·ish** \'brüd·ish, -ütˌ, ēsh\ *adj* [ME *brutissche*, fr. ¹*brute* + *-issche* -ish] **1 :** of or relating to animals as opposed to man **:** resembling or typical of a brute or beast ⟨~ form rather than human —John Milton⟩ **2 a :** strongly and grossly sensual **:** utterly without sensitivity or delicacy **b :** marked by very little intelligence or rationality ⟨an insensitive and ~ reaction to any reasonable suggestion⟩ ⟨~ aesthetic apathy —Cyril Connolly⟩ **c :** stupidly cruel ⟨plantations where slavery was . . . ~ —Allan Nevins & H.S.Commager⟩ **syn** see BRUTAL

**brut·ish·ly** *adv* **:** in a brutish manner

**brut·ish·ness** *n* -ES **:** the quality or state of being brutish

**brut·ter** \'brəd·ə(r)\ *n* -s [origin unknown] **1 :** BALLHOOTER **2 :** LIMBER

**brux·el·lois** \brüˌselwä\ *n, pl* **bruxellois** *cap* [F, fr. *Bruxelles* (Brussels), Belgium] **:** a native or resident of Brussels, Belgium

**brux·ism** \'brəkˌsizəm\ *n* -s [irreg. (Gk *υ* & *χ* being transliterated respectively as *u* & *x* instead of *y* & *ch*) fr. Gk *brychein* to gnash the teeth + E *-ism*; akin to OIr *brōn* trouble, W *brwyn* stabbing pain, Lith *graužti* to gnaw, OSlav *grysti*] **:** the habit of unconsciously gritting or grinding the teeth esp. in situations of stress or during sleep

**brux·o·ma·nia** \ˌbrəksō+\ *n* -s [NL, irreg. fr. Gk *brychein* to gnash the teeth + NL *-o-* + *-mania*] **:** BRUXISM

**bru·yère** \brüˈyer\ *n* -s [F — more at BRIER] **:** ²BRIER

**bry-** *or* **bryo-** *comb form* [NL, moss, fr. Gk *bryo-* moss, catkin, fr. *bryon*; perh. akin to OHG *krūt* herb, cabbage — more at SAUERKRAUT] **:** moss (*Bryaceae*) ⟨*bryology*⟩

**brya** \'brīə\ *n, cap* [NL, fr. L, tamarisk, fr. Gk] **:** a genus of prickly shrubs and small trees (family Leguminosae) of the Caribbean region that yield a very durable hard wood — see GRANADILLA TREE

**bry·a·ce·ae** \brīˈāsēˌē\ *n pl, cap* [NL, fr. *Bryum*, type genus + *-aceae*] **:** a family of acrocarpous mosses (order Eubryales) having symmetrical often pendent capsules with a double peristome, the inner one being ciliate — compare BRYUM — **bry·a·ceous** \(ˌ)brīˈāshəs\ *adj*

**bry·a·les** \brīˈā(ˌ)lēz\ *n pl, cap* [NL, fr. *Bryum* + *-ales*] *in some classifications* **:** an order or subclass of Musci comprising the mosses that have the spore case separated from the capsule wall by a hollow cylindrical intercellular space — compare EUBRYALES

**bry·an·ite** \'brīəˌnīt\ *n* -s *usu cap* [William O'Bryan †1868 Eng. preacher + E *-ite*] **:** a member of a Methodist body formerly called Bible Christians founded in England by William O'Bryan in 1815

**bry·an·thus** \brīˈan(t)thəs\ *n* [NL, fr. *bry-* + *-anthus*] **1** *cap* **:** a genus of Old World prostrate mat-forming evergreen heaths (family Ericaceae) with 4-parted flowers in racemes that was formerly included in *Phyllodoce* **2** *pl* **bryanthuses** \-thəsəz\ *also* **bryan·thi** \-ˌnˌthī\ **:** any plant of the genus *Bryanthus* or sometimes of the genus *Phyllodoce*

**bryn·za** \'brinzə\ *n* -s [Romanian *brînză*] **:** a ewe's-milk cheese made in central Europe and Asia Minor

**bry·o·bia mite** \(ˈ)brīˈōbēə-\ *n* [NL *Bryobia* genus of mites, fr. *bry-* + *-bia*] **:** CLOVER MITE

**bry·o·log·i·cal** \ˌbrīəˈläjəkəl\ *adj* **:** of or relating to bryology

**bry·ol·o·gist** \brīˈäləjəst\ *n* -s **:** a specialist in bryology

**bry·ol·o·gy** \-jē\ *n* -ES [ISV *bry-* + *-logy*] **1 a :** the science of mosses **b :** a branch of botany that deals with the bryophytes **2 a :** moss life (as of a region) ⟨the ~ of Wales⟩ **b :** the properties and life phenomena exhibited by a moss or moss type ⟨the ~ of sphagnum⟩

**bry·o·nia** \brīˈōnēə\ *n* [NL, fr. L, bryony, fr. Gk *bryōnia*, *bryōnē*; akin to *bryon* moss — more at BRY-] **1** *cap* **:** a small genus of perennial Old World herbaceous tendril-bearing vines (family Cucurbitaceae) having large leaves and small dioecious flowers with the staminate borne in racemes — see BRYONY **2** -s **:** the dried root of bryony (*Bryonia alba* or *B. dioica*) used as a cathartic

**bry·o·ny** *also* **bri·o·ny** \'brīənē, -ni\ *n* -ES [L *bryonia*] **1 :** a plant of the genus *Bryonia* (esp. *B. alba* or *B. dioica*) **2 :** BRYONIA 2

**¹bryo·phyl·lum** \ˌbrīəˈfiləm\ [NL, fr. *bry-* + *-phyllum*] *syn of* KALANCHOE

**²bryophyllum** \"\ *n* -s [NL, fr. *bry-* + *-phyllum*] **:** a succulent plant (*Kalanchoe pinnata*) with oblong simple or pinnate leaves

**bry·oph·y·ta** \brīˈäfədə\ *n pl, cap* [NL, fr. *bry-* + *-phyta*] **:** a division of nonflowering plants comprising the mosses and liverworts characterized by rhizoids rather than true roots, by little or no organized vascular tissue, by multicellular archegonia and antheridia in which only some of the cells are sporogenous, and by a clear-cut alternation of generations, the sporophyte being without chlorophyll and remaining attached to and nourished by the gametophyte — see HEPATICAE, MUSCI

**bry·o·phyte** \'brīəˌfīt\ *n* -s [NL *Bryophyta*] **:** a plant of the Bryophyta — **bry·o·phyt·ic** \ˌ＝＝ˈfidˌik\ *adj*

**bry·op·si·da·ce·ae** \(ˌ)brīˌäpsəˈdāsēˌē\ *n pl, cap* [NL, fr. *Bryopsid-*, *Bryopsis*, type genus + *-aceae*] **:** a family of marine green algae (order Siphonales) having the characteristics of the genus *Bryopsis*

**bry·op·sis** \brīˈäpsə̇s\ *n, cap* [NL, fr. *bry-* + *-opsis*] **:** a genus (the type of the family Bryopsidaceae) of marine green algae that occur in warmer seas and have nonseptate filaments forming a rhizomatous prostrate base and an upright pinnately branched portion

**bryo·zoa** \ˌbrīəˈzōə\ *n pl, cap* [NL, fr. *bry-* + *-zoa*] **1 :** a small phylum of aquatic animals that reproduce by budding, that usu. form branching, flat, or mosslike colonies permanently attached on stones or seaweeds and enclosed by an external cuticle soft and gelatinous or rigid and chitinous or calcareous, and that consist of complex zooids each having an alimentary canal with distinct mouth and anus surrounded by a true coelom and associated with a protrusible lophophore — see AVICULARIUM, VIBRACULUM; BUGULA; ENTOPROCTA, GYMNOLAEMATA, PHYLACTOLAEMATA **2** *in some classifications* **:** a class or other division of Molluscoidea comprising the Bryozoa and the Entoprocta

**¹bryo·zo·an** \ˌbrīəˈzōən\ *or* **bryo·zo·on** \-ˈōˌän\ *adj* [NL *bryozoon*, fr. *bry-* + *-zoon*] **:** of or relating to the Bryozoa

**²bryozoan** \"\ *or* **bryozoon** \"\ *n, pl* **bryozoans** \-ōənz\ *or* **bryo·zoa** \-ōə\ **1 :** an individual zooid of a bryozoan colony **2 :** an animal of the phylum Bryozoa

**bryo·zo·ol·o·gist** \ˌbrīə+\ *n* -s [blend of NL *Bryozoa* and E *zoologist*] **:** a specialist on the Bryozoa

**bryth·on** \'briˌthän\ *n* -s *cap* [W] **1 :** a member of the British branch of Celts **:** BRITON **2 :** a speaker of one of the Brythonic languages — compare GOIDEL

**¹bry·thon·ic** \brīˈthänik\ *adj, usu cap* [*Brython* + *-ic*] **1 :** of, relating to, or characteristic of the Brythons **2 :** of, relating to, or characteristic of the division of the Celtic languages that includes Welsh, Cornish, and Breton — compare GOIDELIC

**²brythonic** \"\ *n* -s *cap* **:** the Brythonic branch of the Celtic languages — see INDO-EUROPEAN LANGUAGES table

**bry·um** \'brīəm\ *n, cap* [NL, alter. of L *bryon* moss, fr. Gk — more at BRY-] **:** a genus (the type of the family Bryaceae) of mosses containing species distinguished by mostly erect and tufted gametophytes and symmetrical short-necked capsules — compare MNIUM

**brz** *abbr* bronze

**BS** *or* **BSc** *abbr or n* -s Bachelor of Science

**BS** *abbr* **1** balance sheet **2** bill of sale **3** bill of store **4** bishop suffragan **5** bottom settlings **6** British standard

**b's** *or* **bs** *pl of* B

**bsc** *abbr* basic

**b-scope** *n, usu cap B* **:** a radarscope on which signals appear as bright spots that by their vertical or horizontal displacement indicate the angle and range of the target — compare A-SCOPE

**bsh** *abbr* bushel

**b sharp** \ˈ＝ˌ＝\ *n, usu cap B* **:** the tone a half step above B and sounding enharmonically the same as C in the tempered scale

**bskt** *abbr* basket

**bsmt** *abbr* basement

**BSt** *abbr* bill of sight

**b-stage resin** \ˈ＝ˌ＝-\ *n, usu cap B* **:** RESITOL

**b star** *n, usu cap B* **:** a star of spectral type B — see SPECTRAL TYPE table

**b station** *n, usu cap B* **:** a radio station aboard a ship

**b switchboard** *n, usu cap B* **:** a switchboard in a telephone exchange for receiving and completing trunk calls that originate in another exchange

**Bt** *abbr* **1** baronet **2** bent **3** boat **4** bought **5** brevet

**BT** *abbr* **1** basic training **2** berth terms **3** board of trade

**btn** *abbr* battalion

**btr** *abbr* better

**BTU** *abbr* **1** board of trade unit **2** British thermal unit

**btwn** *abbr* between

**bty** *abbr* battery

**bu** \'b(y)ü\ *n, pl* **bu** [Jap] **1 :** an old Japanese rectangular coin orig. made of gold and from 1830 to 1870 of silver; *also* **:** a corresponding unit of value (¼-bu and 2-bu pieces were issued) **2 :** either of two Japanese units of measure: **a :** a unit of length equal to 0.1 inch **b :** TSUBO

**bu** *abbr* **1** blue **2** bulletin **3** bureau **4** bushel

**bual** \'bwäl, bü'äl\ *n* -s *usu cap* [Pg *boal*, a kind of wine grape] **:** a rich golden-colored Madeira wine

**bu·ang** \'büˌäŋ\ *n, pl* **buang** *or* **buangs** *usu cap* **1 :** a Papuan people of the Morobe district, North-East New Guinea **2 :** a member of the Buang people

**bu·at** \'büət\ *var of* BOUET

**bua·ze** \'bwäzē\ *n* -s [Nyanja *bwazi*] **:** an African woody vine (*Securidaca longipedunculata*) of the family Polygalaceae yielding a fiber that resembles flax

**¹bub** \'bəb\ *n* -s [perh. short for *bubble*] *archaic* **:** strong malt liquor

**²bub** \"\ *n* -s [short for ²*bubby*] **:** BROTHER, LAD, BOY — used chiefly as a term of address and with an implication of superiority to the one addressed ⟨come on, ~, make it snappy⟩

**¹bu·ba·line** \'byübəˌlīn, -lən\ *adj* [NL *Bubalis* + E *-ine*] **:** like, relating to, or being one of certain large African antelopes of *Alcelaphus* and related genera that were formerly regarded as forming a subfamily (Bubalinae) of Bovidae

**²bubaline** \"\ *adj* [NL *Bubalus* + E *-ine*] **:** of, like, or relating to *Bubalus* or a related genus

**bu·ba·lis** \'byübələs\ [NL, fr. Gk *boubalis*, *boubalos*, an African antelope] *syn of* ALCELAPHUS

**bubalis** \"\ *or* **bu·bal** *also* **bu·bale** \'byübəl\ *n, pl* **bubalises** *or* **bubals** *also* **bubales** **:** the northern hartebeest

**bu·ba·lus** \'byübələs\ *n, cap* [NL, fr. LGk *boubalos* buffalo, fr. Gk, an African antelope, prob. fr. *bous* head of cattle — more at cow] **:** a genus of Bovidae comprising the nearly hairless mud-wallowing buffaloes of Asia, certain large extinct relatives, and in some classifications the buffaloes of Africa

