# EXHIBIT E

# DuPont Packaging & Industrial Polymers


**The miracles of science™**

## DuPont™ Elvax® 150

Elvax® resins Product Data Sheet

## Description

| Product Description | DuPont™ Elvax® 150 is an ethylene-vinyl acetate copolymer resin for use in industrial applications. |
|---|---|

## Restrictions

| Material Status | • Commercial: Active |
|---|---|
| Availability | • Globally |

## Typical Characteristics

| Composition | 32% By Weight  Vinyl Acetate<br>Thermal Stabilizer: BHT antioxidant |
|---|---|
| Applications | Elvax® resins can be used in a variety of applications involving molding, compounding, extrusion, adhesives, sealants, and wax blends.  For additional information and properties associated with specific applications, please refer to the Grade Selector Guides found on the Elvax® website for industial applications.  http://www.dupont.com/industrial-polymers/elvax/index.html. |

## Typical Properties

| Physical | Nominal Values | Test Method(s) | |
|---|---|---|---|
| Density () | 0.957 g/cm³ | ASTM D792 | ISO 1183 |
| Melt Index  (190°C/2.16kg) | 43 g/10 min | ASTM D1238 | ISO 1133 |
| **Thermal** | **Nominal Values** | **Test Method(s)** | |
| Melting Point  (DSC) | 63°C  (145°F) | ASTM D3418 | ISO 3146 |
| Vicat Softening Point () | 36°C  (97°F) | ASTM D1525 | ISO 306 |

## Processing Information

**General**

| Maximum Processing Temperature | 230°C  (446°F) |
|---|---|
| General Processing Information | Elvax® resins can be processed by conventional thermoplastic processing techniques, including injection molding, structural foam molding, sheet and shape extrusion, blow molding and wire coating.  They can also be processed using conventional rubber processing techniques such as Banbury, two-roll milling and compression molding. |
| | Elvax can be used in conventional extrusion equipment designed to process polyethylene resins.  However, corrosion-protected barrels, screws, adapters, and dies are recommended, since, at sustained melt temperatures above 446°F (230°C), ethylene vinyl acetate (EVA) resins may thermally degrade and release corrosive by-products. |

| FDA Status Information | Elvax® 150 EVA Resin complies with Food and Drug Administration Regulation 21 CFR 177.1350(a)(1) - - Ethylene-vinyl acetate copolymers, subject to the limitations and requirements therein. This Regulation describes polymers that may be used in contact with food, subject to the finished food-contact article meeting the extractive limitations under the intended conditions of use, as shown in paragraph (b)(1) of the Regulation. |
| Safety & Handling | A Product Safety Bulletin, Material Safety Data Sheet, and more detailed information on compounding and processing Elvax® resins for specific applications are available from your DuPont Packaging and Industrial Polymers representative. |

## Read and Understand the Material Safety Data Sheet  (MSDS) before using this product

### DuPont Offices Worldwide

**Americas**

DuPont Company
Barley Mill Plaza 26-2363
Lancaster Pike & Route 141
Wilmington, DE 19880-0026 U.S.A.
Telephone +1 302-774-1161
Toll-free (USA) 800-628-6208 prompt "6"
Fax +1 302-999-4399

DuPont do Brasil, S.A.
Alameda Itapecuru, 506
 06454-080 Barueri, SP Brasil
Toll-free: 0800 171715
Telephone +55 11 4166 8122
Fax +55 11 4166 8720

**Asia Pacific**

DuPont China Holding Co, Ltd.
15th Floor, Shui on Plaza
333 Huai Hai Road (Central)
Shanghai 200021, China
Telephone +86 21 6386 6366
Fax +86-21-6386-6333

DuPont K.K./DuPont Asia Pacific
Sanno Park Tower
11-1, Magatacho 2-chome
Chiyoda-ku, Tokyo, 100-611, Japan
Telephone +81-3-5521-2771
Fax +81-3-5521-2775

**Europe / Middle East Africa**

DuPont de Nemours Int'1.
S.A. 2,
Chemin du Pavillon Box 50
CH-1218 Le Grand Saconnex
Geneva, Switzerland
Telephone +41 22 717 51 11
Fax +41 22 717 55 00

**elvax.dupont.com**

**email:  pip@dupont.com**

Copyright © 2006 DuPont. All rights reserved. The technical data herein are guides to the use of DuPont resins. The advice contained herein is based upon tests and information believed to be reliable, but users should not rely upon it absolutely for specific applications because performance properties will vary from lot to lot and with processing conditions. It is given and accepted at user's risk and confirmation of its validity and suitability in particular cases should be obtained independently. The DuPont Company makes no guarantees of results and assumes no obligations or liability in connection with its advice.

This publication is not to be taken as a license to operate under, or recommendation to infringe, any patents. CAUTION: Do not use in medical applications involving permanent implantation in the human body. For other medical applications, see DuPont Medical Caution Statement, H-50102.

The DuPont Oval, DuPont™, The miracles of science™, and Elvax® are trademarks or registered trademarks of DuPont or its affiliates.

Copyright© 1995-2006. E.I. duPont de Nemours and Company. All Rights Reserved.

This data sheet is effective as of  01/12/2007 06:48:34 PM  and supersedes all previous versions.



**The miracles of science™**