# EXHIBIT B

Case 7:07-cv-03302-KMK-LMS    Document 46-3    Filed 07/13/2007    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WESTCHESTER DIVISION

| | |
|---|---|
| MEDTECH PRODUCTS INC., </br></br>Plaintiff, </br></br>v. </br></br>RANIR, LLC and </br>CVS PHARMACY, INC. </br></br>Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |
| MEDTECH PRODUCTS INC., </br></br>Plaintiff, </br></br>v. </br></br>DENTEK ORAL CARE, INC., </br></br>Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> Civil Action No. 07 CV 03302-UA-LMS </br></br></br> PLAINTIFF'S INITIAL LIST OF </br> CLAIM TERMS |
| MEDTECH PRODUCTS INC., </br></br>Plaintiff, </br></br>v. </br></br>POWER PRODUCTS, INC. </br>d/b/a SPLINTEK, </br></br>Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

COMES NOW Plaintiff Medtech Products Inc. ("Plaintiff") and submits the following initial list of proposed claim terms to be construed in this litigation.

### Claim 17

A method of fabricating an interocclusal appliance for alleviation of the adverse effects of bruxing or clenching events, the method comprising the steps of:

    a) molding and [sic] appliance base from a resin having a Vicat softening temperature of at least 70°C. and a Shore A hardness of at least 80; and

    b) molding over the base an impression preform from a resin comprising an ethylene vinyl acetate copolymer having approximately 30% by weight vinyl acetate.

| Claim term | Construction |
| --- | --- |
| molding and [sic] appliance base | |
| a resin | |
| a Vicat softening temperature | |
| of at least 70°C | |
| a Shore A hardness | |
| of at least 80 | |
| molding over the base | |
| an impression perform | |
| a resin | |
| an ethylene vinyl acetate copolymer | |
| having approximately 30% by weight vinyl acetate | |

**Dated: June 15, 2007**

Respectfully submitted,

s/W. Edward Ramage/

ALSTON & BIRD LLP
Karl Geercken (KG 5897)
Amy Manning (AM 0338)
90 Park Avenue
New York, New York 10016-1387
(212) 210-9471 (phone)
(212) 210-9444 (facsimile)
karl.geercken@alston.com
amy.manning@alston.com