# EXHIBIT C

**PROSKAUER ROSE LLP**

One International Place
Boston, MA 02110-2600
Telephone 617.526.9600
Fax 617.526.9899

NEW YORK
LOS ANGELES
WASHINGTON
BOCA RATON
NEWARK
NEW ORLEANS
PARIS

**Gregory J. Sieczkiewicz, Ph.D.**
Attorney at Law

Direct Dial 617.526.9734
gsieczkiewicz@proskauer.com

June 15, 2007

**By E-Mail**
**Original by First-Class Mail**

Karl Geercken, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

Re: List of Terms in Claim 17 of U.S. Patent No. 6,830,051
Medtech Products, Inc. v. Dentek Oral Care, Inc.
Civil Action No. 07 CV 03302-UA-LMS

Dear Karl:

Below, please find Dentek's list of terms in Claim 17 of U.S. Patent No. 6,830,051, the sole claim asserted, as agreed to be produced today in the Civil Case Discovery Plan entered by the Court on May 31, 2007.
- "interocclusal appliance"
- "and appliance base"
- "molding over the base"
- "impression preform"
- "ethylene vinyl acetate copolymer having approximately 30% by weight vinyl acetate"

Very truly yours,

Gregory J. Sieczkiewicz

cc: W. Edward Ramage, Esq.
Kathy Dutton Helmer, Esq.
Rebecca Marie McCloskey, Esq.
John Fulco, Esq.
James H. Shalek, Esq.
Alan Federbush, Esq.

7774/23725-001 Current/9772591v1