# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WESTCHESTER DIVISION

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC and <br> CVS PHARMACY, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07 CV 03302-UA-LMS <br> ) <br> ) <br> ) PLAINTIFF'S INITIAL PROPOSED <br> ) CLAIM CONSTRUCTION <br> ) |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC. <br> d/b/a SPLINTEK, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

COMES NOW Plaintiff Medtech Products Inc. ("Plaintiff") and submits the following initial proposed claim construction.

**Claim 17**

A method of fabricating an interocclusal appliance for alleviation of the adverse effects of bruxing or clenching events, the method comprising the steps of:

    a) molding and [sic] appliance base from a resin having a Vicat softening temperature of at least 70°C. and a Shore A hardness of at least 80; and

    b) molding over the base an impression preform from a resin comprising an ethylene vinyl acetate copolymer having approximately 30% by weight vinyl acetate.

| Claim term | Construction |
| --- | --- |
| molding and [sic] appliance base | a step of molding an appliance base |
| a resin | a moldable material |
| a Vicat softening temperature | the temperature at which a flat-ended needle penetrates a specimen of the resin to the depth of 1 mm under a 10 Newton load, under ASTM D1525 standard |
| of at least 70°C | a minimum Vicat softening temperature |
| a Shore A hardness | a measurement of hardness using a TMI Duromotor model number 4150 equipped with a Shore Durometer Hardness Type A |
| of at least 80 | a minimum Shore A hardness |
| molding over the base | a step of molding over the base |
| an impression perform | a formable material overlying the base |
| a resin | a moldable material |
| an ethylene vinyl acetate copolymer | a resin made of copolymers of ethylene vinyl acetate |
| having approximately 30% by weight vinyl acetate | the resin has approximately 30% by weight vinyl acetate |

While Plaintiff does not believe that "interocclusal appliance" is a claim term that needs to be construed, to the extent that construction is necessary, Plaintiff proposes "an appliance that is used or fitted, in whole or in part, between portions of the upper and lower teeth."

**Dated: June 22, 2007**

        Respectfully submitted,

        s/W. Edward Ramage/

        ALSTON & BIRD LLP
        Karl Geercken (KG 5897)
        Amy Manning (AM 0338)
        90 Park Avenue
        New York, New York 10016-1387
        (212) 210-9471 (phone)
        (212) 210-9444 (facsimile)
        karl.geercken@alston.com
        amy.manning@alston.com

        BAKER, DONELSON, BEARMAN,
          CALDWELL & BERKOWITZ, P.C.1800
        W. Edward Ramage, TN BPR No. 16261
        Commerce Center, Suite 1000
        211 Commerce Street
        Nashville, Tennessee 37201
        (615) 726-5600
        eramage@bakerdonelson.com
        Admitted *Pro Hac Vice*

        Of Counsel:

        Todd R. David , GA BPR No. 206526
        ALSTON & BIRD LLP
        One Atlantic Center
        1201 West Peachtree Street
        Atlanta, Georgia 30309-3424
        todd.david@alston.com

        Carl M. Davis II, GA Bar Number 207710
        BAKER, DONELSON, BEARMAN,
          CALDWELL & BERKOWITZ, P.C.1800
        Six Concourse Parkway
        Suite 3100
        Atlanta, Georgia 30328
        (678) 406-8700
        cdavis@bakerdonelson.com

                    Micheline Kelly Johnson, TN BPR No. 13847
                    Clinton P. Sanko, TN BPR No. 23354
                    BAKER, DONELSON, BEARMAN,
                       CALDWELL & BERKOWITZ, P.C.
                    1800 Republic Centre
                    633 Chestnut Street
                    Chattanooga, Tennessee 37450-1800
                    (423) 756-2010
                    mjohnson@bakerdonelson.com
                    csanko@bakerdonelson.com

                    Attorneys for Plaintiff
                    Medtech Products Inc.