# EXHIBIT F





ADVERTISEMENT

2 results for: *interocclusal*
(Browse Nearby Entries)

Ads by Google

Medical Encyclopedia
Get Medical Encyclopedia Info Here. Info on Medical Encyclopedia.
*AllTheMedicalEncyclopedia.info*

Medical Dictionary
Find Solutions & Treatments For Your Problems! Look Them Up Now
*Medicalreferencedictionary.com*

Medical Words Defined
Learn Medical Terminology anywhere Over 500 Most common medical terms.
*www.AudioLearn.net/MedTerm.htm*

Free download! Get instant dictionary, thesaurus, and encyclopedia access from your Windows programs with CleverKeys.

*Merriam-Webster's Medical Dictionary* – Cite This Source
Main Entry: in·ter·oc·clu·sal
Pronunciation: -&-'klü-s&l, -ä-'klü-, -z&l
Function: *adjective*
: situated or occurring between the occlusal surfaces of opposing teeth <*interocclusal* clearance>

*Merriam-Webster's Medical Dictionary,* © 2002 Merriam-Webster, Inc.

*On-line Medical Dictionary* – Cite This Source
interocclusal

interocclusal: in CancerWEB's On-line Medical Dictionary

Case 7:07-cv-03302-KMK-LMS    Document 46-7    Filed 07/13/2007    Page 3 of 5

*On-line Medical Dictionary, © 1997-98 Academic Medical Publishing & CancerWEB*

View results from: Dictionary | Thesaurus | Encyclopedia | All Reference | the Web



ADVERTISEMENT

Perform a new search, or try your search for "interocclusal" at:

Amazon.com – Shop for books, music and more
Reference.com – Encyclopedia Search
Reference.com – Web Search powered by Google
Thesaurus.com – Search for synonyms and antonyms

Get the Dictionary.com Toolbar for your browser – FREE download! From the makers of Dictionary.com



Get **FastAccess® DSL** as low as **$19.95** per month! Limited time offer

**$75 Cash Back** on select speeds



ADVERTISEMENT

.com | Privacy Policy | Terms of Use | Link to Us | Contact Us
2007, Lexico Publishing Group, LLC. All rights reserved.



A - B - C - D - E - F - G - H - I - J - K - L - M - N - O - P - Q - R - S - T - U - V - W - X - Y - Z - Main Page

Dental Glossary specializes in dental terms. This niche sub-dictionary will allow individuals, whether starters in the dental field experts to research the exact meaning of terms they encounter.
Kindly use the search module below or browse through the alphabetical listings.

**Dental**
Free Dental info Find what you're looking for!
www.dental-101.com

**Need Dentures?**
Get Beautiful, Healthy Looking Teeth In Just 1 Day - View How!
www.EatRightDentures.com

**Dental Care Center**
Dental Veneers, Crowns & Bridges. Call Our Implant Dentists Today!
www.realpagessites.com

**Nashville Family Denti**
Teeth Whitening, Dental More. Make Your Appoint Today.
www.TheSmileCenter.biz

Ads b

**Currently viewing the definition of: Interocclusal**

Space between upper and lower teeth

**Nashville Dental Care**
General Cleaning, Dental Sealants & Pulp Therapy. Call Now For an Appt!
rp.com/swaugerkurtr

**Cosmetic Dentistry Costs**
Report looks at the typical costs of most Cosmetic Dental procedures.
Free-Consumer-Help.com

**Huntington Park Dentist**
Call today for a cleaning this week Call For Appointment - 800-999-0649
www.CenturyDental.com

**Emergency Dental**
See Dentist Today, Sa 70%! From $6.95 - G Satisfied.
www.EmergencyDent

A

Copyright © DentalGlossary.net 2006
GLOSSARY SCRIPT