# EXHIBIT G

# THE AMERICAN HERITAGE® COLLEGE DICTIONARY

THIRD EDITION





HOUGHTON MIFFLIN COMPANY
Boston • New York

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1997, 1993 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)

*Library of Congress Cataloging-in-Publication Data*
The American heritage college dictionary. —3rd ed.
    p.   cm.
    ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
    1. English language—Dictionaries.  2. Americanisms.
PE1628.A6227   1993
423—dc20                             92-42124
                                          CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

B

hs scale

lehill



mola¹



molar²

Moldavia

oceans and 32 kilometers (20 miles) in depth under the continents. [After Andrija *Mohorovičić* (1857–1936), Croatian geophysicist.]
**Mohs scale** (mōz) *n.* A scale for classifying minerals based on relative hardness and including, in order from softest to hardest: 1. talc; 2. gypsum; 3. calcite; 4. fluorite; 5. apatite; 6. orthoclase; 7. quartz; 8. topaz; 9. corundum; 10. diamond. [After Friedrich *Mohs* (1773–1839), German mineralogist.]
**mo·hur** (mō′ər, mə-hoor′) *n.* A gold coin, equal to 15 rupees, used in British India. [Hindi *muhr*, gold coin, seal < Pers.]
**moi·dore** (moi′dôr′, -dōr′, moi-dôr′, -dōr′) *n.* A former Portuguese or Brazilian gold coin. [Alteration of Port. *moeda d'ouro* : *moeda* (< Lat. *monēta*, coin; see MONEY) + *de*, of (< Lat. *dē*; see DE-) + *ouro*, gold (< Lat. *aurum*).]
**moi·e·ty** (moi′i-tē) *n., pl.* **-ties. 1.** A half. **2.** A part, portion, or share. **3.** Either of two basic units in cultural anthropology that make up a tribe on the basis of unilateral descent. [ME *moite* < OFr. *meitiet, moitie* < LLat. *medietās* < Lat., middle < *medius*, middle. See **medhyo-**.]
**moil** (moil) *intr.v.* **moiled, moil·ing, moils. 1.** To toil; slave. **2.** To churn about continuously. — *n.* **1.** Toil; drudgery. **2.** Confusion; turmoil. [ME *moillen*, to soften by wetting < OFr. *moillier* < VLat. *molliāre* < Lat. *mollia (pānis)*, the soft part (of bread) < neut. pl. of *mollis*, soft. See **mel-¹*.]** — **moil′er** *n.* — **moil′ing·ly** *adv.*
**moire** (mwär, mwä-rā′, môr, mô-rā′) *n.* A watered or moiré fabric. [Fr. See MOIRÉ.]
**moi·ré** (mwä-rā′, mô-) *adj.* Having a wavy or rippled surface pattern. Used of fabric. — *n.* **1.** Fabric, such as silk or rayon, finished so as to have a wavy or rippled surface pattern. **2.** A similar pattern produced on cloth by engraved rollers. [Fr. < p.part. of *moirer*, to water < *mouaire, moire*, moiré fabric, prob. alteration of E. MOHAIR.] — **moi·ré′** *adj.*
**moiré effect** *n.* The effect of superimposing a repetitive design on the same or another design to produce a distinct pattern.
**moist** (moist) *adj.* **moist·er, moist·est. 1.** Slightly wet; damp or humid. See Syns at **wet. 2.** Filled with or characterized by moisture. **3.** Tearful. [ME *moiste* < OFr., alteration of VLat. **muscidus*, alteration of Lat. *mūcidus*, moldy < *mūcus*, mucus.] — **moist′ly** *adv.