# EXHIBIT H





ADVERTISEMENT

Free download! Get instant dictionary, thesaurus, and encyclopedia access with our Explorer toolbar.

27 results for: *base*
(Browse Nearby Entries)

Ads by Google

**Dictionary Definitions**
Get automatic Word Definitions now with Live.com—Search Intelligently
*www.Live.com*

**Are You Johnny Depp?**
It's Scary Accurate To See What Celebrity You Are. Find Out Now!
*WhichCelebrityAmI.com*

**Free Online Dictionaries**
Spanish, English, French, Chinese 1 million+ words and phrases
*dictionary.reverso.net*

*Dictionary.com Unabridged (v 1.1)* – *Cite This Source*

**base**[1] 🔊 [beys] Pronunciation Key - Show IPA Pronunciation *noun, adjective, verb,* **based, bas·ing.**



ADVERTISEMENT

–noun
1. the bottom support of anything; that on which a thing stands or rests: *a metal base for the table.*
2. a fundamental principle or groundwork; foundation; basis: *the base of needed reforms.*
3. the bottom layer or coating, as of makeup or paint.
4. *Architecture.*
   a. the distinctively treated portion of a column or pier below the shaft or shafts.
   b. the distinctively treated lowermost portion of any construction, as a monument, exterior wall, etc.
5. *Botany, Zoology.*
   a. the part of an organ nearest its point of attachment.
   b. the point of attachment.
6. the principal element or ingredient of anything, considered as its fundamental part: *face cream with a lanolin base; paint with a lead base.*
7. that from which a commencement, as of action or reckoning, is made; a starting point or point of departure.
8. *Baseball.*
   a. any of the four corners of the diamond, esp. first, second, or third base. Compare HOME PLATE.
   b. a square canvas sack containing sawdust or some other light material, for marking first, second, or third base.
9. a starting line or point for runners, racing cars, etc.
10. (in hockey and other games) the goal.
11. *Military.*
    a. a fortified or more or less protected area or place from which the operations of an army or an air force proceed.
    b. a supply installation for a large military force.
12. *Geometry.* the line or surface forming the part of a figure that is most nearly horizontal or on which it is supposed to stand.
13. *Mathematics.*

**Related ads:**
Travis Air Force Base
39th Air Base Wing
Hunter Army Air Base
Base Station
Base Antenna

Indicates premium content, which is available only to subscribers.

b.  a collection of subsets of a topological space having the property that every open set in the given topology can be written as the union of sets of the collection.
c.  a collection of neighborhoods of a point such that every neighborhood of the point contains one from the collection.
d.  a collection of sets of a given filter such that every set in the filter is contained in some set in the collection.

14. Also called **base line.** *Surveying.* See under TRIANGULATION (**def. 1**).
15. *Painting.*
    a.  VEHICLE (**def. 10**).
    b.  Also called **carrier.** inert matter, used in the preparation of lakes, onto which a coloring compound is precipitated.
16. *Photography.* a thin, flexible layer of cellulose triacetate or similar material that holds the light-sensitive film emulsion and other coatings, esp. on motion-picture film.
17. *Chemistry.*
    a.  a compound that reacts with an acid to form a salt, as ammonia, calcium hydroxide, or certain nitrogen-containing organic compounds.
    b.  the hydroxide of a metal or of an electropositive element or group.
    c.  a group or molecule that takes up or accepts protons.
    d.  a molecule or ion containing an atom with a free pair of electrons that can be donated to an acid; an electron-pair donor.
    e.  any of the purine and pyrimidine compounds found in nucleic acids: the purines adenine and guanine and the pyrimidines cytosine, thymine, and uracil.
18. *Grammar.* the part of a complex word, consisting of one or more morphemes, to which derivational or inflectional affixes may be added, as *want* in *unwanted* or *biolog-* in *biological.* Compare ROOT[1] (**def. 11**), STEM[1] (**def. 16**).
19. *Linguistics.* the component of a generative grammar containing the lexicon and phrase-structure rules that generate the deep structure of sentences.
20. *Electronics.*
    a.  an electrode or terminal on a transistor other than the emitter or collector electrodes or terminals.

terminals for making electrical connection to a circuit or power supply.
21. *Stock Exchange.* the level at which a security ceases a decline in price.
22. *Heraldry.* the lower part of an escutcheon.
23. **bases,** *Armor.* a tonlet formed of two shaped steel plates assembled side by side.
24. *Jewelry.* PAVILION **(def. 6)**.
25. **in base,** *Heraldry.* in the lower part of an escutcheon.