**bubbies** *pl of* BUBBY

**¹bub·ble** \'bəbəl\ *vb* **bubbled**; **bubbled**; **bubbling** \'bəb(ə)-liŋ\ **bubbles** [ME *bublen*, *bobelen*, prob. of imit. origin like D *bobbelen* to bubble, MLG *bubbeln*, Lith *bubséti*] *vi* **1 a :** to form or produce bubbles ⟨soup *bubbling* in the kettle⟩ **b :** to move upward or rise in or as if in bubbles ⟨gases *bubbling* from the mud⟩ — often used with *up* ⟨cool water *bubbling up* from the ground⟩ ⟨these questions ~ up from time to time⟩ **2 :** to flow out or pour out with a gurgling sound suggesting the forming and rising of bubbles ⟨a clear fountain *bubbling* in the shade⟩ **3 :** to suggest bubbling water: **a :** to make gurgling or warbling sounds ⟨a nightingale softly *bubbling* in the shrubbery⟩ ⟨her carefree laughter *bubbled* behind us⟩ **b :** to utter as though giving off bubbles either with sparkle and effervescence ⟨songs that ~ with wit and grace⟩ or with persistent monotonous repetition ⟨they ~ of Marx or Disraeli to their dying day —*Times Lit. Supp.*⟩ **c :** to be or become lively or effervescent (as with joy) **:** bubble over ⟨he looked like a good soldier and *bubbled* with natural joyousness —Alan Sullivan⟩ **d** *Scot* **:** BLUBBER, SNIVEL **e :** to be in agitated movement or activity **:** rise into consciousness usu. unexpectedly **:** CHURN, STIR — used chiefly of intangibles ⟨such contacts soon set his brain to *bubbling* with new ideas⟩ ~ *vt* **1 :** to utter (as words) bubblingly **:** express in bubbles or as if in giving off bubbles ⟨she *bubbled* questions —R.A.W. Hughes⟩ ⟨dozens of birds *bubbling* their joy to the clearing sky⟩ **2 a :** to cause to bubble ⟨~ cocoa and sugar together in a little water —*Better Homes & Gardens*⟩ **b :** BURP **3** *archaic* **:** CHEAT, DECEIVE, DELUDE **4 :** to pass (as gas) through some medium in the form of discrete bubbles

**²bubble** \"\ *n* -s *often attrib* **1 :** a small globule typically hollow and light: as **a :** a small body of air or gas within a liquid ⟨~s rising in champagne⟩ **b :** a thin film of liquid inflated with air or gas ⟨soap ~s⟩ **c :** a hollow globule of blown glass (as a small floating bead formerly used for testing the strength of spirits) **d :** a globule (as of air) in a transparent solid ⟨windowpanes marred with ~s and wavy patches⟩; *broadly* **:** such globules constituting an imperfection in glass and resulting from the trapping of air or gas during the melting process **e :** the globule of air in the tube of a spirit level; *sometimes* **:** the tube and its contents **f :** BUBBLE SHELL **g** *Scot* **:** mucus from the nose **h :** BUBBLE CANOPY **2 a :** something that lacks firmness, solidity, or reality **:** a false show ⟨a ~ of fame⟩ ⟨life is but a ~⟩ **b :** a dream of what thou wast . . . a breath, a ~ —Shak.⟩ **b :** a delusive scheme **:** a dishonest speculation ⟨the South sea ~⟩ **3** *archaic* **:** one readily deceived or tricked **:** DUPE, GULL **4 a :** a bubbling as of boiling or flowing water ⟨we'll not be long, the kettle's just at the ~⟩ **b :** a sound like that of bubbling **:** a gurgling or warbling song ⟨the cadenced ~ of certain bird songs⟩

**bubble and squeak** *n* [so called fr. the sounds made in cooking the dish] **:** a dish consisting of potatoes and cabbage or esp. formerly potatoes, cabbage, and meat fried together

**bubble bath** *n* **1 :** a liquid or granular perfumed preparation that foams in water **2 :** a bath prepared with bubble bath

**bubble bowl** *n* **:** a somewhat spherical bowl usu. of clear glass and with a small lipless opening used chiefly for ornamental display (as of floating short-stemmed flowers)

**bubble canopy** *n* **:** an airplane-cockpit canopy that is usu. transparent, nearly hemispherical, seamless, and without bracing or supports

**bubble cap** *n* **:** a device (as a metal cup with notches or slots around the edge) that is inverted over a hole in a plate in a bubble tower for effecting contact of vapors rising from the plate below and liquid already on the plate

**bubble chamber** *n* **:** a chamber in which a superheated liquid is produced so that an ionizing particle passing through the liquid initiates boiling along its path, the strings of bubbles so produced being photographed and indicating the behavior of the ionizing particle

**bubble dance** *n* **:** a solo dance act performed in or as if in the nude, the dancer using one or more balloons for covering — compare FAN DANCE

**bubble disease** *n* **:** a disease of mushrooms caused by a fungu (*Mycogone perniciosa*) that grows over infected mushrooms i a white mat causing deformation and sometimes the depositio of brownish drops on the injured surface

**bubble fountain** *n* **:** a bubbler drinking fountain

**bubble glass** *n* **:** glass in which bubbles have been induce during manufacture for artistic effect

**bubble gum** *n* **:** a chewing gum that can be blown into larg bubbles

**bub·ble·less** \'bəbəl(l)əs\ *adj* **:** being without bubbles

**bub·ble·ment** \'bəbəlmənt\ *n* -s **:** an effervescent state o condition

**bubble nest** *n* **:** a collection of bubbles made by certain fishes a a place in which to deposit their eggs

**bubble octant** *n* **:** an octant using the same principle as a bub ble sextant

**bubble over** *vi* **:** to be so filled with something (as with emotio an idea, or information) as to be unable to restrain it fro escaping as if in bubbles ⟨she came back *bubbling over* wit news⟩; *esp* **:** to give vent to emotion in a series of impulses ⟨h frisked around her *bubbling over* with joy —Nathaniel Haw thorne⟩

**bub·bler** \'bəb(ə)lə(r)\ *n* -s **1 :** FRESHWATER DRUM **2 a** (1 **:** DRINKING FOUNTAIN (2) **:** the spout of a drinking fountai **b :** any of several devices in which air or gas is bubbled throug liquid

**bubble sextant** *n* **:** a sextant used esp. in aerial navigation i which the image of the heavenly body being observed brought to the edge of a bubble instead of to the sea horizo the bubble appearing in its proper position in the field of vie only when the sextant is held so that its zero plane is t observer's horizontal plane

**bubble shell** *or* **bubble snail** *n* **1 :** any of a number of mari gastropod mollusks (order Opisthobranchia) having the sh comparatively thin and small with the body whorl envelopi the other whorls (as members of the Akeridae or of the gen *Bulla*) — see HAMINOEA **2 :** a freshwater snail of *Physa* or related genus

**bub·blet** \'bəb(ə)lət\ *n* -s [blend of *bubble* and *-let*] **:** a sm bubble

**bubble tower** *n* **:** a tower in which gas or vapor is bubbl through liquid; *specif* **:** a plate tower (as for fractionat petroleum distillates) in which the plates are provided wi bubble caps

**bubble tube** *n* **:** the glass tube containing the liquid and bubb in a spirit level

**bubbling** *adj* **:** CHURNING, EFFERVESCENT, EFFUSIVE — **bu bling·ly** *adv*

**¹bub·bly** \'bəb(ə)lē, -li\ *adj* -ER/-EST [²*bubble* + *-y*] **1 :** full bubbles **:** BUBBLING, EFFERVESCENT **2 :** resembling a bubb ⟨buildings with ~ domes⟩

**²bubbly** \"\ *n* -ES *chiefly Brit* **:** CHAMPAGNE

**bub·bly-jock** \ˈbəbliˌjäk, ˈbüb-\ *n* -s [¹*bubbly* (fr. its cry) *Jock* (rustic, clown)] *chiefly Scot* **:** a male turkey

**¹bub·by** \'bəbē *also* 'bübē\ *n* -ES [perh. imit. of the noise ma by a sucking infant] **:** BREAST — now often considered vul

**²bub·by** \'bəbē\ *n* -ES [prob. baby talk alter. of ¹*broth* **:** little boy **:** BROTHER — used chiefly as a familiar or affecti ate term of address

**bubbybush** \'＝＝ˌ＝\ *or* **bubby-blossom** \'＝＝ˌ＝＝\ *also* **bubby bubby-flower** *or* **bubby-shrub** *n* [¹*bubby*; prob. fr. the flowers compared to human nipples] **:** CAROLINA ALLSPICE

**bu·be** \'büˌbā\ *or* **bu·bi** \-(ˌ)bē\ *n, pl* **bube** *or* **bubes** *or* **b** *or* **bubis** *usu cap* **1 a :** a Bantu-speaking people of the isl of Fernando Po, West Africa **b :** a member of such peo **2 :** a Bantu language of the Bube people

**bu·binga** \bü'biŋ(g)ə\ *n* -s [Bantu] **1 :** any of several l leguminous trees of tropical West Africa (esp. *Didek africana* and members of the genera *Copaifera* and *Brac stegia*) **2 :** the wood of a bubinga; *esp* **:** the hard he heartwood of a bubinga that is similar in appearance to r wood and is used for veneers — called also *African rosew*

**¹bu·bo** \'b(y)ü(ˌ)bō\ *n* -ES [ML, fr. Gk *boubōn* groin, gla bubo] **1 :** an inflammatory swelling of a lymph gland esp the groin that is due to the absorption of infective mate (as in gonorrhea, syphilis, or the plague) **2 :** LYMP GRANULOMA

**²bubo** \"\ *n, cap* [NL, fr. L, horned owl; akin to Gk *b byza* owl, Arm *bu*, *bučč*, Per *bum*] **:** a nearly cosmopoli genus of large horned owls including the eagle owls — GREAT HORNED OWL

**bu·bon·ic** \(ˈ)b(y)üˈbänik, -nēk\ *adj* [ML *bubon-*, *bubo* *-ic*] **:** of or attended with buboes

**bubonic plague** *n* **:** plague in which the formation of bu is a prominent feature — compare PNEUMONIC PLAGUE

**bu·bon·i·dae** \b(y)üˈbänəˌdē\ [NL, fr. *Bubon-*, *Bubo*, genus + *-idae*] *syn of* STRIGIDAE — used in place of Strig as usu. restricted when Strigidae replaces Tytonidae

**bu·bon·o·cele** \-nəˌsēl\ *n* -s [Gk *boubōnokēlē*, fr. *bo* groin + *-o-* + *-kēlē* -cele] **:** an inguinal hernia; *esp* **:** a he in which the hernial pouch descends only as far as the g and forms a swelling there like a bubo

**bubs** *pl of* BUB

**bubu** *var of* BOO-BOO

**bu·buk·le** \'b(y)üˌbəkəl\ *n* -s [blend of ¹*bubo* and *carbu archaic* **:** a large red blemish or pimple — **bu·buk·led** \-k *adj, archaic*

**bucan** *var of* BUCCAN

**bu·ca·re** \'bükəˌrā, -ˌrē, bü'kärē\ *n* -s [Sp *búcare*, *bucare* spiny Peruvian tree (*Erythrina poeppigiana*) widely plante shading coffee and cacao plantations in the West Indies

**bucayo** *var of* BUKAYO

**¹buc·ca** \'bəkə\ *n* -s [L — more at POCK] **:** CHEEK; *specif* part of the insect head wall adjoining and sometimes inclu the mouth

**²bucca** \"\ *n* -s [Corn, hobgoblin, scarecrow; akin t *bwgan* bogey] *dial Eng* **:** SCARECROW

**buc·cal** \'bəkəl\ *adj* [L *bucca* cheek + E *-al*] **1** *of an structure* **:** directed toward the cheek ⟨the ~ aspect of the **2 :** of, relating to, or involving the cheeks ⟨a large ~ gang **3 :** of, relating to, involving, or lying within the m **:** ORAL ⟨~ organs⟩ ⟨a strong ~ capsule⟩

**buccal gland** *n* **1 :** any of the small racemose mucous gl in the mucous membrane lining the cheeks **2 :** any o lymphatic glands situated near the buccinator muscle

**buc·cal·ly** \-kəl(l)ē\ *adv* **:** toward the cheek

**buccal mass** *n* **:** the mouthparts in mollusks other than biv and the muscles by which they are operated and with w they generally form a more or less compact mass

**¹buc·can** \(ˌ)bəˈkan, 'bəkən\ *or* **bu·can** *or* **bou·can** \( ˌkan, -kän\ *vt* -ED/-ING/-S [MF *boucaner*, fr. *boucan*] **:** t pose (meat) in strips to fire and smoke upon a buccan

**²buccan** \"\ *or* **bucan** *or* **boucan** \"\ *n* -s [MF *bouca* Tupian origin; akin to Tupi *mukém* buccan] **1 :** a wo frame or grid for roasting, smoking, or drying meat ove **2 :** buccaned meat

**¹buc·ca·neer** \ˌbəkəˈni(ə)r, -iə\ *n* -s [F *boucanier* F woodsman of the 17th century in the West Indies, pira *boucaner* to buccan; fr. their typical manner of conse meat] **1 :** a person who dries and smokes flesh or fish the manner of the Indians — orig. used of the French se in Haiti who hunted wild cattle and swine **2 :** one o freebooters preying upon Spanish ships and settlemen in the West Indies in the 17th century; *broadly* **:** PIRATE dark reddish orange that is deeper and slightly redder

**cleavage crystal** *n* : a crystal fragment having a regular form because bounded by cleavage faces

**cleavage nucleus** *n* : the zygote nucleus formed by the fusion of male and female pronuclei

**¹cleave** \ˈklēv\ *vi* **cleaved** \-vd\ *also* **clave** \ˈklāv\ *or* **clove** \ˈklōv\ **cleaved; cleaving; cleaves** [ME *clevien, cliven*, fr. OE *clifian, cleofian*; akin to OHG *kleben* to stick, ON *klīfa* to clamber, cling to, Serb *glib* filth, OE *clǣg* clay — more at CLAY] **1** : to adhere firmly and closely as though evenly and securely glued ‹the rain continued . . . their uniforms *cleaved* uncomfortably to their bodies —Norman Mailer› ‹the homespun shirt . . . was sodden and *clove* coldly to her shivering body —Florette Henri› **2** : to adhere firmly, loyally, or unwaveringly ‹the creed . . . embodied doctrines to which the believer must ~ —Frank Thilly› ‹insisted that his students ~ to the facts› ‹a man . . . shall ~ unto his wife —Gen 2:24 (AV)› **syn** see ADHERE