* — **moist′ness** *n.*
**mois·ten** (moi′sən) *tr. & intr.v.* **-tened, -ten·ing, -tens.** To make or become moist. — **mois′ten·er** *n.*
**mois·ture** (mois′chər) *n.* **1.** Diffuse wetness that can be felt as vapor in the atmosphere or condensed liquid on the surfaces of objects; dampness. **2.** The state or quality of being damp. [ME < OFr. < *moiste*, moist. See MOIST.]
**mois·tur·ize** (mois′chə-rīz′) *tr.v.* **-ized, -iz·ing, -iz·es.** To add or restore moisture to: *lotion that moisturizes the face.*
**mois·tur·iz·er** (mois′chə-rī′zər) *n.* A cosmetic lotion or cream applied to the skin to counter dryness.
**mo·jar·ra** (mō-här′ə) *n., pl.* **mojarra** or **-ras.** Any of several species of small, silvery, mainly tropical American marine fishes of the family Gerridae, having extremely protrusile mouths. [Sp., knife, a fish < Ar. *muḥarrab*, pointed < *ḥarrab*, to sharpen, point.]
**Mo·ja·ve** (mō-hä′vē) *n.* Var. of **Mohave.**
**Mojave Desert** also **Mo·ha·ve Desert** (mō-hä′vē). An arid region of S CA SE of the Sierra Nevada.
**moke** (mōk) *n.* **1.** *Slang.* A dull person. **2.** *Chiefly British.* A donkey. **3.** *Australian.* An old broken-down horse. [?]
**mol** (mōl) *n.* Var. of **mole⁵.**
**mol.** *abbr.* **1.** Molecular. **2.** Molecule.
**mo·la¹** (mō′lə, -lä) *n., pl.* **-las.** A colorful fabric panel of Central American origin, used for decorative purposes. [Cuna (Panama Chibchan language), clothing, blouse, mola.]
**mo·la²** (mō′lə) *n., pl.* **mola** or **-las.** See **ocean sunfish.** [Lat., millstone (< its shape and rough skin). See **mele-*.**]
**mo·lal** (mō′ləl) *adj.* Of or being a solution that contains one mole of solute in 1,000 grams of solvent.
**mo·lal·i·ty** (mō-lăl′ĭ-tē) *n., pl.* **-ties.** The molal concentration of a solute, usu. expressed as the number of moles of solute per 1,000 grams of solvent.
**mo·lar¹** (mō′lər) *adj.* **1.** *Chem.* **a.** Relating to or being a solution that contains one mole of solute per liter of solution. **b.** Containing one mole of a substance. **2.** *Phys.* Of or relating to a body of matter as a whole, perceived apart from molecular or atomic properties. [< MOLE⁵.]
**mo·lar²** (mō′lər) *n.* A tooth with a broad crown used to grind food, located behind the premolars. — *adj.* **1.** Of or relating to the molars. **2.** Capable of grinding. [< ME *molares*, molars < Lat. *molāris*, of a mill, grinder, molar < *mola*, millstone. See **mele-*.**]
**mo·lar·i·ty** (mō-lăr′ĭ-tē) *n., pl.* **-ties.** *Chem.* The molar concentration of a solution, usu. expressed as the number of moles of solute per liter of solution.
**mo·las·ses** (mə-lăs′ĭz) *n., pl.* **molasses.** A thick syrup produced in refining raw sugar and ranging from light to dark brown in color. [Port. *melaços*, pl. of *melaço* < LLat. *mellāceum*, must < Lat. *mel, mell-*, honey. See **melit-*.**]
**mold¹** (mōld) *n.* **1.** A hollow form or matrix for shaping a fluid or plastic substance. **2.** A frame or model around or on which something is formed or shaped. **3.** Something that is made in