–*adjective*

26. serving as or forming a base: *The walls will need a base coat and two finishing coats.*

–*verb (used with object)*

27. to make or form a base or foundation for.
28. to establish, as a fact or conclusion (usually fol. by *on* or *upon*): *He based his assumption of her guilt on the fact that she had no alibi.*
29. to place or establish on a base or basis; ground; found (usually fol. by *on* or *upon*): *Our plan is based on a rising economy.*
30. to station, place, or situate (usually fol. by *at* or *on*): *He is based at Fort Benning. The squadron is based on a carrier.*

–*verb (used without object)*

31. to have a basis; be based (usually fol. by *on* or *upon*): *Fluctuating prices usually base on a fickle public's demand.*
32. to have or maintain a base: *I believe they had based on Greenland at one time.*

—*Idioms*

33. **get to first base.** FIRST BASE **(def. 2)**.
34. **off base,**
    a. *Baseball.* not touching a base: *The pitcher caught him off base and, after a quick throw, he was put out by the second baseman.*
    b. *Informal.* badly mistaken: *The police were way off base when they tried to accuse her of the theft.*
35. **on base,** *Baseball.* having reached a base or bases: *Two men are on base.*
36. **touch base with,** to make contact with: *They've touched base with every political group on campus.*

[Origin: 1275–1325; ME (n.) < MF < L *basis* BASIS; cf. PRISONER'S BASE]

—*Synonyms* 1. BASE, BASIS, FOUNDATION refer to anything upon which a structure is built and upon which it rests. BASE usually refers to a literal supporting structure: *the base of a statue.* BASIS more often refers to a figurative support: *the basis of a report.* FOUNDATION implies a solid, secure understructure: *the foundation of a skyscraper or a rumor.*

*Dictionary.com Unabridged (v 1.1)*
Based on the Random House Unabridged Dictionary, © Random House, Inc. 2006.

*Dictionary.com Unabridged (v 1.1)* – Cite This Source
**base**² [beys] Pronunciation Key - Show IPA Pronunciation *adjective,* **bas·er, bas·est,** *noun*
–*adjective*
1. morally low; without estimable personal qualities; dishonorable; meanspirited; selfish; cowardly.
2. of little or no value; worthless: *hastily composed of base materials.*
3. debased or counterfeit: *an attempt to eliminate the base coinage.*
4. characteristic of or befitting an inferior person or thing.
5. of illegitimate birth.
6. not classical or refined: *base language.*
7. *Old English Law.* held by tenure less than freehold in return for a service viewed as somewhat demeaning to the tenant.
8. *Archaic.*
   a. of humble origin or station.
   b. of small height.
   c. low in place, position, or degree: *base servitude.*
9. *Obsolete.* deep or grave in sound; bass: *the base tones of a piano.*
–*noun*
10. *Music Obsolete.* BASS¹ (defs. 3, 4).

—Related forms
**basely**, *adverb*
**baseness**, *noun*

—*Synonyms* 1. despicable, contemptible. See MEAN[2]. 2. poor, inferior, cheap, tawdry. 3. fake, spurious. 4. servile, ignoble, abject, slavish, menial.

*Dictionary.com Unabridged (v 1.1)* — Cite This Source
Based on the Random House Unabridged Dictionary, © Random House, Inc. 2006.

*Dictionary.com Unabridged (v 1.1)* — Cite This Source

**tri·an·gu·la·tion** [trahy-ang-gyuh-**ley**-shuhn]  Pronunciation Key - Show IPA Pronunciation

—*noun Surveying, Navigation.*
1. a technique for establishing the distance between any two points, or the relative position of two or more points, by using such points as vertices of a triangle or series of triangles, such that each triangle has a side of known or measurable length (**base** or **base line**) that permits the size of the angles of the triangle and the length of its other two sides to be established by observations taken either upon or from the two ends of the base line.
2. the triangles thus formed and measured.