**²cleave** \ˈ"\ *vb* **cleaved** \-vd\ *also* **cleft** \ˈkleft\ *or* **clove** \ˈklōv\ *or archaic* **clave** \ˈklāv\ **cleaved** *also* **cleft** *or* **cloven** \ˈklōvən\ **cleaving; cleaves** [ME *cleven, cleoven*, fr. OE *clēofan*; akin to OHG *klioban* to split, ON *kljúfa*, L *glubere* to peel, Gk *glyphein* to carve or hollow out, and perh. to OPruss *gleuptene* smoothing board of a plow] *vt* **1 a** : to divide into two parts by a cutting blow : SPLIT ‹the final blow *cleaving* the archbishop's skull —E.V.Lucas› : pass swiftly through (as water or air) as if by cutting ‹our bow . . . *cleaving* . . . the surface of the deep blue water —Ernest Beaglehole› **b** : to divide into distinct parts or portions esp. into groups having divergent or opposing views or interests **c** : to cause to undergo cleavage **2 a** : to sever or separate by cutting or splitting off **b** : to separate (as a person) from the group or (a part) from the whole ‹rifts that seemed to ~ soldier from civilian in habit and state of mind —Dixon Wecter› **3** : to penetrate, pierce, or drive a way through ‹her slim body . . . *clove* the water like a straight gold sword —Elinor Wylie› : force (a passage) as if by cutting or hewing ‹~ one's way through thick underbrush› ~ *vi* **1** : to split open or apart esp. along the grain ‹pine fir wood ~s easily› **2** : to penetrate, pierce, or pass through something usu. swiftly as if by cutting or hewing ‹a ship *cleaving* through the water› ‹his acumen *clove* clean to the heart of a piece of writing —D.G.Mandelbaum› **3** : to undergo cleavage **syn** see TEAR

**³cleave** \ˈ"\ *n* -s [IrGael *cliabh*, fr. MIr *cliab*] *Irish* : BASKET

**cleave·land·ite** *or* **cleve·land·ite** \ˈklēvlən,dīt\ *n* -s [Parker *Cleaveland* †1858 Am. mineralogist + E *-ite*] : a white lamellar variety of albite

**cleav·er** \ˈklēvə(r)\ *n* -s [ME *clever*, fr. *cleven* to split + *-er*] **1** : one that cleaves: as **a** : a tool for cutting animal bodies into joints or pieces (as in butchering) **b** : one who prepares gems by cleaving off imperfect pieces **2** : a prehistoric axlike stone implement having a sharp somewhat straight cutting edge at one end

butcher's cleaver

**cleav·ers** \-(r)z\ *also* **cliv·ers** \ˈklivə(r)z\ *n pl but usu sing in constr* [ME *clivre*, alter. of OE *clife* cleavers, burdock; akin to OHG *chliba*, OE *clifian* to stick — more at CLEAVE] : any of several plants of the genus *Galium* (esp. *G. aparine*) having the stems beset with curved prickles — called also *catchweed*, *goose grass*

**cleav·er·wort** \ˈklēvə(r)+,\ *n* [*cleavers* + *wort*] : CLEAVERS

**cleav·ing·ly** *adv* : in a cleaving manner

**clé·ché** *also* **cle·ché** \ˌklāˈshā, klē-, ˈklesh-\ *or* **clechy** \ˈkleshē\ *adj* [F *cléché*, fr. (assumed) VL *claviculatus*, fr. L *clavis* key — more at CLAVICLE] *of a heraldic cross* : voided and having each extremity shaped like the handle of a medieval key — compare URDÉE; see CROSS illustration

**cleck** \ˈklek\ *vb* -ED/-ING/-S [ME *clekken*, fr. ON *klekja*; perh. akin to OE *clyccan* to clutch — more at CLUTCH] *chiefly Scot* : HATCH

**clee** \ˈklē\ *n* -s [ME *clee, cleu, clea*, fr. OE *clēa* — more at CLAW] *now dial Eng* : CLAW

**cleed** \ˈklēd\ *var of* CLEAD

**¹cleek** \ˈklēk\ *vb* **claught** \ˈklökt\ *or* **cleeked** \ˈklēkt\ *or* **claucht** \ˈklökt\ **cleeked; cleeking; cleeks** [ME (northern dial.) *cleken*; prob. akin to OE *clyccan* to clutch — more at CLUTCH] *vt* **1** *chiefly Scot* : to seize or clutch : SNATCH, PLUCK **2** *chiefly Scot* : to catch or draw out : HOOK ~ *vi*, *chiefly Scot* : to link arms : go arm in arm

**²cleek** \ˈ"\ *n* -s [ME (northern dial.) *cleke* hook, act of clutching, fr. *cleken*, v.] **1** *chiefly Scot* **a** : a large hook or crook (as for a pot over a fire) **b** : FISHHOOK **2** : either of two golf clubs: **a** : a narrow-bladed driving iron formerly in use for short drives **b** : a number four wood

**cleeve** \ˈklēv\ *var of* CLEVE

**clef** \ˈklef\ *n* -s [F, key, a key in music, fr. L *clavis* key — more at CLAVICLE] : a character placed at the beginning of the musical staff to determine the position of the notes

G, or Treble, Clef
Soprano Clef
Alto Clef
Tenor Clef
F, or Bass, Clef
C Clef

**¹cleft** \ˈkleft\ *n* -s [alter. of ME *clift*, fr. OE *geclyft*; akin to OS *klüft* tongs, OHG *kluft* gap, tongs, ON *kluftir*, pl., a place name, OE *clēofan* to split — more at CLEAVE] **1 a** : a space or opening made by or as if by splitting : SPLIT, CLEAVAGE, INDENTATION ‹a spring bubbling out of a ~ in the rock› **b** : an abrupt defile, chasm, or cut ‹a ~ in the mountains› **c** : a usu. V-shaped indented formation : a hollow between ridges or protuberances ‹the anal ~ of the human body› **d** : the hollow space between the two branches of the frog or the frog and bars or between the bulbs of the heel of a horse's hoof **e** : a crack on the bend of the pastern of a horse **f** : a wide, deep, or insurmountable division (as of belief or opinion) ‹a ~ opened between sacred and profane science, which has not yet been closed —W.R.Inge› **2** : a piece or part separated by or as if by cleaving : DIVISION; *specif* : a division of the cleft foot of an animal **syn** see CRACK

**²cleft** \ˈ"\ *adj* [ME, fr. the past part. of *cleven* to cleave (split)] **1** : split or divided for a part of the depth or length : formed with a partial division ‹his nose ends in a puggy knob, ~ at the tip —N.M.Clark› **2** *of a leaf* : divided about halfway to the midrib often with narrow lobes or sinuses — compare DIVIDED, PARTED — **in a cleft stick** : in an inextricable position : in a dilemma : in a fix ‹I never saw his equal to put a fellow in *a cleft stick* —Charles Lever›

**cleft·foot·ed** \ˈ+ˈ+\ *adj* : having a cloven foot

**cleft graft** *n* : a plant graft made by cutting the stock squarely across, splitting the cut end, and inserting one or two scions in the split so that the cambiums of stock and scion are in contact — see GRAFT illustration

**cleft lip** *n* : HARELIP

**cleft palate** *n* : congenital partial or complete fissure of the roof of the mouth often associated with harelip

**cleft·stone** \ˈ+,+\ *n* [*cleft* + *stone*] : FLAGSTONE

**cleft weld** *n* : a weld made by upsetting the ends of the work by cutting a V-shaped opening in the end of one piece, by forming the end of the other piece to fit the first, and by joining the pieces by welding

**cleg** *or* **clegg** \ˈkleg\ *n* -s [ME, fr. ON *kleggi*; akin to Norw *klegg* burt, OE *clǣg* clay — more at CLAY] *Brit* : a horsefly or gadfly

**cleid-** *or* **cleido-** *comb form* [NL, fr. Gk *kleid-, kleido-*, fr. *kleid-, kleis* key; akin to L *clavis* key — more at CLAVICLE] **1 a** : clavicle : clavicular ‹*cleidagra*› **b** : clavicular and ‹*cleidoscapular*› **2** : key ‹*cleidomancy*›

**clei·do·ic** \(ˈ)klīˈdōik\ *adj* [Gk *kleidoun* to fasten, lock in (fr. *kleid-, kleis* key, bolt) + E *-ic*] *of an egg* : cut off or isolated from free exchange with the environment by reason of a more or less impervious shell ‹the eggs of birds are ~›

**cleik** \ˈklēk\ *var of* CLEEK

**-cleis·is** *or* **-clis·is** \ˈklīsəs\ *n comb form, pl* **-clei·ses** *or* **-cli·ses** \-ˌsēz\ [NL, fr. Gk *kleisis*, fr. *kleiein* to close — more at CLOSE] : closure : occlusion ‹*arthrocleisis*› ‹*enterocleisis*›

**cleist-** *or* **cleisto-** *also* **clist-** *or* **clisto-** *comb form* [G *kleist-, kleisto-*, fr. Gk *kleistos*; akin to Gk *kleis* key] : closed ‹*cleistocarp*› ‹*cleistogamy*›

**cleis·to·carp** \ˈklīstə,kärp\ *also* **clis·to·carp** \ˈ", ˈklis-\ *n* -s [*cleist-* + *-carp*] : CLEISTOTHECIUM

**cleis·to·car·pous** *also* **clis·to·car·pous** \ˌ+ˈkärpəs\ *adj* [*cleist-* + *-carpous*] **1** *of mosses* : having the capsule opening irregularly without an operculum **2** *of fungi* : having or forming cleistothecia

**cleis·to·gam·ic** *also* **clis·to·gam·ic** \ˌ+ˈgamik\ *adj* [ISV *cleist-* + *-gamic*] : CLEISTOGAMOUS — **cleis·to·gam·i·cal·ly** \-mək(ə)lē\ *adv*

**cleis·tog·a·mous** \(ˈ)klīˈstägəməs\ *also* **clis·tog·a·mous** \ˈ", (ˈ)klis-\ *adj* [*cleist-* + *-gamous*] : exhibiting or relating to cleistogamy — **cleis·tog·a·mous·ly** *adv*

**cleis·tog·a·my** *also* **clis·tog·a·my** \ˈ+ˈ+mē\ *n* -ES [ISV *cleist-* + *-gamy*; orig. formed as G *kleistogamismus*] : the production (as in violets and pansies) of small inconspicuous nonopening self-pollinating flowers additional to and often bearing more seeds than the showier type — compare CHASMOGAMY

**cleis·to·gene** \ˈklīstə,jēn\ *also* **clis·to·gene** \ˈ", ˈklis-\ *n* -s [*cleist-* + *-gene*] **1** : a plant producing cleistogamous flowers **2** : a cleistogamous flower

**cleis·tog·e·nous** \(ˈ)klīˈstäjənəs\ *adj* [*cleist-* + *-genous*] : bearing cleistogamous flowers

**cleis·to·the·ci·um** \ˌklīstəˈthē(s)h(ē)əm\ *n, pl* **cleistothe·cia** \-sēə\ [NL, fr. *cleist-* + *-thecium*] : a closed spore-bearing structure in ascomycetous fungi (as the Aspergillaceae and Erysiphaceae) from which the asci and spores are released only by decay or disintegration — called also *cleistocarp*

**clei·thral** \ˈklīthrəl\ *adj* [Gk *kleithra* lattice + E *-al* — more at CLATHRATE] *of a temple* : having a roofed central space — opposed to *hypaethral*

**clei·thrum** \-rəm\ *n, pl* **clei·thra** \-rə\ [NL, fr. Gk *kleithron* bar] : a bone external to and beside the clavicle in the pectoral arch of some fishes, stegocephalians, and primitive reptiles

**¹clem** \ˈklem\ *vb* **clemmed; clemmed; clemming; clems** [ME *clemmen* to pinch — more at CLAM] *vt, dial Eng* : to cause to suffer from hunger, thirst, or cold : STARVE ~ *vi, dial Eng* : to suffer from hunger, thirst, or cold

**²clem** \ˈ"\ *n* -s [origin unknown] *slang* : a fight or brawl esp. between circus or carnival workers and the local townsfolk

**clem·a·tis** \ˈklemətəs, -ˈmat-, -ˈmāt-, -ˈmā-\ *n* [NL, fr. L, periwinkle, fr. Gk *klēmatis* brushwood, clematis, fr. *klēmat-, klēma* twig; akin to Gk *klan* to break — more at GLADIATOR] **1** *cap* : a genus of opposite-leaved slightly woody vines or erect herbs (family Ranunculaceae) having elongate plumose styles — see TRAVELER'S-JOY, VIRGIN'S BOWER **2** *pl* **clematises** *or* **clematis** : a plant of the genus *Clematis* or of the related genera *Atragene* and *Viorna* **3** *pl* **clematises** : a strong violet that is redder and paler than pansy, redder, stronger, and slightly lighter than royal purple (sense 2), and redder than lobelia

**clem·en·cy** \ˈklemənsē, -si\ *n* -ES [L *clementia*, fr. *clement-, clemens* mild, calm + *-ia* -y] **1 a** : disposition to be clement, mild, and compassionate and to moderate possible severity of judgment and punishment ‹show ~ to first offenders› **b** : an act or instance of leniency **2** : mildness and moderateness esp. of weather **syn** see MERCY

**clem·ent** \ˈklemənt\ *adj* [ME, fr. L *clement-, clemens*, prob. akin to Gk *klinein* to lean — more at LEAN] **1 a** : characterized by mercy and humaneness in the exercise of power to judge or punish ‹a master as intelligent, as cultivated, and as ~ as Caesar —R.P.Oliver› **b** : giving the impression or creating an effect of mildness, gentleness, or tenderness ‹a soft and clement ~ star shining through the powdery bloom of the dusk —Ellen Glasgow› **2** *of weather* : MILD ‹birds that . . . seek the ~ South —Edna St. V. Millay› **syn** see FORBEARING

**¹clem·en·tine** \ˈkleman,tēn, -tīn\ *adj, usu cap* [ML & NL *clementinus*, fr. ML & NL *Clement-, Clemens* Clement (the name) + L *-inus* -ine] : of or relating to Clement: **a** [after *Clement I* (Clemens Romanus) *fl* A.D. 100 bishop of Rome] : relating to the homilies and liturgies falsely attributed to Clement I, bishop of Rome **b** [after Pope *Clement V* (Bertrand de Got) †1314 Fr. prelate] : relating to the compilations of canon law made by Pope Clement V **c** [after Pope *Clement VIII* (Ippolito Aldobrandini) †1605 Ital. prelate] : relating to the revised edition of the Vulgate issued under the direction of Pope Clement VIII

**²clementine** \ˈ"\ *n* -s *usu cap* : a follower of any of various leaders named Clement (as Clement of Alexandria or Clement VII of Avignon)