or shaped on a mold. **4.** The shape or pattern of a mold. **5.** General shape or form. **6.** Distinctive character or type. **7.** A fixed or restrictive pattern or form. **8.** *Archit.* See **molding 3.** — *v.* **mold·ed, mold·ing, molds.** — *tr.* **1.** To shape in or on a mold. **2.a.** To form into a particular shape; give shape to. **b.** To guide or determine the growth or development of; influence. **3.** To fit closely by following the contours of. **4.** To make a mold of or from (molten metal, for example) before casting. **5.** To ornament with moldings. — *intr.* To be shaped in or as if in a mold. [ME *molde* < OFr. *molle, molde* < Lat. *modulus*, dim. of *modus*, measure. See **med-*.**] — **mold′a·ble** *adj.* — **mold′er** *n.*
**mold²** (mōld) *n.* **1.** Any of various fungi that often cause disintegration of organic matter. **2.** The growth of such fungi. — *intr.v.* **mold·ed, mold·ing, molds.** To become moldy. [ME *moulde*, prob. < p.part. of *moulen*, to grow moldy < ON *mygla*.]
**mold³** (mōld) *n.* **1.** Loose friable soil, rich in humus and fit for planting. **2.** *Chiefly British.* **a.** The earth; the ground. **b.** The earth of the grave. **3.** *Archaic.* Earth as the substance of the human body. [ME < OE *molde*. See **mele-*.**]
**Mol·da·vi·a** (mŏl-dā′vē-ə, -dāv′yə). **1.** A historical region of E Romania E of Transylvania; united with Walachia in 1859 to form the nucleus of modern Romania. **2.** Also **Mol·do·va** (mōl-dô′və). A country of E Europe bordering on Romania. Acquired by Russia from the Romanian region of Moldavia in the late 18th and early 19th cent., it was a constituent republic of the U.S.S.R. from 1940 until 1991. Cap. Chisinau. Pop. 4,111,000. — **Mol·da′vi·an** *adj. & n.*
**mold·board** (mōld′bôrd′, -bōrd′) *n.* The curved plate of a plow that turns over the soil. [MOLD³ + BOARD.]
**mold·er** (mōl′dər) *v.* **-ered, -er·ing, -ers.** — *intr.* To crumble to dust. — *tr.* To cause to molder. [Prob. freq. of MOLD³.]
**mold·ing** (mōl′dĭng) *n.* **1.** The act or process of molding. **2.** Something that is molded. **3.** An embellishment in strip form made of wood or other structural material and used to decorate or finish a surface, such as the surface of a door.
**mold·y** (mōl′dē) *adj.* **-i·er, -i·est. 1.** Covered with or containing mold: *moldy bread.* **2.** Musty or stale, as from age or decay. — **mold′i·ness** *n.*
**mole¹** (mōl) *n.* A small congenital growth on the human skin, usu. slightly raised and dark and sometimes hairy, esp. a pigmented nevus. [ME < OE *māl*.]
**mole²** (mōl) *n.* **1.** Any of various small insectivorous mammals of the family Talpidae, usu. living underground and having light brown to dark gray silky fur, rudimentary eyes, and strong forefeet for burrowing. **2.** A machine that bores through hard surfaces, used esp. for tunneling through rock. **3.** A spy within an organization, esp. a double agent in an intelligence establishment. [ME *molle*; poss. akin to MOLD³.]
**mole³** (mōl) *n.* **1.** A massive, usu. stone wall constructed in the sea, used to enclose or protect an anchorage or a harbor. **2.** The anchorage or harbor enclosed by a mole. [Fr. *môle* < Ital. *molo* < LGk. *mōlos* < Lat. *mōlēs*, mass, mole.]
**mole⁴** (mōl) *n.* An abnormal fleshy mass formed in the uterus by the degeneration or abortive development of an ovum. [Fr. *môle* < Lat. *mola*, millstone, mole. See **mele-*.**]
**mole⁵** or **mol** (mōl) *n.* **1.** The amount of a substance that contains as many elementary units as the number of atoms in 0.012 kilogram of carbon 12. The number is $6.0225 \times 10^{23}$, or Avogadro's number. **2.** The mass in grams of this amount of a substance, numerically equal to the molecular weight of the substance. See table at **measurement.** [Ger. *Mol*, short for *Molekulargewicht*, molecular weight < *molekular*, molecular < Fr. *moléculaire* < *molécule*, molecule. See MOLECULE.]
**mo·le⁶** (mō′lā) *n.* A sauce of Mexican origin made with chocolate and a variety of chilies and spices and usu. served with meat or poultry. [Am.Sp. < Nahuatl *mōlli*.]
**mole cricket** (mōl) *n.* Any of various burrowing crickets of the family Gryllotalpidae, having short wings and front legs well adapted for digging and feeding mainly on the roots of plants.
**mo·lec·u·lar** (mə-lĕk′yə-lər) *adj.* **1.** Of, relating to, or consisting of molecules. **2.** Of or relating to simple or basic structure or form. — **mo·lec′u·lar′i·ty** (-lăr′ĭ-tē) *n.* — **mo·lec′u·lar·ly** *adv.*
**molecular biology** *n.* The branch of biology that deals with the formation, structure, and activity of macromolecules essential to life and esp. with their role in cell replication and the transmission of genetic information. — **molecular biologist** *n.*
**molecular formula** *n.* A chemical formula that shows the number and kinds of atoms in a molecule.
**molecular weight** *n.* The sum of the atomic weights of all the atoms in a molecule.
**mol·e·cule** (mŏl′ĭ-kyōōl′) *n.* **1.** The smallest particle into which an element or a compound can be divided without changing its chemical and physical properties; a group of atoms held together by chemical forces. **2.** A small particle; a tiny bit. [Fr. *molécule* < NLat. *mōlécula*, dim. of Lat. *mōlēs*, mass.]
**mole·hill** (mōl′hĭl′) *n.* A small mound of loose earth raised by a burrowing mole. — *Idiom.* **make a mountain out of a molehill.** To exaggerate a minor problem.