[Origin: 1810–20; < ML *triangulātiōn-* (s. of *triangulātiō*) the making of triangles. See TRIANGULATE, -ION]

*Dictionary.com Unabridged (v 1.1)* — Cite This Source
Based on the Random House Unabridged Dictionary, © Random House, Inc. 2006.

*American Heritage Dictionary* — Cite This Source

**base**[1]  (bās)  Pronunciation Key
*n.*
1. The lowest or bottom part: *the base of a cliff; the base of a lamp.*
2. *Biology*

c. A supporting part or layer; a foundation: *a skyscraper built on a base of solid rock.*
d. A basic or underlying element; infrastructure: *the nation's industrial base.*
e. *Games* A starting point, safety area, or goal.
f. *Baseball* Any one of the four corners of an infield, marked by a bag or plate, that must be touched by a runner before a run can be scored.
g. A fortified center of operations.
h. A supply center for a large force of military personnel.
i. The side or face of a geometric figure to which an altitude is or is thought to be drawn.
j. The number that is raised to various powers to generate the principal counting units of a number system. The base of the decimal system, for example, is 10.
k. The number raised to the logarithm of a designated number in order to produce that designated number; the number at which a chosen logarithmic scale has the value 1.
l. Any of a class of compounds whose aqueous solutions are characterized by a bitter taste, a slippery feel, the ability to turn litmus blue, and the ability to react with acids to form salts.
m. A substance that yields hydroxyl ions when dissolved in water.
n. A substance that can act as a proton acceptor.
o. A substance that can donate a pair of electrons to form a covalent bond.
p. The region in a transistor between the emitter and the collector.
q. The electrode attached to this region.

3.
a. A supporting part or layer; a foundation: *a skyscraper built on a base of solid rock.*
b. A basic or underlying element; infrastructure: *the nation's industrial base.*
c. *Games* A starting point, safety area, or goal.
d. *Baseball* Any one of the four corners of an infield, marked by a bag or plate, that must be touched by a runner before a run can be scored.
e. A fortified center of operations.
f. A supply center for a large force of military personnel.
g. The side or face of a geometric figure to which an altitude is or is thought to be drawn.
h. The number that is raised to various powers to generate the principal counting units of a number system. The base of the decimal system, for example, is 10.
i. The number raised to the logarithm of a designated number in order to produce that designated number; the number at which a chosen logarithmic scale has the value 1.

7/13/2007

with acids to form salts.
k. A substance that yields hydroxyl ions when dissolved in water.
l. A substance that can act as a proton acceptor.
m. A substance that can donate a pair of electrons to form a covalent bond.
n. The region in a transistor between the emitter and the collector.
o. The electrode attached to this region.
4. The fundamental principle or underlying concept of a system or theory; a basis.
5. A fundamental ingredient; a chief constituent: *a paint with an oil base.*
6. The fact, observation, or premise from which a reasoning process is begun.
7. 
   a. *Games* A starting point, safety area, or goal.
   b. *Baseball* Any one of the four corners of an infield, marked by a bag or plate, that must be touched by a runner before a run can be scored.
   c. A fortified center of operations.
   d. A supply center for a large force of military personnel.
   e. The side or face of a geometric figure to which an altitude is or is thought to be drawn.
   f. The number that is raised to various powers to generate the principal counting units of a number system. The base of the decimal system, for example, is 10.
   g. The number raised to the logarithm of a designated number in order to produce that designated number; the number at which a chosen logarithmic scale has the value 1.
   h. Any of a class of compounds whose aqueous solutions are characterized by a bitter taste, a slippery feel, the ability to turn litmus blue, and the ability to react with acids to form salts.
   i. A substance that yields hydroxyl ions when dissolved in water.
   j. A substance that can act as a proton acceptor.
   k. A substance that can donate a pair of electrons to form a covalent bond.
   l. The region in a transistor between the emitter and the collector.
   m. The electrode attached to this region.
8. A center of organization, supply, or activity; a headquarters.
9. 
   a. A fortified center of operations.
   b. A supply center for a large force of military personnel.
   c. The side or face of a geometric figure to which an altitude is or is thought to be drawn.
   d. The number that is raised to various powers to generate the principal counting units of a number system. The base of the decimal system, for example, is 10.
   e. The number raised to the logarithm of a designated number in order to produce