**clem·ent·ly** *adv* : in a clement manner

**clem·men·sen reduction** \ˈklemənsən-\ *n, usu cap C* [after Erik *Clemmensen* †1941 Dan. chemist] : the reduction of a ketone or aldehyde directly to a hydrocarbon by the action of amalgamated zinc and hydrochloric acid

**clem·mys** \ˈkleməs\ *n, cap* [NL, fr. Gk *klemmys* tortoise] : a genus of nearly cosmopolitan semiaquatic turtles (family Testudinidae) that includes the No. American wood tortoise and spotted turtle

**¹clench** \ˈklench\ *vb* -ED/-ING/-ES [ME *clenchen*, fr. OE *-clencan* (in *beclencan* to hold fast); akin to OHG *klenken* to tie, MHG *klank* snare, OE *clingan* to cling — more at CLING] *vt* **1** : CLINCH *vt* **1** **2** : to hold fast by or as if by grasping tightly : CLUTCH ‹he ~ed the arms of his chair› **3 a** : to set or strain (as the jaws) closely or tightly together ‹~ed his teeth› : close tightly ‹~ed his fists› **b** : to strain tight or tense (as the body or mind) under or as if under the stress of emotion ‹you are always ~ed against me —D.H.Lawrence› **4** : CLINCH *vt* 3 **5** : CLINCH *vt* 4 ~ *vi* **1** : CLINCH *vi* 2 **2** : to set together or close tightly : strain tight or tense ‹her hands ~ed in her pockets› ‹your stomach ~es and unclenches —Alvah Bessie›

**²clench** \ˈ"\ *n* -ES **1 a** : the end of a nail or other fastening that is turned back in clinching it **b** : a strong fitting (as on the deck of a ship) designed to provide anchorage for cables or shackles under heavy strain **2** *archaic* : a play on words : PUN **3** : the action of clenching

**clench-built** \ˈ+ˈ+\ *adj* : CLINKER-BUILT

**cle·oid** \ˈklē,ȯid\ *n* -s [Gk *kleis* key, catch, hook + E *-oid* — more at CLOSE] : an excavator with a claw-shaped working point used in dentistry

**cle·o·me** \klēˈōmē\ *n* [NL] **1** *cap* : a large genus of herbs or low shrubs (family Capparidaceae) having showy flowers with clawed petals and an elongate-linear stalked pod — see SPIDER FLOWER **2** -s : any plant of the genus *Cleome*

**cle·o·nus** \klēˈōnəs\ *n, cap* [NL, fr. L *Cleon*, a proper name (fr. Gk *Kleōn*) + NL *-us*] : a genus of Old World weevils (family Curculionidae) including one (*Cleonus punctiventris*) that is a destructive pest of sugar beet, the adults feeding on the leaves and the larvae on the roots

**cle·o·pat·ra** \ˌklēəˈpa·trə *also* -ˈpä- *or* -ˈpā-\ *n* -s *often cap* [prob. after *Cleopatra* VII (or VI) †30 B.C. queen of Egypt] : a vivid blue that is greener, lighter, and stronger than Ch'ing and greener than ultramarine

**clepe** \ˈklēp\ *vt* **cleped** \-ēpt, -ept\ **cleped** \ˈ"\ *or* **ycleped** \iˈklēpt, ēˈk-, -ept\ *or* **yclept** \-ept\ **cleping** \-ēpiŋ\ **clepes** \-ēps\ [ME *clepen*, fr. OE *clipian*, *cleopian* to speak, cry out, call; akin to OFris *kleppa, klippa* to ring, knock, MLG *kleperen* to clatter and perh. to OE *clappan* to clap — more at CLAP] *archaic* : to call by the name of : NAME, CALL ‹they ~ us drunkards —Shak.› ‹a loose lady *yclept* Julie —Will Cuppy›

**clephf** *var of* KLEPHT

**clep·si·ne** \ˈklepsəˌnē\ [NL] *syn of* GLOSSIPHONIA

**clep·sy·dra** \ˈklepsədrə\ *n, pl* **clepsydras** \-rəz\ *or* **clepsydrae** \-ˌdrē\ [L, fr. Gk *klepsydra*, fr. *kleps-* (fr. *kleptein* to steal) + *-ydra* (fr. *hydōr* water) — more at KLEPT-, WATER] : WATER CLOCK

**clep·to·bi·o·sis** \ˌkleptō+\ *n, pl* **cleptobioses** [NL, fr. *clepto-* (fr. Gk *klepto-* theft, fr. *kleptein* to steal) + *-biosis*] : a mutual relation in which members of one species (as of ants) habitually steal food from another — see LESTOBIOSIS — **clep·to·bi·ot·ic** \ˈ"+\ *adj*

**cleptomania** *var of* KLEPTOMANIA

**clere·sto·ried** \ˈklir, -iə+,\ *adj* : having a clerestory ‹~ roof›

**clere·sto·ry** *or* **clear·sto·ry** \ˈklir, -iə+,-\ *n* -ES [ME, fr. *clere* clear + *story*] **1** : an outside wall of a room or building (as a church) carried above an adjoining roof and pierced with windows which admit light to the interior **2** : interior space on the level of the clerestory in a room or building : GALLERY **3** : a raised section of a railroad car roof having windows or openings for ventilation on the sides

building exterior showing clerestory, *1*

**clergical** *adj, obs* : of or belonging to the clergy

**cler·gy** \ˈklərjē, -əj-, -əlj-, -ji\ *n* -ES [ME *clergie*, fr. OF, fr. *clerg-* (alter. — influenced by *clergie* body of ecclesiastics — of *clerc* clergyman) + *-ie* -y — more at CLERK] **1** : LEARNING, KNOWLEDGE — used chiefly in the proverb *an ounce of mother wit is worth a pound of clergy* **2** : the body of men and women duly ordained to the service of God in the Christian church : the body of ordained ministers : clergymen and clergywomen **3** : a body of religious officials or functionaries prepared and authorized to conduct religious services and attend to other religious duties ‹the Taoist ~› ‹the Jewish ~› **4** : BENEFIT OF CLERGY 1

**cler·gy·able** *also* **cler·gi·a·ble** \-jēəbəl\ *adj* : entitled to or admitting the benefit of clergy ‹a ~ felony›

**cler·gy·man** \-jēmən, -jē\ *n, pl* **clergymen** **1** : a member of the clergy : an ordained minister : a man regularly authorized to preach the gospel and administer its ordinances : one in holy orders **2** *Brit* : a minister of the Church of England

**clergyman's sore throat** *n* : chronic inflammation of the pharynx often occurring in persons who habitually overstrain or misuse the voice (as in public speaking)

**cler·gy·woman** \-jē, -jē+,-\ *n, pl* **clergywomen** **1** *archaic* : a woman member of a religious order : NUN **2** : a woman who is an ordained minister **3** *archaic* : a clergyman's wife or female relative esp. when officiously meddlesome

**¹cler·ic** \ˈklerik, -rēk\ *n* -s [LL *clericus*, adj. & n. — more at CLERK] **1** : CLERGYMAN **2** : one who has received the ecclesiastical tonsure : CLERK

**²cleric** \ˈ"\ *adj* [LL *clericus*] : CLERICAL

**¹cler·i·cal** \-rəkəl, -ēk-\ *adj* [LL *clericalis*, fr. *clericus*] **1** : of, belonging to, or characteristic of the clergy, a clergyman, or a cleric ‹~ vows› **2** : of, suitable to, or belonging to a clerk in an office or business ‹~ occupations such as bookkeeping› : being or consisting of an office clerk or clerks ‹~ staff› **3** : governed by or supporting the principles of clericalism ‹a ~ party› — **cler·i·cal·ly** \-rək(ə)lē, -ēk-, -li\ *adv*

**²clerical** \ˈ"\ *n* -s **1** : a clergyman or cleric **2** : one who believes in or supports clericalism : a member of a clerical party ‹the ~s proposed compulsory religious education in the public schools› **3** **clericals** *pl* : clerical garments **4** : one who does clerical work in an office or business ‹permanent jobs as secretaries, ~s, typists —*N.Y. Times*›

**clerical collar** *n* : a narrow stiffly upright white collar buttoned at the back of the neck and worn by various clergymen — called also *reversed collar*

**clerical error** *n* : an error made in copying or writing

**cler·i·cal·ism** \-ˌlizəm\ *n* -s **1** : a policy that attempts to maintain or augment the temporal power (as the political power) of a church or religious hierarchy **2 a** : a policy favoring the maintenance or increase of power over religious matters by an ecclesiastical hierarchy or clergy **b** : dogmatic and authoritarian control of religious matters by clergy

**cler·i·cal·ist** \-ˌləst\ *n* -s : one who favors the increase of ecclesiastical power and influence

**cler·i·cal·i·ty** \ˌklerəˈkaləd·ē\ *n* -ES : clerical quality, state, or characteristic

**cler·i·cal·ize** \ˈklerəkə,līz, -rēk-\ *vt* -ED/-ING/-S [F *cléricaliser*, fr. *clérical* + *-iser* -ize] : to cause to become clerical or be influenced by clericalism

**clerical technician** *n* : one who studies the clerical and statistical procedures of business establishments for the purpose of improving the methods used

**cler·i·ca·ture** \ˈklerəkə,chu̇(ə)r\ *n* -s [F *cléricature*, fr. ML *clericatura*, fr. *clericatus* (past part. of *clericare* to make a cleric, fr. LL *clericus*) + L *-ura* -ure] : clerical position or function

**cle·ri·ci solution** \kləˈrēchē-\ *n, usu cap C* [fr. the name *Clerici*] : a water solution of thallium malonate and thallium formate used as a liquid of high specific gravity to separate mixtures of solids into their components

**clerico-** *comb form* [LL *clericus* priest] : clerical (sense 1) : clerical and ‹*clericopolitical*› ‹*clericofascist*›

**cler·id** \ˈklerəd\ *n* -s [NL *Cleridae*] : a beetle of the family Cleridae

**cler·i·dae** \ˈklerə,dē\ *n pl, cap* [NL, fr. *Clerus*, type genus (fr. Gk *klēros*, a kind of beetle, prob. of the genus *Clerus*) + *-idae*] : a family of beetles related to the soldier beetles and fireflies and usu. of bright checkered colors or metallic luster and predaceous on other insects

**cler·i·hew** \ˈklerə,hyü\ *n* -s [after Edmund *Clerihew* Bentley †1956 Eng. writer of detective fiction, its originator] : a light verse quatrain in lines usu. of varying length, rhyming *aabb*, and making a statement usu. concerning a person whose name typically supplies the initial rhyme

**cler·i·sy** \ˈklerəsē\ *n* -ES [G *klerisei* clergy (often used contemptuously), fr. ML *clericia*, fr. LL *clericus* priest] : the well-educated or learned class : the academic class : INTELLIGENTSIA ‹the ~ of a nation . . . whether poets or philosophers or scholars —S.T.Coleridge›

**¹clerk** \ˈklərk, -ək, -əik, *Brit usu* ˈkläk\ *n* -s [ME, fr. OF *clerc* & OE *clerc, cleric*, both fr. LL *clericus*, fr. Gk *klērikos*, fr. Gk *klēros* lot, allotment, clergy + *-ikos* -ic; akin to Gk *klan* to break — more at GLADIATOR] **1** : a clergyman or cleric: as **a** : an ordained minister of the Church of England ‹a ~ in holy orders› **b** *Roman Catholicism* (1) : one who has received the ecclesiastical tonsure (2) : a person who under canon law enjoys benefit of clergy (as a monk or nun) **2** *archaic* **a** : a person who can read or read and write **b** : a learned person : SCHOLAR, MAN OF LETTERS **3 a** : an employee or official responsible (as to a corporation or a government agency) for correspondence, the keeping of records and accounts, and the management of routine affairs and vested with certain specified powers or authority (as to issue writs or other processes as ordered by a court) : SECRETARY ‹~ of a court› ‹town ~› ‹~ of the society› **b** (1) : one employed (as in a business office) to keep records or accounts or to perform more or less routine office tasks ‹tally ~› ‹filing ~› (2) : one in charge of records and accounts on a steamboat : purser of a steamboat **c** (1) : a postal employee who works at the sales and service windows in a post office and esp. in a small post office sometimes performs operations connected with the sorting of mail (2) : one who sorts mail in a railway post office **d** : a hotel employee usu. stationed at the desk who serves the hotel and its guests esp. by assigning rooms and performing small services (as giving guests their mail and holding their keys when they are out of the hotel) **4** : a layman who performs some ecclesiastical office: **a** : a Church of England minister regarded in civil law as a layman whose office is to assist the clergy, lead the responses, and teach in schools — called also *parish clerk* **b** : a layman or laywoman in the Protestant Episcopal Church serving as the scribe of the vestry and sometimes also of the parish or parish meeting **c** : a chief official appointed to serve at a regularly organized meeting of the Society of Friends **5** : a salesperson in a store : one who shows and sells articles of merchandise in a store ‹a grocery ~› **6** : one who holds a clerkship (sense 3)

**²clerk** \ˈ"\ *vb* -ED/-ING/-S *vi* : to act or work as a clerk ‹~ing in the feed store at six dollars a week —Elmer Davis› ~ *vt*, *chiefly Scot* : WRITE, COMPOSE

**clerk·ess** \-kəs\ *n* -ES *chiefly Scot* : a female clerk

1 a : liquid (as water) diffused or condensed in relatively small quantity and dispersed through a gas as invisible vapor or as fog or in or on a solid body in insensible form or as sensible dampness or condensed on a cool surface as visible dew; *specif* : atmospheric water vapor ⟨the dew point is a reliable indication of the amount of ~ in the air⟩ b *obs* : the watery component of an object or an individual ⟨all my body's ~ scarce serves to quench my furnace-burning heart —Shak.⟩ c : TEARFULNESS ⟨a ~ of the eye —H.S.Scott⟩ 2 : a liquid substance (as water) ⟨rubbing the ~ out of the coat of a . . . fox terrier —Arnold Bennett⟩; *specif* : PRECIPITATION ⟨69 percent of the annual ~ occurred during the growing season —R.H. Brown⟩

**moisture equivalent** *n* : the water content expressed as a percentage of the dry weight that a soil can retain against a centrifugal force one thousand times the force of gravity and used as a convenient laboratory measure of soil moisture conditions