# THE RANDOM HOUSE DICTIONARY of the ENGLISH LANGUAGE

## College Edition

Laurence Urdang EDITOR IN CHIEF

Stuart Berg Flexner MANAGING EDITOR

RANDOM HOUSE/NEW YORK

Copyright © 1969, 1968 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions

Based on *The Random House Dictionary of the English Language—The Unabridged Edition*
Copyright © 1969, 1967, 1966 by Random House, Inc.

PUBLISHED IN THE UNITED STATES OF AMERICA BY RANDOM HOUSE, INC., NEW YORK
AND SIMULTANEOUSLY IN CANADA BY RANDOM HOUSE OF CANADA LIMITED, TORONTO

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, neither the presence nor the absence of such designation should be regarded as affecting the legal status of any trademark.

*Chart of Periodic Table of the Elements*, Copyright © 1964 by E. H. Sargent & Co.

*Table of Common Proofreader's Marks*, Copyright 1950, © 1956 by Alfred A. Knopf, Inc.

d..e/hr

Library of Congress Catalog Card Number: 68-19699

Manufactured in the United States of America

| mohair | 859 | moldy |

Mongolian. 4. (l.c.) an important, powerful, or influential person: *a mogul of the movie industry*. [< Pers *Mugul* MONGOL]
**mo·hair** (mō'hâr), n. 1. the coat or fleece of an Angora goat. 2. a fabric made of yarn from this fleece. [var. (by folk etym.) of *mocayare* < It *mocenigo* < Ar *mukhayyar*, lit., chosen, choice, ptp. of *khayyara* to choose]
**Moham.,** Mohammedan.
**Mo·ham·med** (mō ham'id), n. Muhammad.
**Mohammed II,** ("the Conqueror") 1430–81, sultan of Turkey 1451–81; conqueror of Constantinople 1453.
**Mo·ham·med A·li** (ä lē', ä'lē). See Mehemet Ali.
**Mo·ham·med·an** (mō ham'i d'n), adj., n. Muslim.
**Mo·ham·med·an·ism** (mō ham'i d'niz'əm), n. the Muslim religion; Islam.
**Mo·ham·med·an·ize** (mō ham'i d'nīz'), v.t., -ized, -iz·ing. Islamize.
**Mo·har·ram** (mō har'əm), n. Muharram.
**Mo·ha·ve** (mō hä'vē), n., pl. -ves, (esp. collectively) -ve, adj. —n. 1. a member of a North American Indian tribe belonging to the Yuman linguistic family, formerly located in the Colorado River valley of Arizona and California. —adj. 2. of or pertaining to a Mohave or the Mohave tribe. Also, **Mojave.**
**Moha've Des'ert.** See Mojave Desert.
**Mo·hawk** (mō'hôk), n., pl. -hawks, (esp. collectively) -hawk. 1. a member of a tribe of the most easterly of the Five Nations, formerly resident along the Mohawk River, New York. 2. the language of the Mohawk Indians, an Iroquoian language. 3. a river flowing E from central New York to the Hudson. 148 mi. long.
**Mo·he·gan** (mō hē'gən), n., pl. -gans, (esp. collectively) -gan. 1. a member of a tribe of Algonquian-speaking North American Indians dwelling chiefly along the Thames River, in Connecticut, in the 17th century. 2. Mahican (defs. 1, 2).
**mo·hel** (mō'həl; Eng. mō'əl, -hel, moil'-), n., pl. **mo·ha·lim** (mō hä lēm'), Eng. **mo·hels.** Hebrew. Judaism. the person who performs the circumcision of a male child eight days after birth.
**Mo·hen·jo-Da·ro** (mō hen'jō dä'rō), n. an archaeological site in West Pakistan, near the Indus River.
**Mo·hi·can** (mō hē'kən), n., pl. -cans, (esp. collectively) -can. Mahican.
**Moh·ism** (mō'iz əm), n. the doctrines and beliefs of Mo-tze, characterized by advocacy of universal love of mankind and government by an absolute monarch. [Mo(-TZE) + -ISM] —**Moh'ist,** n., adj.