http://dictionary.reference.com/browse/base

f. Any of a class of compounds whose aqueous solutions are characterized by a bitter taste, a slippery feel, the ability to turn litmus blue, and the ability to react with acids to form salts.
g. A substance that yields hydroxyl ions when dissolved in water.
h. A substance that can act as a proton acceptor.
i. A substance that can donate a pair of electrons to form a covalent bond.
j. The region in a transistor between the emitter and the collector.
k. The electrode attached to this region.

10. A facial cosmetic used to even out the complexion or provide a surface for other makeup; a foundation.
11. *Architecture* The lowest part of a structure, such as a wall, considered as a separate unit: *the base of a column*.
12. *Heraldry* The lower part of a shield.
13. *Linguistics* A morpheme or morphemes regarded as a form to which affixes or other bases may be added.
14. *Mathematics*
    a. The side or face of a geometric figure to which an altitude is or is thought to be drawn.
    b. The number that is raised to various powers to generate the principal counting units of a number system. The base of the decimal system, for example, is 10.
    c. The number raised to the logarithm of a designated number in order to produce that designated number; the number at which a chosen logarithmic scale has the value 1.
    d. Any of a class of compounds whose aqueous solutions are characterized by a bitter taste, a slippery feel, the ability to turn litmus blue, and the ability to react with acids to form salts.
    e. A substance that yields hydroxyl ions when dissolved in water.
    f. A substance that can act as a proton acceptor.
    g. A substance that can donate a pair of electrons to form a covalent bond.
    h. The region in a transistor between the emitter and the collector.
    i. The electrode attached to this region.
15. A line used as a reference for measurement or computations.
16. *Chemistry*
    a. Any of a class of compounds whose aqueous solutions are characterized by a bitter taste, a slippery feel, the ability to turn litmus blue, and the ability to react with acids to form salts.
    b. A substance that yields hydroxyl ions when dissolved in water.
    c. A substance that can act as a proton acceptor.
    d. A substance that can donate a pair of electrons to form a covalent bond.

17. *Electronics*
    a. The region in a transistor between the emitter and the collector.
    b. The electrode attached to this region.
18. One of the nitrogen-containing purines (adenine and guanine) or pyrimidines (cytosine, thymine, and uracil) that occurs attached to the sugar component of DNA or RNA.

*adj.*
1. Forming or serving as a base: *a base layer of soil.*
2. Situated at or near the base or bottom: *a base camp for the mountain climbers.*
3. *Chemistry* Of, relating to, or containing a base.

*tr.v.* **based, bas·ing, bas·es**
1. To form or provide a base for: *based the new company in Portland.*
2. To find a basis for; establish: *based her conclusions on the report; a film based on a best-selling novel.*
3. To assign to a base; station: *troops based in the Middle East.*

[Middle English, from Old French, from Latin basis, from Greek; see g$^{w}$ā– in Indo-European roots.]

**Synonyms**: These nouns all pertain to what underlies and supports. *Base* is applied chiefly to material objects: *the wide base of the pyramid. Basis* is used in a nonphysical sense: *"Healthy scepticism is the basis of all accurate observation"* (Arthur Conan Doyle). *Foundation* often stresses firmness of support for something of relative magnitude: *"Our flagrant disregard for the law attacks the foundation of this society"* (Peter D. Relic). *Ground* is used figuratively in the plural to mean a justifiable reason: *grounds for divorce. Groundwork* usually has the sense of a necessary preliminary: *"It* [the Universal Declaration of Human Rights] *has laid the groundwork for the world's war crimes tribunals"* (Hillary Rodham Clinton).