**mois·ture·less** \-(r)ləs\ *adj* : lacking moisture ⟨the most ~ piece of cake⟩

**moisture meter** *n* : an instrument for determining the percentage of moisture in a material (as timber, flour, soil, or tobacco) commonly by measuring its electrical resistivity

¹**moistureproof** \ˈ⸗⸗,⸗\ *adj* [*moisture* + *proof*] : impervious to water vapor ⟨store the bread in a ~ container⟩ — compare WATERPROOF

²**moistureproof** \"\ *vt* -ED/-ING/-S : to make impervious to water vapor

**moisty** \ˈmȯistē\ *adj* -ER/-EST [ME *moisty*, fr. *moiste* moist + -y] : DAMP, WET ⟨a misty ~ morning⟩

¹**moit** \ˈmȯit\ *n* -S [alter. of ²*mote*] : a fragment of stick or other foreign matter found in wool

²**moit** \"\ *vb* -ED/-ING/-S : ³MOTE

**moither** *var of* MOIDER

**moity** \ˈmȯid·ē\ *adj* -ER/-EST : full of moits

**mo·jar·ra** *also* **mo·har·ra** \mōˈhärə\ *n* -S [AmerSp, fr. Sp, lance head, a small flat fish found off the coast of Spain, prob. fr. Ar *muḥarrab* pointed, fr. *ḥarrab* to sharpen, point] 1 : a fish of the family Gerridae 2 : any of various fishes somewhat similar to the mojarras; *esp* : any of numerous small So. American fishes of the family Cichlidae

**mojave** *usu cap, var of* MOHAVE

**mo·ji** \ˈmōjē\ *adj, usu cap* [fr. *Moji*, Japan] : of or from the city of Moji, Japan : of the kind or style prevalent in Moji

¹**mo·jo** \ˈmō,hō\ *n, pl* **mojo** *or* **mojos** *usu cap* [Sp, of AmerInd origin] 1 a : an Arawakan people of northern Bolivia b : a member of such people 2 : the language of the Mojo people

²**mo·jo** \ˈmō(,)jō\ *n, pl* **mojos** *or* **mojoes** [prob. of African origin; akin to Gullah *moco* witchcraft, magic, Fulani *moco'o* medicine man] *chiefly South* : a voodoo spell or amulet

**mo·ka** *Brit var of* MOCHA

**moke** \ˈmōk\ *n* -S [origin unknown] 1 a *slang Brit* : DONKEY, ASS b *slang Austral* : a horse esp. of poor appearance 2 *slang* : NEGRO — usu. used disparagingly

¹**mo·ki** *also* **mo·qui** \ˈmōkē\ *n, pl* **moki** *or* **mokis** *usu cap* : HOPI

²**moki** \"\ *or* **mo·ki·hi** \-ē,hē\ *n, pl* **moki** *or* **mokis** *or* **mokihi** *or* **mokihis** [Maori] 1 *NewZeal* : a trumpeter fish (*Latridopsis ciliaris*) 2 : a Maori raft made of bundles of flags, rushes, or dry flower stalks of flax

**mo·ki·ha·na** \,mōkēˈhänə\ *n* -S [Hawaiian] : a Hawaiian tree (*Pelea anisata*) of the family Rutaceae growing only on the island of Kauai and having fragrant fruits that are strung in leis and represent Kauai in the leis of the Islands

**mo·ko** \ˈmō(,)kō\ *n* -S [Maori] 1 : the Maori system of tattooing 2 : a Maori tattoo consisting of pigment rubbed into spiral grooves made in the skin with a small implement resembling an adz

**moko-moko** \ˈmō(,)kōˈmō(,)kō\ *n* -S [Maori] : a common small lizard (*Lygosoma moco*) of New Zealand

**mok·po** \ˈmäk(,)pō\ *adj, usu cap* [fr. *Mokpo* (*Moppo*), Korea] : of or from the city of Mokpo, Korea : of the kind or style prevalent in Mokpo

**mo·ksha** *also* **mo·ksa** \ˈmōkshə\ *n* -S [Skt *mokṣa*; akin to Skt *muñcati* he releases — more at MUCUS] *Hinduism & Jainism* : release from samsara and liberation from karma together with the attainment of Nirvana for the Hindu or kaivalya for the Jain : salvation from the bondage of finite existence — compare DHARMA, KAMA

**mo·kum** *or* **mo·kume** \ˈmōkəm\ *n* -S [Jap *mokume*, lit., wood grain] : a Japanese alloy used in decorative work on gold and silver

**mol** *var of* ⁷MOLE

**mol** *abbr* molecular; molecule

**mo·la** \ˈmōlə\ *n* [NL, fr. L, millstone; fr. its shape and rough skin — more at MILL] 1 *cap* : the type genus of the family Molidae including solely a large widely distributed ocean sunfish (*M. mola*) 2 *pl* **mola** *or* **molas** : any fish of the genus *Mola*; *broadly* : OCEAN SUNFISH

**mo·lal** \ˈmōləl\ *adj* [⁷*mole* + -*al*] *chem* : of, relating to, or containing a mole ⟨the ~ volume of a gas is 22.4 liters at standard conditions⟩; *esp* : containing one mole of solute per 1000 grams of solvent ⟨a ~ solution⟩ — compare MOLAR

**mo·la·la** \mōˈlälə\ *n, pl* **molala** *or* **molalas** *usu cap* 1 a : a Waiilatpuan people of the Molala and Santiam river valleys in northwestern Oregon b : a member of such people 2 : the language of the Molala people

**mo·lal·i·ty** \mōˈlaləd·ē\ *n* -ES : molal concentration

¹**mo·lar** \ˈmōlə(r)\ *n* -S [L *molaris*, fr. *molaris* of a mill, grinding, fr. *mola* mill, millstone + -*aris* -ar — more at MILL] 1 *also* **molar tooth** : a tooth adapted for grinding by having a broad rounded or flattened though often ridged or tuberculated surface; *specif* : one of the cheek teeth in mammals behind the incisors and canines sometimes including the premolars but more exactly restricted to the three posterior pairs in each jaw on each side in adult man which are not preceded by deciduous teeth — see DENTAL FORMULA, DENTITION illustration 2 : a process with a grinding surface on the inner aspect of the mandible of an insect or crustacean

²**molar** \"\ *adj* [L *molaris* of a mill, grinding] 1 a : pulverizing by friction : GRINDING ⟨~ teeth⟩ ⟨waves, wind, and sand are ~ agents⟩ b : of, relating to, or located near the molar teeth ⟨~ gland⟩ 2 [⁴*mole* + -*ar*] : of, relating to, possessing the qualities of, or characterized by a uterine mole ⟨~ pregnancy⟩

³**molar** \"\ *adj* [L *moles* mass + E -*ar* — more at MOLE (mound)] 1 : of or relating to a mass of matter as distinguished from the properties or motions of molecules or atoms 2 [⁷*mole* + -*ar*] : of, relating to, or containing a mole or molecules : MOLECULAR; *esp* : containing one mole of solute in 1000 milliliters of solution — compare MOLAL 3 : of or relating to larger units of behavior esp. as relatable to a prior deprivation or motivational pattern of the organism ⟨interest in such ~ problems of personality as the ego functions —R.R. Holt⟩ — opposed to *molecular*

**mo·lar·i·form** \mōˈlarə,fȯrm\ *adj* [¹*molar* + -*iform*] : resembling a molar tooth esp. in shape

**mo·lar·i·ty** \-rəd·ē\ *n* -ES [³*molar* + -*ity*] : molar concentration

**mo·lar·iza·tion** \,mōlərəˈzāshən\ *n* -S [¹*molar* + -*ization*] : the evolution of less specialized teeth into molars

**mo·la·ry** \ˈmōlərē\ *adj* [L *molarius* of a mill, fr. *mola* mill, millstone + -*arius* -ary — more at MILL] : adapted for grinding food : MOLAR

**mo·lasse** \mōˈläs\ *n* -S *usu cap* [F, perh. alter. of *mollasse* soft, fr. *mou* (after It *mollaccio* soft; *molle* soft, fr. L *mollis*), fr. L *mollis* — more at MELT] : a series of fossiliferous sedimentary deposits in and near Switzerland that are chiefly of Miocene age but include some Upper Oligocene beds

**mo·las·sed** \məˈlasəd\ *also* **mo·las·sied** \-sēd\ *adj* : impregnated with molasses ⟨~ silage⟩

**mo·las·ses** \məˈlasəz, -laas-, -ˈlais *sometimes* -läs-, *dial* ˈ-ˌ-\ *n* -ES *often attrib* [Pg *melaço*, fr. LL *mellaceum* must, fr. neut. of (assumed) *mellaceus* resembling honey, fr. L *mell-*, *mel* honey + -*aceus* -aceous — more at MELLIFLUOUS] 1 : the thick dark to light brown viscid syrup that is separated from raw sugar in the successive processes of sugar manufacture and graded according to its quality — compare BLACKSTRAP 3, TREACLE 2 : a syrup made by boiling down sweet vegetable or fruit juice or sap ⟨citrus ~⟩ ⟨wood ~⟩

**molasses grass** *n* : a valuable perennial forage grass (*Melinis minutiflora*) native to tropical Africa but widely cultivated and covered with hairs which secrete a sweet substance having the odor of molasses — called also *candy grass*

**mo·la·ve** \mōˈlä(,)vā\ *n* -S [Sp, fr. Tag *mulavin*] 1 : a large Philippine timber tree (*Vitex littoralis*) 2 : the valuable durable heavy hard yellow wood of the molave tree

¹**mold** *or* **mould** \ˈmōld\ *n* -S [ME *mold*, *molde*, fr. OE *molde* sand, dust, soil; akin to OHG *molta* dust, soil, ON *mold*, Goth *mulda* dust, soil, OHG *malan* to grind — more at MEAL] 1 : crumbling soft friable earth suited to plant growth : SOIL; *esp* : soil rich in humus — see LEAF MOLD 2 *dial Brit* a : the surface of the earth : GROUND ⟨the fairest knight on Scottish ~ —Sir Walter Scott⟩ b : the earth of the burying ground ⟨calling his ghost to the ~ —A.P.Graves⟩ — often used in pl. ⟨were baith in the ~s —Sir Walter Scott⟩ 3 *archaic* : earth that is the substance of the human body ⟨leprous sin will melt from human ~ —John Milton⟩ ⟨be merciful great Duke to men of ~ —Shak.⟩

²**mold** *also* **mould** \"\ *vb* -ED/-ING/-S *vi* : MOLDER ⟨it was closed for ages, ~ing away —Angus Mowat⟩ ~ *vt* : to cover with soil or mold : HILL UP ⟨potatoes . . . should be kept weed-free and ~ed —*New Zealand Jour. of Agric.*⟩

³**mold** *or* **mould** \"\ *n* -S *often attrib* [ME *molde*, *mold*, fr. OF *modle*; *molle*, *moule*, fr. L *modulus*, dim. of *modus* measure — more at MODE] 1 : distinctive nature or character : TYPE, STAMP ⟨a philosopher of the grand ~ —D.C.Williams⟩ 2 a : a pattern or template that serves as a guide for construction; *specif* : a thin wood or paper pattern for part of a ship made in a mold loft b (1) : the frame on or around which an object is constructed ⟨laid the dome on a ~ of packed earth —Green Peyton⟩ (2) : a wire-covered frame for forming sheets of paper; *esp* : one of the cylinders covered with wire cloth that forms the sheet on a cylinder machine 3 a : a cavity in which a fluid or malleable substance is given form: as (1) : a container (as of gypsum, rubber, metal, or wood) in which a piece of ceramic ware is formed (2) : a form for making bricks (3) : a metal form for casting cement, mortar, or concrete test specimens (4) : a matrix in which an article (as of metal, glass, or plastic) is shaped by casting or pressure molding; *specif* : a recessed matrix from which a relief printing surface (as type or a stereotype or electrotype) is cast (5) : a cooking utensil in which a dish (as a pudding or jelly) is given a decorative shape (6) : a carved wooden block by means of which a design is pressed into a soft food (as cookie dough or butter) b : a molded object ⟨plaster ~⟩ ⟨fill the center of the ring ~ with cottage cheese⟩ 4 a : MOLDING b : a group of moldings 5 a *obs* : an example to be followed ⟨the glass of fashion and the ~ of form —Shak.⟩ b : a prototype from which an idea or individual is derived ⟨thou all-shaking thunder . . . crack nature's ~s —Shak.⟩ ⟨an integral part of the team and cut from the same heroic ~ —A.J.Daley⟩ c : a fixed pattern or contour : DESIGN, CAST ⟨compresses all these characters into the relentless ~ of the story —E.B.Garside⟩ ⟨settling in the ~ of a dignified, permanent community —Mabel R. Gillis⟩ d *obs* : a fashionable style : MODE ⟨houses of the new ~ in London —Peter Heylin⟩ 6 : a package of goldbeater's skin usu. consisting of about 900 pieces 7 a : an impression made in earth or rock by the outside of a fossil shell or other organic form b : a cast of the inner surface of such a fossil — compare ²CAST 7a(2) 8 : a grained copper photoengraving plate with the gelatin image on it ready for etching

molds 3a(5)

⁴**mold** *or* **mould** \"\ *vb* -ED/-ING/-S [ME *molden*, fr. *molde*, *mold*, n.] *vt* 1 a *archaic* : to knead (dough) into a desired consistency or shape b : to give shape to (as a fluid or malleable substance) ⟨the wind ~s the waves⟩ ⟨his long hands ~ing the air —*Time*⟩ ⟨chemical processes that . . . are now ~ing the earth's crust —W.H.Bucher⟩ c *obs* : to be a component of : help to build ⟨all princely graces that ~ up such a mighty piece as this —Shak.⟩ 2 a (1) : to form by pouring or pressing into a mold ⟨~ a glass bottle⟩ ⟨to attain a flare in design it is necessary to ~ the plywood into shape —R.J.Whittier⟩ ⟨~ a stereotype⟩ (2) : to make a mold from ⟨~ a type form⟩ b : to form a foundry mold of (as in sand) c : to exert influence on : determine the ultimate quality or nature of ⟨~ public opinion⟩ ⟨environmental factors which ~ the minds and emotions of youngsters —R.H.Wittcoff⟩ ⟨the culture of the Western world has been ~ed by the Bible —I.M.Price⟩ ⟨a great scholar who has ~ed his taste and judgment through reflective reading —E.S.McCastney⟩ 3 : to fit the contours of : HUG ⟨~ed hipline⟩ ⟨silhouettes that ~ the body —*New Yorker*⟩ 4 : to ornament by molding or carving the material of ⟨ceilings . . . with ~ed or precast ornamental patterns —H.S.Morrison⟩ ~ *vi* 1 : to become formed : take shape ⟨the Norman man-at-arms had begun to ~ into the English country gentleman —*Ecclesiologist*⟩ 2 : to become fitted to a contour : ADAPT ⟨cloche . . . so flexible it ~s to any head size —*N.Y.Times*⟩ ⟨the river ran, leaped, ~ed to rocks and leaped again —Philip Murray b.1924⟩ 3 : to make or use a mold ⟨the outstanding development in ~ing —*Technical News Bull.*⟩