**Mo·hock** (mō'hok), n. (in early 18th-century London) one of a group of aristocratic ruffians who attacked persons on the streets at night. [var. of MOHAWK] —**Mo'hock·ism,** n.
**Mo·hole** (mō'hōl'), n. a hole bored through the earth's crust into the region below the Mohorovičić discontinuity for purposes of geological research. [Mo(horoviČić) (see MOHOROVIČIĆ DISCONTINUITY) + HOLE]
**Mo·ho·ro·vi·čić discontinu'ity** (mō'hō rō'və chich, -hō-), Geol. the discontinuity between the crust and the mantle of the earth, occurring at depths that average about 22 miles beneath the continents and about 6 miles beneath the ocean floor. Also called **Mo·ho** (mō'hō). [named after A. *Mohorovičić,* (1857–1936), Yugoslav geologist]
**Mohs' scale'** (mōz), a scale of hardness used in mineralogy. Its degrees are: talc 1; gypsum 2; calcite 3; fluorite 4; apatite 5; feldspar 6; quartz 7; topaz 8; sapphire 9; diamond 10. [named after F. *Mohs* (1733–1839), German mineralogist]
**mo·hur** (mō'hər), n. a gold coin of British India. [earlier *muhr* < Urdu < Pers seal, gold coin; akin to Skt *mudrā*]
**moi·dore** (moi'dôr, -dōr), n. a former gold coin of Portugal and Brazil. [< Pg *moeda de ouro* coin of gold < L *monēta dē aurō*]
**moi·e·ty** (moi'i tē), n., pl. -ties. 1. a half. 2. an indefinite portion. 3. *Anthropol.* one of two units into which a tribe is divided on the basis of unilateral descent. [late ME *motie* < MF < L *medietāt-* (s. of *medietās*) the middle = *medi(us)* mid + -*etāt-,* var. of -*itāt- -ITY*]
**moil** (moil), v.i. 1. to work hard; toil; drudge. —n. 2. toil or drudgery. 3. confusion, turmoil, or trouble. [ME *moille(n)* (to) make or get wet and muddy < MF *moillie(r)* < VL *\*molliāre* < L *moll(is)* soft] —**moil'er,** n.
**Moi·ra** (moi'rə), n., pl. -rai (-rī). *Class. Myth.* the personification of fate.
**moire** (mwär, nōr, mōr), n. any moiré fabric. [< F, for MOHAIR]
**moi·ré** (mwä rā', mōr'ā, mōr'ā; Fr. mwA Rā'), adj. 1. (of silks and other fabrics) presenting a watery or wavelike appearance. —n. 2. a design pressed on silk, rayon, etc. by engraved rollers. 3. any fabric with a watery or wavelike appearance. [< F]
**Moi·se·yev** (moi se'yev, -yəf), n. **I·gor A·le·xan·dro·vich** (ē'gôr ä'le ksän'drə vich), born 1906, Russian dancer, choreographer, and ballet master.
**moist** (moist), adj. 1. moderately or slightly wet; damp. 2. (of the eyes) tearful. 3. accompanied by or connected with liquid or moisture. [ME *moiste* < MF; connected with L *mūcidus* MUCID] —**moist'ful,** adj. —**moist'less,** adj. —**moist'ly,** adv. —**moist'ness,** n.
**mois·ten** (moi'sən), v.t., v.i. to make or become moist. —**mois'ten·er,** n.
**mois·ture** (mois'chər, moish'-), n. 1. condensed or diffused liquid, esp. water. 2. a small quantity of liquid, esp. water, enough liquid to moisten. [ME; cf. MF *moistour*] —**mois'ture·less,** adj.
**mois·tur·ize** (mois'chə rīz', moish'-), v., -ized, -iz·ing. —v.t. 1. to impart or restore moisture to (something). —v.i. 2. to supply moisture. —**mois'tur·iz'er,** n.
**Mo·ja·ve** (mō hä'vē), n., pl. -ves, (esp. collectively) -ve, adj. Mohave.
**Moja've Des'ert,** a desert in S California; part of the Great Basin. ab. 15,000 sq. mi. Also, **Mohave Desert.**
**Mo·ji** (mō'jē), n. a seaport on N Kyushu, in SW Japan. 152,081 (1964).