⁵**mold** *also* **mould** \"\ *n* -S [ME *mowlde*, perh. alter. (influenced by *molde* soil) of *mowle*, fr. *moulen* to grow moldy; akin to ON *mygla* to grow moldy — more at ¹MOLD] 1 : a superficial often woolly growth produced on various forms of organic matter esp. when damp or decaying and on living organisms 2 : a fungus esp. of the order Mucorales that produces mold — compare BLACK MOLD, BLUE MOLD, MILDEW

⁶**mold** *or* **mould** \"\ *vb* -ED/-ING/-S [ME *mouleden*, fr. *mowlde*, n.] *vt*, *obs* : to allow to become moldy ⟨hoarding housewives that do ~ their food —William Browne⟩ ~ *vi* 1 : to become moldy ⟨bread tends to ~ in damp weather⟩ 2 *obs* : to deteriorate for lack of use ⟨the man that ~s in idle cell —Edmund Spenser⟩

**mold·abil·i·ty** *or* **mould·abil·i·ty** \,mōldəˈbiləd·ē\ *n* : the property of being moldable

**mold·able** *or* **mould·able** \ˈmōldəbəl\ *adj* [⁴*mold*, *mould* + -*able*] : capable of being molded ⟨clays are plastic and ~ when sufficiently finely pulverized and wet, rigid when dry —R.N.Shreve⟩

¹**mol·da·vi·an** \mälˈdāvēən, -vyən\ *n* -S *cap* [*Moldavia*, province of Romania + E -*an*] 1 : a native or inhabitant of Moldavia 2 : Romanian as spoken in Moldavia

²**moldavian** \"\ *adj, usu cap* : of or relating to the province of Moldavia or to its people

**moldboard** *or* **mouldboard** \ˈ⸗,⸗\ *n* [¹*mold*, *mould* + *board*] 1 a : a curved iron plate attached above a plowshare that lifts and turns the soil — called also *breast board* b : the flat or curved blade (as of a snowplow or bulldozer) that pushes material to one side as the machine advances 2 [³*mold*, *mould* + *board*] : one of the boards forming a mold for concrete

**moldboard plow** *n* : a plow equipped with a moldboard; *esp* : a general-purpose plow having a moldboard of intermediate length and curvature — called also *turnplow*; compare ¹BREAKER 2b, LISTER, SWIVEL PLOW; see PLOW illustration

**molded** *or* **moulded** *adj* [fr. past part. of ⁴*mold*, *mould*] 1 : decorated or finished with a molding ⟨~ panel⟩ 2 a : formed in or on a mold ⟨~ pottery⟩ ⟨~ plywood⟩; *specif* : blown in a mold ⟨~ glass is usually called blown-molded by most collectors —G.S. & Helen McKearin⟩ — compare BLOWING 4, PRESSED GLASS b : determined by or cut to specifications prepared in a mold loft — used of the parts of a ship ⟨~ line⟩ ⟨~ keel⟩ 3 : CLOSE-FITTING ⟨~ bodice⟩

**molded breadth** *n* : the greatest breadth of a ship's hull exclusive of the outside plating

**molded brick** *n* 1 : brick made in a mold as distinguished from wire-cut brick 2 : brick molded into special shapes for use in ornamental brickwork

**molded depth** *n* : the vertical distance from the top of the keel to the top of the upper deck beams amidships at the gunwale

**molded pulp** *n* : wood pulp formed into protective packaging (as containers for eggs or sleeves for liquor bottles)

¹**mold·er** *or* **mould·er** \ˈmōldə(r)\ *n* -S [ME *molder*, fr. *molden* to mold + -*er* (n. suffix) — more at MOLD (knead)] 1 : a kneader of bread dough 2 a : a worker that makes molds or produces molded articles: as (1) : a maker of foundry molds (2) : BRICKMAKER 2 (3) : an operator of a machine with abrasive wheels for cutting decorative designs on stone and concrete products b : MOLDING MACHINE c (1) : ³MOLD 3a (2) *or* **molder plate** : CASTER 1b d : a firm that makes a business of molding ⟨the sale of . . . plastic material to commercial ~s —Milo Perkins⟩ 3 : one that exerts a determining influence on an attitude or course of development ⟨~ of public opinion⟩ ⟨~ of talent⟩ ⟨~s of western monasticism —Helen Sullivan⟩

²**molder** *or* **moulder** \"\ *vb* **moldered** *or* **mouldered**; **moldered** *or* **mouldered**; **moldering** *or* **mouldering** \-d(ə)riŋ\ **molders** *or* **moulders** [freq. of ⁶*mold*, *mould*] *vi* 1 a : to crumble away : DISINTEGRATE, DECAY ⟨the leaves . . . ~ed and went back to the earth —Margaret Kennedy⟩ ⟨body lies a-~ing in the grave —*John Brown's Body*⟩ ⟨left the final habitations to ~ into dust —W.B.Swinton⟩ b : to deteriorate for lack of exercise ⟨long periods of solitary confinement caused his mental faculties to ~⟩ ⟨air crews ~ed in the barracks⟩ 2 *archaic* : to decrease in size : DWINDLE ⟨the Christian army . . . was ~ing away with disease —John Lingard⟩ ~ *vt* 1 : to cause to disintegrate ⟨time's . . . gradual touch has ~ed into beauty many a tower —William Mason⟩ 2 : to fritter away : WASTE ⟨they have ~ed away their time in inactivity —M.G.J. de Crèvecoeur⟩

**mold·i·ness** *or* **mould·i·ness** \ˈmōldēnəs\ *n* -ES : the quality or state of being moldy

**mold·ing** *or* **mould·ing** \ˈmōldiŋ, -dēŋ\ *n* -S [ME *molding*, fr. gerund of *molden* to mold, shape] 1 a : an act or process of molding ⟨dry sand ~⟩ ⟨opinion ~⟩; *specif* : the shaping of the fetal head to allow it to pass through the birth canal during parturition b : an object produced by molding ⟨bronze ~s cast in antique forms⟩ c : the art or occupation of a molder 2 : the dimensions of a ship's timber measured from inside the plating to the center line — opposed to *siding*; compare MOLDED BREADTH, MOLDED DEPTH 3 a : a continuous narrow contoured surface either recessed or projecting used singly or in groups for the decorative effect created by the play of light and shadow over it ⟨the piers were short and crowned with square blocks of stone, the ~s being ax-hewn —E.H.Short⟩ b : a decorative plane or curved strip (as of wood or metal) used for ornamentation or finishing ⟨carved ~s applied on doors . . . to form panels —J.E.Gloag⟩ ⟨baseboard ~⟩ ⟨edge ~s are designed to meet typical building conditions —*Sweet's Catalog Service*⟩

moldings 3a : *1* fillet and fascia, *2* torus, *3* reeding, *4* cavetto, *5* scotia, *6* congé, *7* beak

**molding book** *n* : a book prepared in the mold loft giving the dimensions of the structural members of a ship

**molding machine** *n* 1 : a planing machine for cutting moldings 2 : a foundry machine to assist in making molds; *esp* : a machine to pack the sand

**molding plaster** *n* : a finely ground retarded gypsum plaster for use in molds and for cast ornaments (as rosettes, medallions, friezes)

**molding sand** *n* : a mixture of sand and clay suitable for making foundry molds

**mold loft** *n* [³*mold*] : a large building or floor in a building where the lines of a ship or plane are laid down full size and molds and templates made from them for structural units

**mold loftsman** *n* : a worker in a mold loft

**moldmade paper** \ˈ⸗,⸗-\ *n* : a machine-made deckle-edged imitation of handmade paper

**mold·man** \ˈ⸗,man\ *n, pl* **moldmen** 1 : a worker who cleans and readies ingot molds to receive molten metal 2 : an operator of a molding machine

**moldo-** *comb form, usu cap* [²*moldavian*] : Moldavian and ⟨*Moldo*-Wallachian⟩

**moldproof** \ˈ⸗,⸗\ *adj* [⁵*mold*] : impervious to mildew

**molds** *pl of* MOLD, *pres 3d sing of* MOLD

**mold·warp** \ˈmōl,dwȯrp\ *or* **mold·i·warp** \-ldi,w-\ *n* -S [ME *moldewerp*, *moldewarp*, *moldywarp*, *molwarp*; akin to OS *moldwerp* mole, MD *moldewerp*, MHG *multwerf*, *moltwerf*; all fr. a prehistoric WGmc compound whose 1st constituent is represented by E ¹*mold* and whose 2d constituent is akin to OE *weorpan* to throw — more at WARP] 1 *dial Brit* : a European mole (*Talpa europaea*) 2 *dial* : a stupid or shiftless person ⟨the old man . . . a shambling ~ —Maristan Chapman⟩

**moldy** *or* **mouldy** \ˈmōldē, -di\ *adj* -ER/-EST [⁵*mold*, *mould* + -*y*] 1 a : old and moldering : ANCIENT, CRUMBLING ⟨a dark ~ courtyard on a side street —P.E.Deutschman⟩ b : old and outmoded : ANTIQUATED, FUSTY ⟨~ tradition⟩ ⟨helping ~ professors to teach grubby students —Oliver La Farge⟩ c *slang* : DISREPUTABLE, MISERABLE ⟨wearing a ~ sport shirt —J.W.Ellison b.1929⟩ 2 : of, resembling, or covered with a mold-producing fungus ⟨~ moss⟩ ⟨~ feed⟩ ⟨~ bread⟩

**moldy corn poisoning** *n* : CORNSTALK DISEASE 2

**moldy nose** *n* : WHITE ROT 2c

**moldy rot** *n* : a disease of the tapping panels of the Para rubber tree caused by a fungus (*Ceratostomella fimbriata*)

¹**mole** \ˈmōl\ *n* -S [ME *mool*, *mole*, fr. OE *māl* spot, blemish; akin to OHG *meil* spot, Goth *mail* wrinkle, and perh. to Gk *mialnein* to pollute, defile, Lith *mailva* swamp] 1 *archaic* : a discolored spot in cloth : STAIN 2 a : a congenital spot, mark, or small permanent protuberance on the human body; *esp* : a pigmented nevus b *obs* : an identifying mark or blemish ⟨a ~ in the fair face of church government —Nathaniel Bacon⟩

²**mole** \"\ *vt* -ED/-ING/-S [ME *molen*, fr. *mool*, *mole*, n.] *archaic* : STAIN, DISCOLOR

³**mole** \"\ *n* -S *often attrib* [ME; akin to MD *mol* mole, MLG *mul*, *mol* mole, and prob. to OE *molde* soil — more at MOLD] 1 a : any of numerous burrowing mammals chiefly of the family Talpidae living mainly in temperate parts of Europe, Asia, and No. America and having minute eyes often covered with skin, small concealed ears, very soft and often iridescent fur, and strong fossorial feet b : MOLE CRICKET c : MOLE RAT d : the short dense velvety pelt of the mole used as a fur — called also *moleskin* 2 *archaic* : a blind man or one who works in a dark place ⟨well said, old ~! canst work in the earth so fast —Shak.⟩ 3 a : the borer of a mole plow b : MOLE PLOW 4 *or* **mole gray** a : a nearly neutral, slightly bluish, dark gray that is lighter and slightly greener than pewter — called also *moleskin* b : TAUPE 1

⁴**mole** \"\ *vi* **moled**; **moled**; **moling**; **moles** : to make or traverse an underground passage : BURROW, TUNNEL ⟨enemy remnants . . . had *moled* in under the wreckage —*Infantry Jour.*⟩ ⟨the diversion tunnel *moled* 1161 feet through an almost solid rock canyon wall —*Civil Engineering*⟩; *specif* : to make a mole drain

⁵**mole** \"\ *n* -S [MF, fr. OIt *molo*, fr. LGk *mōlos*, fr. L *moles*, lit., mass, exertion; akin to OE *mēthe* weary, OHG *muodi*, ON *mōthr* weary, Goth *afmauiths* exhausted, Gk *mōlos* exertion, Russ *mayat'* to fatigue, torment, annoy] 1 a : a mound or massive work formed of masonry and large stones or earth laid in the sea as a pier or breakwater b : the harbor formed by such a work 2 [L *moles*] *obs* : a large piece : MASS, BULK 3 [L *moles*, lit., mass, exertion] : an ancient Roman tomb or mausoleum

⁶**mole** \"\ *n* -S [F *môle*, fr. L *mola* mooncalf, mole (lit., mill, millstone); trans. of Gk *mylē* (lit., millstone) — more at MILL] : an abnormal mass in the uterus: a : a blood clot containing a degenerated fetus and its membranes b : HYDATIDIFORM MOLE