**Mok·po** (mōk'pō'), n. a seaport in SW South Korea. 154,241 (est. 1964). Japanese, **Moppo.**
**mol** (mōl), n. *Chem.* mole⁴.
**mol.,** 1. molecular. 2. molecule.
**mo·la** (mō'lə), n., pl. (esp. collectively) -la, (esp. referring to two or more kinds or species) -las. any of several thin, silvery fishes of the family *Molidae,* found in tropical and temperate seas. [< L *millstone,* so called from its shape]
**mo·lal** (mō'lǎl), adj. *Chem.* 1. noting or pertaining to gram-molecular weight. 2. noting or pertaining to a solution containing one mole of solute per 1000 grams of solvent.
**mo·lal·i·ty** (mō lǎl'i tē), n., pl. -ties. *Chem.* the number of moles of solute per liter of solvent.
**mo·lar¹** (mō'lər), n. 1. Also called **mo'lar tooth',** a tooth having a broad biting surface adapted for grinding; in man, one of twelve, there being three on each side of the upper and lower jaws. —adj. 2. adapted for grinding, as teeth. 3. pertaining to such teeth. [< L *molār(is)* grinder, short for *(dens) molāris* grinding (tooth)]
**mo·lar²** (mō'lər), adj. 1. *Physics.* pertaining to a body of matter as a whole (contrasted with *molecular* and *atomic*). 2. *Chem.* pertaining to a solution containing one mole of solute per liter of solution. [< L *mōl(ēs)* a mass + -AR¹]
**mo·lar·i·ty** (mō lǎr'i tē), n. *Chem.* the number of moles of solute per liter of solution.
**mo·las·ses** (mə lǎs'iz), n. any of various thick, dark-colored syrups produced during the refining of sugar or from sorghum. [< Pg *melaço* (< L *mellāceum* must, neut. of *mellāceus* honeylike = *mell-,* s. of *mel* honey, + -*āceus* -ACEOUS) + -es pl. suffix]
**mold¹** (mōld), n. 1. a hollow form or matrix for giving a particular shape to something in a molten or plastic state. 2. that on or about which something is formed or made. 3. something formed in or on a mold: *a mold of jelly.* 4. the shape imparted to a thing by a mold. 5. shape or form. 6. a prototype, example, or precursor. 7. a distinctive nature, character, or type. 8. *Archit.* a molding. —v.t. 9. to work into a required shape or form; shape. 10. to shape or form in or on a mold. 11. *Foundry.* to form a mold of or from, in order to make a casting. 12. to produce by or as by shaping material; form. 13. to have influence in forming: *to mold the character of a child; to mold public opinion.* 14. to ornament with moldings. Also, *esp. Brit.,* **mould.** [ME *molde* < OF *modle,* < L *modul(us)* MODULE] —**mold'a·bil'i·ty,** n. —**mold'a·ble,** adj.
**mold²** (mōld), n. 1. a growth of minute fungi forming on vegetable or animal matter, commonly as a downy or furry coating, and associated with decay. 2. any of the fungi that produce such a growth. —v.i. 3. to cause to become overgrown with mold. —v.i. 4. to become overgrown with mold. Also, *esp. Brit.,* **mould.