⁷**mole** *also* **mol** \"\ *n* -S [G *mol*, short for *molekulargewicht* molecular weight, fr. *molekular* molecular + *gewicht* weight] : the quantity of a chemical substance that has a weight in mass units (as grams or pounds) numerically equal to the molecular weight or that in the case of a gas has a volume occupied by such a weight under specified conditions (as 22.4 liters at 0°C and a pressure of 760 millimeters of mercury);

all ~ Italy —Norman Douglas⟩ (2) : along the length of ⟨~ stony roads that soon wear out the lorries —Michael Barbour⟩ ⟨~ its one-way street system move only the most modern cars —C.B.Hitchcock⟩ (3) — used as a function word to indicate a particular medium or channel of communication ⟨hear one another ~ the air —G.W.Chapman⟩ ⟨spoke to me ~ the telephone⟩ ⟨gave several recitals ~ the . . . network —*Current Biog.*⟩ **d** (1) : through every part of : all through ⟨the present comtesse . . . showed me ~ it —Ralph Hammond-Innes⟩ (2) — used as a function word to indicate study, review, or examination of something ⟨went ~ his notes in preparation for the quiz⟩ ⟨go ~ the case with the defense attorney⟩ **5 a** — used as a function word to indicate motion that passes above something on the way to the other side or to a place beyond ⟨does a series of tumbles ~ rocky ledges —Y.B.Soderberg⟩ ⟨climb ~ a mountain⟩ ⟨fly ~ a lake⟩ ⟨attack ~ a frontier⟩ ⟨put a boat ~ a ship's side⟩ **b** — used as a function word to indicate position on the other side or beyond ⟨lives in a little shop ~ the way —H.V.Morton⟩ **6 a** : THROUGHOUT, DURING ⟨many times prime minister of his country ~ the past 25 years —Geoffrey Godsell⟩ ⟨lost the use of their eyes through living underground ~ many generations —S.F.Mason⟩ ⟨had written it nights and ~ weekends —*Current Biog.*⟩ **b** : until the end of : for a period including ⟨invited us to stay ~ Sunday⟩ ⟨stationed in an isolated post ~ winter⟩ **7 a** — used as a function word to indicate an object of solicitude, interest, consideration, or reference ⟨the Lord watches ~ his own⟩ ⟨laughed ~ my misadventures⟩ ⟨his curiosity ~ the materials and tools —C.D.Gaitskell⟩ ⟨gives way to an intolerable degree of sentimentality ~ some of his women —C.H.Sykes⟩ ⟨am with you ~ this⟩ **b** — used as a function word often with an accompanying concrete word to indicate occupation or activity ⟨spent an hour ~ cards⟩ ⟨deciding to wait ~ a beer —Ralph Ellison⟩ ⟨enjoy an evening with me ~ a bite to eat —Frank O'Leary⟩ **c** : on account of ⟨embittered ~ this fate —L.S.Thompson⟩ ⟨got himself into disgrace ~ some caricatures of military personages —*Times Lit. Supp.*⟩ **8** *card games* : next in turn to play after (another card player) — **over a barrel** *adv* : at the mercy of one's opponents : in a helpless condition ⟨had him *over a barrel*⟩

**³over** \"\ *adj* [ME, alter. (influenced by ¹*over*) of *uvere*, fr. OE *uferra*, compar. of *ofer*, adv. — more at ¹OVER] **1 a** : UPPER, HIGHER, SUPERIOR **b** : COVERING, OUTER **c** : EXCESSIVE ⟨too hasty interpretations and ~ imagination —W.E.Swinton⟩ — often used in combination ⟨*over*activity is not recommended for the patient⟩ **2 a** : REMAINING ⟨that didn't leave me much ~ —Albert Halper⟩ ⟨something ~ to provide for unusual requirements —J.A.Todd⟩ **b** : having an excess or surplus ⟨the cash is said to be ~ —*Twentieth Century Bookkeeping & Accounting*⟩ **3** : fried on both sides ⟨ordered two eggs ~⟩

**⁴over** \"\ *vt* -ED/-ING/-S [¹*over*] **1** *dial* : to get over : recover from ⟨whether you ~*ed* a snakebite or not —Conrad Richter⟩ **2** *dial Eng* : to bring to an end : FINISH **3** : to leap over : CLEAR ⟨~*ed* a stile —A.T.Quiller-Couch⟩ **4** *dial Eng* : to be over with ⟨the Sabbath not yet ~*ed* —Charlotte Brontë⟩

**⁵over** *n* -S [¹*over*] **1** [so called fr. the umpire's cry of "*over*" to declare all play for that series at an end] : a series of 6 or 8 cricket balls bowled consecutively by one bowler from one end of the wicket **2 overs** *pl*, *Brit* : extra sheets of paper in a ream to allow for spoilage in printing **3 overs** *pl* : LUMBERMEN'S OVERS **4 overs** *pl* : material that does not pass through any given screen in the milling process **5** : a shot which strikes or bursts beyond the target

**overabound** \ˌ--ˈ-\ *vi* [ME *over abounden*, fr. ¹*over* + *abounden* to abound] : to abound too much : be too abundant

**overabundance** \ˌ--ˈ--\ *n* [ME, fr. ³*over* + *abundance*, *abundaunce* abundance] : an excessive abundance : SURFEIT, EXCESS, PLETHORA ⟨an ~ of experience with totalitarian governments —John Dean⟩

**overabundant** \ˌ--ˈ--\ *adj* [¹*over* + *abundant*] : surpassingly abundant

**overaccumulation** \ˌ--ˌ--ˈ--\ *n* : an undue or excessive accumulation

**overact** \ˌ--ˈ-\ *vt* **1** : to act or perform (as a part) to excess : exaggerate in acting **2** *obs* : to outdo in acting **3** *obs* : to act upon or influence unduly ~ *vi* **1** : to act more than is necessary : go to excess in action ⟨which muscles of the eyes are . . . ~*ing* —H.G.Armstrong⟩ **2** : to overact a part

**overaction** \ˌ--ˈ--\ *n* : excessive or abnormal action

**overactive** \ˌ--ˈ--\ *adj* : excessively or abnormally active ⟨an ~ mind⟩ ⟨~ glands⟩

**overactivity** \ˌ--ˈ--\ *n* : excessive or abnormal activity

**over against** *prep* : as opposed to : in contrast with ⟨the failure of Christianity *over against* Islam in successive ages —*Brit. Book News*⟩

**¹overage** \ˌōvə(r)ˈāj\ *adj* [²*over* + *age*, n.] **1** : too old or regarded as too old to be serviceable or useful ⟨~ warships⟩ ⟨an ~ stand of timber⟩ **2** : older than is normal for one's position, function, or grade ⟨~ students⟩

**²overage** \ˈōv(ə)rij\ *n* [³*over* + *-age*] **1** : SURPLUS, EXCESS; *specif* : the amount of a product above that recorded as having been shipped or placed in storage **2** : an excess over a required amount ⟨an ~ was disclosed⟩ — opposed to *shortage* **3** : the quantity of a pharmaceutical included in a container in excess of the labeled amount (as in an ampul containing a liquid medication intended for injection)

**¹over·all** \ˌōvə(r)ˈȯl\ *adv* [ME *overal*, fr. OE *ofer eall*, fr. *ofer* over + *eall* all] **1 a** : all over : EVERYWHERE ⟨man was ripe for civilization and erupted into it ~ —D.S.Stewart⟩ ⟨ships in the fjord were dressed ~ —*London Calling*⟩ **b** : as a whole : IN TOTO, GENERALLY ⟨~, the picture quality was good —Cecil McGivern⟩ ⟨~ and in most of its detail the film has remarkable power —*Time*⟩ **2** : from one extreme point to another of anything including any projections; *specif* : from the extreme forward point to the extreme after point of the deck of a ship including overhangs ⟨the boat's dimensions are 34 feet ~ —*Rudder*⟩

**²over·all** \ˈōvə,rȯl, *chiefly in substand speech* -və(r),hō- *in sense 1c*\ *n* -S [²*over* + *all*, pron.] **1 overalls** *pl* **a** *archaic* : loose trousers or leggings worn over regular clothes as a protection from bad weather or dirt **b** : close-fitting trousers worn as part of certain British uniforms or for formal riding **c** : trousers made of strong material usu. with a bib and shoulder straps and worn esp. by workmen **2** *chiefly Brit* : an outer garment; *esp* : a loose-fitting protective garment like a long coat or a smock worn over regular clothing ⟨a laboratory worker in a white ~⟩

overalls 1c

**³over·all** \ˌōvə(r)ˈȯl\ *adj* [²*over* + *all*, pron.] **1** : including everything between the two extreme points ⟨the ~ length of a ship⟩ **2 a** : taking all units into account : TOTAL ⟨~ sales of wholesalers . . . increased 10% —*Americana Annual*⟩ ⟨judge what the ~ demand . . . may be —C.F.Craig⟩ ⟨~ industry growth seems well assured —*Brookmire Investment Reports*⟩ **b** : of or relating to something as a whole : viewed as a whole : GENERAL ⟨liked the ~ composition and design —Levon West⟩ ⟨the ~ picture . . . was bright —*New Englander*⟩ : COMPREHENSIVE ⟨an ~ view of the problem⟩ **3** : placed over or upon other bearings and therefore hiding them in part — used of a heraldic charge

**over·alled** \-və,rōld, -və(r),hō-\ *adj* : wearing overalls ⟨~ women⟩

**overall pattern** *n* : an array of phonetic categories that is necessary and sufficient to account for all phonemes of all dialects of a language

**overall watermark** *n* : SHEET WATERMARK

**overambitious** \ˌ--ˈ--\ *adj* : excessively ambitious ⟨a mother ~ for her precocious child⟩

**over and above** *prep* : in addition to : BESIDES ⟨provides a financial return *over and above* all direct and indirect costs —R.A.Tybout⟩

**over and over** *adv* : one time after another : REPEATEDLY

**over-and-under** \ˌ--ˈ--\ *n* -S : a 2-barreled firearm whose barrels are fixed one above the other

**overanxious** \ˌ--ˈ--\ *adj* : excessively or needlessly anxious

**overarch** \ˌ--ˈ-\ *vt* **1** : to form an arch over ⟨dense masses ~*ing* the stream —John Muir †1914⟩ **2** : to be central or decisive in : DOMINATE ⟨an utterance which ~*es* the whole conception of the play —R.O.F.Wynne⟩

**overarching** *adj* **1** : forming an arch overhead ⟨the ~ sky⟩ **2** : subordinating or encompassing all else : ALL-IMPORTANT, DOMINANT ⟨the relation of man's freedom to God's ~ power —Liston Pope⟩ ⟨the ~ thesis of this book⟩ ⟨the ~ fact —*Reporter*⟩ ⟨different aspects of an ~ goal —J.R.Butler⟩

**¹overarm** \ˈ--ˌ-\ *adj* [³*over* + *arm*, n.] : done with the arm raised above the shoulder ⟨~ pitching⟩ ⟨~ bowling⟩; *specif* : being a swimming stroke in which the arm is lifted out of the water and stretched forward over the shoulder to begin the stroke

**²overarm** \"\ *n* [³*over* + *arm*, n.] : a bar extending parallel to and above the arbor of a milling machine with attachments to provide support for the arbor

**overassessment** \ˌ--ˈ--\ *n* : the act or an instance of assessing excessively or beyond the norm; *also* : the condition of being so assessed

**overattachment** \ˌ--ˈ--\ *n* : excessive attachment

**overattentive** \ˌ--ˈ--\ *adj* : unduly or excessively attentive

**overawe** \ˌ--ˈ-\ *vt* : to make submissive or restrain by awe or fear : inspire awe in ⟨~ the English barbarians by his polished Norman manners —Charles Kingsley⟩

**¹overbalance** \ˌ--ˈ--\ *vt* [¹*over* + *balance*] **1** : to exceed equality with : OUTWEIGH ⟨greatly ~*ed* by their concomitant advantages —T.L.Peacock⟩ **2** : to cause to lose balance : put out of balance ⟨implied that it is desirable to ~ the cash budget —William Fellner⟩

**²overbalance** \"\ *n* **1** : an excess of weight or value : something more than an equivalent ⟨an ~ of exports⟩ **2** : the condition of being out of balance : lack of balance : INEQUILIBRIUM ⟨keep him from ~, one-sidedness —*Register*⟩

**overbanking** \ˌ--ˈ--\ *n* [³*over* + *banking* (gerund of ⁴*bank*)] : a malfunction in a watch that is caused by premature unlocking of the escape wheel without contact of the fork with the roller jewel and that makes the escapement inoperative — distinguished from *rebanking*

**overbear** \ˌ--ˈ-\ *vt* **1** : to bring or carry down by superior weight or force : OVERWHELM ⟨rushed forth and . . . *overbore* the white-headed giant —William Beebe⟩ **2 a** : to overcome or bend to one's will by force of argument, domineering manner, or other nonphysical means ⟨*overbore* her protests —Josephine Pinckney⟩ ⟨completely *overborne* by his patient —Osbert Sitwell⟩ **b** : to surpass in importance, cogency, or other quality ~ *vi* : to bear fruit or offspring to excess

**over·bear·ance** \ˌ--ˈba(a)rən(t)s, -ˈber-\ *n* -S : domineering action or behavior : IMPERIOUSNESS

**¹overbearing** \ˌ--ˈ--\ *n* [fr. gerund of *overbear*] : the behavior of one that overbears another or an instance of such behavior; *esp* : dictatorial or arrogant action or conduct ⟨~ and aggression must come to an end —T.E.Goldstein⟩

**²overbearing** \ˌ--ˈ--\ *adj* [fr. pres. part. of *overbear*] **1 a** : OVERPOWERING, OVERWHELMING ⟨combine to create an ~ atmosphere —*Irish Digest*⟩ ⟨a grand alliance of European powers against our ~ greatness —J.H.Plumb⟩ ⟨an ~ preoccupation with economic interest —A.W.Gouldner⟩ **b** : decisively important : DOMINANT, PREPONDERATING ⟨the ~ problem of basic American relations with the Soviet Union —T.F.Reynolds⟩ ⟨didn't think it was the ~ consideration here —J.S.Cooper⟩ **2** : aggressively haughty : ARROGANT, DOMINEERING ⟨intolerably . . . ~ in his manner —J.C.Snaith⟩ **syn** see PROUD

**over·bear·ing·ly** \ˌ--ˈ--\ *adv* : in an overbearing manner

**overbearingness** \ˌ--ˈ--\ *n* -ES : the quality or state of being overbearing

**overbed table** \ˈ--ˌ-\ *n* [*overbed* fr. ²*over* + *bed*, n.] : a narrow rectangular table designed esp. for hospital patients that spans the bed and is typically fitted with casters and a crank for adjusting the height and tilting the top

overbed table

**overbelief** \ˈ--ˌ-\ *n* [³*over* + *belief*] : belief that is not verifiable or warranted by the evidence ⟨the ~*s* required by the nature . . . of human knowledge —H.J.Muller⟩