** [ME *moulde,* appar. var. of *mowled,* ptp. of *moulen, maulen,* c. dial. Dan *mugle* to grow moldy]
**mold³** (mōld), n. 1. loose, friable earth, esp. when rich in organic matter and favorable to the growth of plants. 2. *Brit. Dial.* ground; earth. Also, *esp. Brit.,* **mould.** [ME; OE *molde* earth, dust, ground; c. Goth *mulda* dust, akin to MEAL²; MILL¹]
**Mol·dau** (mōl'dou, mōl'-), n. a river in Czechoslovakia, flowing N through the Bohemian Forest to the Elbe. 270 mi. long. Czech, **Vltava.**
**Mol·da·vi·a** (mol dā'vē ə, -vyə), n. 1. a region in NE Rumania; formerly a principality that united with Wallachia to form Rumania. *Cap.* Jassy. 2. Official name, **Mol·da'vian So'viet So'cialist Repub'lic,** a constituent republic of the Soviet Union in Europe, in the SW part; formed in 1940 from the former autonomous republic of Moldavia and the ceded Rumanian territory of Bessarabia. 3,300,000 (est. 1965); 13,100 sq. mi. *Cap.* Kishinev. —**Mol·da'vi·an,** adj., n.
**mol·da·vite** (mōl'də vīt'), n. a green natural glass found in Bohemia and thought to be of meteoritic origin. [MOL-DAV(IA) + -ITE¹]
**mold·board** (mōld'bôrd', -bōrd'), n. 1. the curved metal plate in a plow that turns over the earth from the furrow. 2. a large blade mounted on the front of a bulldozer to push loose earth. 3. a board forming one side or surface of a mold for concrete.
**mold·er¹** (mōl'dər), v.i. 1. to turn to dust by natural decay; crumble; waste away: *a house that had been left to molder.* —v.t. 2. to cause to molder. Also, *esp. Brit.,* **moulder.** [obs. *mold* to crumble (v. use of MOLD³) + -ER⁶]
**mold·er²** (mōl'dər), n. a person who molds; a maker of molds. Also, *esp. Brit.,* **moulder.** [late ME]
**mold·ing** (mōl'ding), n. 1. the act or process of molding or shaping. 2. something molded. 3. (in architecture, furniture, etc.) a. any of various long, narrow, ornamental surfaces having a strikingly modeled profile that casts a strong shadow; used on frames, tables, etc., and certain architectural members, as cornices, stringcourses, or bases. b. a strip of wood, stone, etc., having such a surface. 4. a strip of contoured wood or other material placed on a wall, as just below the juncture with the ceiling. Also, *esp. Brit.,* **moulding.** [ME]

| fillet | torus | ovolo | echinus |
| cyma recta | cyma reversa | scotia | cavetto |

Moldings

**mold'ing board',** a board upon which bread is kneaded, cookies prepared, etc.
**mold·y** (mōl'dē), adj., mold·i·er, mold·i·est. 1. overgrown or covered with mold. 2. musty, as from decay or age. Also, *esp. Brit.,* **mouldy.** [ME] —**mold'i·ness,** n.

act, āble, dāre, ärt; ebb, ēqual, ŭ; ice, hot, ōver, ôrder; oil, bŏŏk, ōoze; out, up, ūrge; ə = a as in *alone,* chief, sing; shoe; thin, that; zh as in *measure,* * as in *button* (but'ⁿ), fire (fī°r) See the full key inside the front cover.