**overbend** \ˌ--ˈ-\ *vt* **1 a** : to cause to bend over ⟨more *overbent* than ever by his task —Adrian Bell⟩ **b** : to take a bent position over ⟨brooks *overbent* by arching boughs⟩ **2** : to bend (as a bow) to excess ~ *vi* : to bend or stoop over

**over·berg** \ˈ--ˌ-\ *adj* [²*over* + Afrik *berg* mountain — more at BERG] *Africa* : being across a berg : TRAMONTANE

**¹overbias** \ˈ--ˌ--\ *n* [³*over* + *bias*] : an excessive bias; *specif* : an electron-tube grid bias in excess of that required for normal operation

**²overbias** \"\ *vt* : to apply an overbias to

**¹overbid** \ˌ--ˈ-\ *vb* [¹*over* + *bid*] *vi* **1** : to bid in excess of value ⟨~ for stock⟩ **2 a** : to bid more than the trick-winning or scoring capacity of one's hand **b** *Brit* : to make a higher bid than the preceding one : OVERCALL ~ *vt* : to bid beyond or in excess of; *specif* : to bid more than the value of (one's hand in cards)

**²overbid** \"\ *n* : a bid in excess of a previous bid or of value

**overbit** \ˈ--ˌ-\ *n* : a triangular earmark for cattle cut out of the upper side of an animal's ear — see EARMARK illustration

**overbite** \ˈ--ˌ-\ *n* : the projection of the upper anterior teeth over the lower in the normal occlusal position of the jaws

**overblouse** \ˈ--ˌ-\ *n* : a usu. fitted or belted blouse worn over the waistband of a skirt

**overblow** \ˌ--ˈ-\ *vb* [ME *overblowen*, fr. ¹*over* + *blowen* to blow] *vt* **1** : to dissipate by or as if by wind : blow away **2** : to cover (as with snow) by blowing or being blown **3** : to blow (a pipe or other wind instrument) so vigorously as to evoke undesirable overtones that sometimes completely mask the fundamental tone **4** : to continue to blow in a converter after the impurities have been removed (as carbon from iron or sulfur from copper) completely or below a proper percentage **5 a** : DISTEND, SWELL ⟨whom stout and high living have much *overblown* —Donagh MacDonagh⟩ **b** : to puff up to inflated proportions : give a false pathos or bombastic or flamboyant quality to ⟨would have been easy to ~ the story —C.W.Morton⟩ ~ *vi* **1** *of the wind*, *archaic* : to blow too hard to allow light sails (as topsails) to be carried **2** : to force wind into a wind musical instrument in such a way as to change its pitch typically producing an overtone instead of its fundamental tone

**¹overblown** \ˌ--ˈ-\ *adj* [fr. past part. of *overblow*] **1** : blown over or away **2 a** : marked by excessively large girth or proportions : PORTLY ⟨a handsome, ~ creature —S.J.Perelman⟩ ⟨swamps that helped support his ~ body —Jack Breed⟩ **b** (1) : puffed up to inflated proportions ⟨the ~ products of propaganda —*Newsweek*⟩ ⟨empty shuffling of ~ memories —*Saturday Rev.*⟩ ⟨the tale becomes ~ and thin —Amy Loveman⟩ ⟨a corrective power to deflate whatever was ~ —*Listener*⟩ (2) : flamboyant, turgid, or bombastic in manner or content : PRETENTIOUS ⟨an obsolete and ~ oratory —Bernard De Voto⟩ ⟨as strained, ~, and obvious as a soap opera —Charles Lee⟩ ⟨his climaxes are . . . never maudlin or ~ —*Modern Music*⟩

**²overblown** \"\ *adj* [¹*over* + *blown*, past part. of *blow* (to blossom)] : blossomed to excess : more than full blown ⟨a rose that already is ~ —C.E.Montague⟩

**overboard** \ˈ--ˌ- *sometimes* ˌ--ˈ-\ *adv* [ME *over bord*, fr. OE *ofer bord*, fr. *ofer*, prep., over + *bord* ship's side — more at BOARD] **1** : over the side of a ship or boat; *esp* : from on board a ship into the water ⟨a man fell ~⟩ **2** : to extremes esp. in approval of someone or something — usu. used in the phrase *go overboard* ⟨tend to go ~ on this subject —*Natural History*⟩ ⟨went ~ for heroes and heroines who don't seem so heroic today —Dwight Macdonald⟩ ⟨go ~ for unattractive girls —J.J.Godwin⟩ ⟨go ~ for passing fads —E.J.Kahn⟩ **3** : into discard : ASIDE ⟨throw theological absolutes ~ —Allan Nevins⟩ ⟨throwing all her moral teachings and inhibitions ~ —Ruth Park⟩

**overboil** \ˌ--ˈ-\ *vi* : to boil over or unduly

**overbold** \ˌ--ˈ-\ *adj* : excessively bold or forward : PRESUMPTUOUS, IMPUDENT ⟨a foolish, ~ act —R.L.Stevenson⟩ — **over·boldness** \ˌ--ˈ--\ *n*

**overboot** \ˈ--ˌ-\ *n* : OVERSHOE

**overbore** *past of* OVERBEAR

**overborne** \ˌ--ˈ-\ *adj* [fr. past part. of *overbear*] : held down by superior force : OPPRESSED ⟨art, industry, and commerce, so long crushed and ~ —Francis Parkman⟩

**overbought** *adj* : characterized by prices held to be excessively high as a result of heavy buying ⟨price reactions in an ~ market⟩ ⟨an ~ stock⟩ — compare OVERSOLD

**overbowed** \ˌ--ˈ-\ *adj* [¹*over* + *bowed* (furnished with a bow)] : equipped with a bow whose drawing weight is too great for the archer

**overbowl** \ˈ--ˌ-\ *n* : a throw at bowls that goes beyond the jack

**overbreak** \ˈ--ˌ-\ *n* : a caving in of loosened material along the edge of an excavation

**overbred** \ˌ--ˈ-\ *adj* : bred too finely or to excess ⟨an ~ family of the nobility⟩

**overbridge** \ˈ--ˌ-\ *n*, *Brit* : OVERPASS

**overbrim** \ˌ--ˈ-\ *vi* : to flow over the brim : OVERFLOW ~ *vt* : to cause to flow over the brim; *also* : to flow over the brim of

**overbuild** \ˌ--ˈ-\ *vt* **1 a** : to build too much for : build beyond the actual demand of ⟨~ capacity in any phase of industry —C.E.Wilson⟩ **b** : to supply with buildings in excess of actual demand ⟨~ a town⟩ **2** : to erect a building or structure upon ~ *vi* : to build houses in excess of demand ⟨claims that the housing industry is ~*ing*⟩

**overbuilt** \ˌ--ˈ-\ *adj* : having too many buildings esp. in relation to the demand ⟨an ~ part of town⟩ : faced with an excess of housing in relation to the actual demand ⟨are going to become ~ if we continue to build —*Amer. Builder*⟩

**overbulky** \ˌ--ˈ--\ *adj* : excessively bulky

**¹overburden** \ˌ--ˈ--\ *vt* [¹*over* + *burden*, v.] : to place an excessive burden on : load to excess : weigh down ⟨the pauper class which ~*s* the city asylums —Nels Anderson⟩ ⟨~*ed* . . . by a profusion of ornament —Anny Varron⟩ ⟨tree branches ~*ed* with ice⟩

**²overburden** \ˈ--ˌ--\ *n* [in sense 1, fr. ¹*overburden*; in other senses, fr. ³*over* + *burden*, n.] **1** : excess of burden **2 a** : consolidated or unconsolidated material overlying a deposit of useful geological materials (as a coal seam or an ore body) esp. where mined by open cuts; *also* : sedimentary rock overlying older crystalline rocks **b** : loose soil, sand, gravel, or similar material above a bedrock **3** : the sterile stratum lying above a cultural level at an archaeological site

**over·bur·den·ing·ly** \ˌ--ˈ-(-)--\ *adv* [*overburdening* (pres. part. of ¹*overburden*) + *-ly*] : so as to overburden

**overburn** \ˌ--ˈ-\ *vt* : to burn (as clay) too long or at a higher than normal temperature

**overbuy** \ˌ--ˈ-\ *vb* [ME *overbiggen*, fr. ¹*over* + *biggen*, *byen* to buy] *vt* **1** *obs* : to buy at an excessive price **2 a** : to buy in quantities exceeding needs or demand ⟨found that he had *overbought* fertilizer⟩ **b** : to affect injuriously (as by causing price rises) by too much buying esp. in relation to supply ~ *vi* : to make purchases that are in excess of needs or demand or are beyond one's means ⟨~*ing* and then holding for an advance in prices —Jules Backman⟩ ⟨~*ing* . . . is often detected and the subscribers warned —A.F.Chapin⟩

**overby** \ˌ--ˈ-\ *adv* [¹*over* + *by*, adv.] *chiefly Scot* : a little way over : at a short distance ⟨our neighbors ~⟩

**¹overcall** \ˌ--ˈ-\ *vb* [¹*over* + *call*] *vt* **1** : to make a higher card bid than (the preceding bid) : bid higher than (the player who last bid) **2** *Brit* : OVERBID ~ *vi* : to bid over an opponent's bid in bridge when one's partner has not bid or doubled

**²overcall** \"\ *n* **1 a** : a bid in bridge usu. showing meager or limited strength made by a player on the side that did not open the bidding **b** : a bid above the preceding bid **2** : OVERBID

**overcanopy** \ˌ--ˈ---\ *vt* : to form a canopy over ⟨great white wings ~*ing* the sparkling water —Lilian S. Taylor⟩

**overcapacity** \ˌ--ˈ-(-)-\ *n* : excessive productive capacity in relation to needs or demand ⟨another industry suffering from ~ —*Newsweek*⟩

**overcapitalization** \ˌōvə(r)+\ *n* [³*over* + *capitalization*] **1** : the act or an instance of overcapitalizing **2** : the state of being overcapitalized

**overcapitalize** \"+\ *vt* [¹*over* + *capitalize*] **1** : to put a nominal value on the capital of (a corporation) higher than actual cost or fair market value **2** : to capitalize (a business enterprise) beyond what the business or the profit-making prospects warrant

**overcareful** \ˌ--ˈ--\ *adj* : too careful — **overcarefully** \ˌ--ˈ-(-)-\ *adv*

**overcarry** \ˌ--ˈ--\ *vt* : to carry too far : carry beyond the proper point

**¹overcast** \ˌ--ˈ-\ *vb* [ME *overcasten*, fr. ¹*over* + *casten* to cast] *vt* **1** *archaic* : to cast down : OVERTHROW **2 a** : CLOUD, DARKEN, OVERSHADOW ⟨it is the existence of evil . . . which ~*s* life —F.L.Mott⟩ **b** : to cast or cover over : OVERSPREAD ⟨the smoke haze that ~ the distant mountains —L.C.Douglas⟩ ⟨something of reverence, ~ with egotism —G.B.Johnson⟩ **3 a** (1) : to sew with an overcast stitch from one section of (a book) to the next (2) : to reinforce along the back of (a signature) by stitching through half of the leaves (3) : to fasten (single leaves) as a group by an overcast stitch at the binding edge : WHIPSTITCH **b** : to sew over the edge of; *specif* : to sew (raw edges of a seam) with long slanting widely spaced stitches to prevent raveling ~ *vi* **1** : to become overcast : DARKEN **2** : to make an overbowl at lawn bowls

**²overcast** \ˈ--ˌ-\ *adj* [fr. past part. of ¹*overcast*] **1 a** : clouded over ⟨an ~ night⟩ **b** : DEPRESSED, GLOOMY ⟨his handsome countenance . . . was ~ —Rafael Sabatini⟩ **2** *geol* : OVERTURNED ⟨an ~ fold⟩

**³overcast** \"\ *n* [¹*overcast*] **1** : COVERING ⟨with an ~ of irony —R.M.Coates⟩; *esp* : a covering of clouds over the sky ⟨the land rose in pink and violet dales, shading finally into the ~ above the harbor —Norman Mailer⟩ **2** : an arch or support that carries an overhead passage; *esp* : one that carries a passage over another passage in a mine **3** : sewing that has been overcast

**overcaster** \ˌ--ˈ--\ *n* : one who does overcasting by hand or machine — see SERGER

**overcasting** \ˌ--ˈ--\ *n* : the act of stitching raw edges of fabric to prevent raveling; *also* : the stitching so done

overcasting

**overcatch** \ˌ--ˈ-\ *vt*, *chiefly dial* : OVERTAKE

**overcautious** \ˌ--ˈ--\ *adj* : too cautious

**overceiling** \ˌ--ˈ--\ *adj* [²*over* + *ceiling*] : being over a ceiling ⟨~ payments⟩

**overcentralized** \ˌ--ˈ--ˌ-\ *adj* : excessively centralized ⟨~ administration⟩

**overcertification** \ˌ--ˌ---ˈ--\ *n* [³*over* + *certification*] : the practice or an instance of overcertifying

**overcertify** \ˌ--ˈ---\ *vt* [¹*over* + *certify*] : to certify (a check) for an amount in excess of the balance of the deposit account of the drawer

**¹overcharge** \ˌ--ˈ-\ *vb* [ME *overchargen*, fr. ¹*over* + *chargen* to charge] *vt* **1** : to charge excessively or beyond a due rate or price ⟨may ~ you as much as he likes —G.B.Shaw⟩ **2** : to fill or load too full : CROWD, BURDEN ⟨our language is *overcharged* with consonants —Joseph Addison⟩ ⟨the canvas . . . is rather *overcharged* —Norman Douglas⟩ **3** *obs* : to make extravagant accusations against **4** : EXAGGERATE, OVERDRAW ⟨~ a report⟩ ~ *vi* : to make an excessive charge

**²overcharge** \ˈ--ˌ-, ˌ--ˈ-\ *n* **1** : an excessive charge or burden **2 a** : a monetary charge in excess of the proper, legal, or agreed rate or amount : an exorbitant charge **b** (1) : an act of charging an excessive amount ⟨increase civil penalties for rent ~*s* —*New Republic*⟩ (2) : a sum in excess of the just amount ⟨found and corrected a twenty-five-cent ~ —*Atlantic*⟩

This page is a dictionary page containing entries from "residual dextrin" through "resistive". Due to the density and small print of the dictionary text, a full verbatim transcription is not feasible at adequate fidelity.