# EXHIBIT I

# THE AMERICAN HERITAGE® COLLEGE DICTIONARY

THIRD EDITION





HOUGHTON MIFFLIN COMPANY

Boston • New York

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1997, 1993 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)

*Library of Congress Cataloging-in-Publication Data*
The American heritage college dictionary. —3rd ed.
    p.   cm.
    ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
    1. English language—Dictionaries.  2. Americanisms.
PE1628.A6227   1993
423—dc20                                                       92-42124
                                                                              CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

probable or possible demands. **7.** A reservation of public land. **8.** An amount of a given resource known to exist in a particular location and to be exploitable. **9.a.** A fighting force kept uncommitted until need arises. **b.** The part of a country's armed forces not on active duty but subject to call in an emergency. In both senses, often used in the plural. — *adj.* Held in or forming a reserve. — **Idiom. in reserve.** Kept back, set aside, or saved. [ME *reserven* < OFr. *reserver* < Lat. *reservāre*, to keep back : *re-*, re- + *servāre*, to keep; see **ser-¹**.] — **re·serv'a·ble** *adj.* — **re·serv'er** *n.*

**eserve bank** *n.* **1.** A central bank that holds the reserves of other banks. **2.** One of the 12 main banks of the U.S. Federal Reserve System.

**e·served** (rĭ-zûrvd') *adj.* **1.** Held in reserve; kept back or set aside. **2.** Self-restrained and reticent. See Syns at **silent**. — **re·serv'ed·ly** (-zûr'vĭd-lē) *adv.* — **re·serv'ed·ness** *n.*

**e·serv·ist** (rĭ-zûr'vĭst) *n.* A member of a military reserve.

**es·er·voir** (rĕz'ər-vwär', -vwôr', -vôr') *n.* **1.** A pond or lake used for the storage and regulation of water. **2.** A receptacle or chamber for storing a fluid. **3.** An underground accumulation of petroleum or natural gas. **4.** *Anat.* See **cisterna** 1. **5.** A large or extra supply; a reserve: *a reservoir of gratitude.* **6.** *Medic.* An organism or a population that transmits a pathogen while being virtually immune to its effects. [Fr. *réservoir* < *réserver*, to reserve < OFr. *reserver*. See **reserve**.]

**e·set** (rē-sĕt') *tr.v.* **-set, -set·ting, -sets. 1.** To set again: *reset a broken bone.* **2.** To change the reading of: *reset a clock.* — *n.* (rē'sĕt'). **1.** The act of setting again. **2.** Something set again. — **re·set'ta·ble** *adj.* — **re·set'ter** *n.*

**es ges·tae** (rās' gĕs'tī, rĕz' jĕs'tē) *pl.n.* **1.** Things done; deeds. **2.** *Law.* The facts that are admissible in evidence as the surrounding circumstances of the event to be proved. [Lat. *res gestae* : *res*, pl. of *rēs*, thing + *gestae*, fem. pl. p.part. of *gerere*, to carry, show.]

**esh** (rĕsh) *n.* The 20th letter of the Hebrew alphabet. [Aram. *rēš*, head.]

**esht** (rĕsht). See **Rasht**.

**e·side** (rĭ-zīd') *intr.v.* **-sid·ed, -sid·ing, -sides. 1.** To live in a place permanently or for a long period. **2.** To be inherently present; exist. **3.** To be vested, as a power or right. [ME *residen* < OFr. *resider* < Lat. *residēre*, to remain behind, reside : *re-*, re- + *sedēre*, to sit; see **sed-\***.] — **re·sid'er** *n.*

**es·i·dence** (rĕz'ĭ-dəns, -dĕns) *n.* **1.** The place in which one lives; a dwelling. **2.** The act or a period of residing in a place. **3.** A medical residency. **4.** The official home or location of a corporation. — **Idiom. in residence.** Committed to live and work in a specific place, often for a certain length of time.

**es·i·den·cy** (rĕz'ĭ-dən-sē, -dĕn'-) *n., pl.* **-cies. 1.** The period during which a physician receives specialized clinical training. **2.a.** The house of a colonial resident. **b.** The sphere of authority of a colonial resident. **3.** Residence.

**es·i·dent** (rĕz'ĭ-dənt, -dĕnt) *n.* **1.** A physician serving a period of residency. **2.** One who resides in a particular place permanently or for an extended period. **3.a.** A diplomatic official residing in a foreign seat of government. **b.** A colonial official acting as adviser to the ruler of a protected state. **4.** A nonmigratory bird or other animal. — *adj.* **1.** Dwelling in a particular place; residing: *resident aliens.* **2.** Living somewhere in connection with duty or work. **3.** Inherently present: *resident anxieties.* **4.** Nonmigratory: *resident fauna.*

**es·i·den·tial** (rĕz'ĭ-dĕn'shəl) *adj.* **1.** Of, relating to, or having residence. **2.** Of, suitable for, or limited to residences: *residential zoning.* — **res'i·den'tial·ly** *adv.*

**es·i·den·ti·ar·y** (rĕz'ĭ-dĕn'shē-ĕr'ē, -shə-rē) *adj.* **1.** Having a residence, esp. an official one. **2.** Involving or requiring official residence. — *n., pl.* **-ies. 1.** One residing in a certain place; a resident. **2.** A cleric required to live in an official residence.

**e·sid·u·al** (rĭ-zĭj'ōō-əl) *adj.* **1.** Of, relating to, or characteristic of a residue. **2.** Remaining as a residue. — *n.* **1.** The quantity left over at the end of a process; a remainder. **2.** A payment made to a performer, writer, or director for each repeat showing of a recorded television show or commercial. Often used in the plural. — **re·sid'u·al·ly** *adv.*

**sidual oil** *n.* The low-grade oil products that remain after the distillation of petroleum, used in adhesives, roofing compounds, and asphalt manufacture.

**e·sid·u·ar·y** (rĭ-zĭj'ōō-ĕr'ē) *adj.* **1.** Of, relating to, or constituting a residue. **2.** *Law.* Entitled to the residue of an estate.

**es·i·due** (rĕz'ĭ-dōō', -dyōō') *n.* **1.** The remainder of something after removal of parts or a part. **2.** Matter remaining after completion of an abstractive chemical or physical process, such as evaporation, distillation, or filtration; residuum. **3.** *Law.* The remainder of a testator's estate after all claims, debts, and bequests are satisfied. [ME < OFr. *residu* < Lat. *residuum*, neut. of *residuus*, remaining < *residēre*, to remain behind. See **reside**.]

**e·sid·u·um** (rĭ-zĭj'ōō-əm) *n., pl.* **-u·a** (-ōō-ə). **1.** Something remaining after removal of a part; a residue. **2.** *Law.* See **residue** 3. [Lat., residue. See **residue**.]

**e·sign** (rĭ-zīn') *v.* **-signed, -sign·ing, -signs. — *tr.* 1.** To submit (oneself) passively; accept as inevitable: *I resigned myself to a long wait.* **2.** To give up (a position, for example), esp. by formal notification. **3.** To relinquish (a privilege, right, or claim). See Syns at **relinquish**. — *intr.* To give up one's job or office; quit, esp. by formal notification. [ME *resignen* < OFr. *resigner* < Lat. *resignāre*, to unseal : *re-*, re- + *signāre*, to seal (< *signum*, mark, seal; see **sekʷ-¹\***).] — **re·sign'er** *n.*

**res·ig·na·tion** (rĕz'ĭg-nā'shən) *n.* **1.** The act or an instance of resigning. **2.** An oral or written statement that one is resigning a position or an office. **3.** Unresisting acceptance of something as inescapable; submission. See Syns at **patience**.

**re·signed** (rĭ-zīnd') *adj.* Feeling or marked by resignation. — **re·sign'ed·ly** (-zī'nĭd-lē) *adv.* — **re·sign'ed·ness** *n.*

**re·sile** (rĭ-zīl') *intr.v.* **-siled, -sil·ing, -siles. 1.** To spring back, esp. to resume a former position or structure after being stretched or compressed. **2.** To draw back; recoil. [Obsolete Fr. *resilir* < Lat. *resilīre*, to leap back : *re-*, re- + *salīre*, to leap; see **sel-\***.]

**re·sil·ience** (rĭ-zĭl'yəns) *n.* **1.** The ability to recover quickly from illness, change, or misfortune; buoyancy. **2.** The property of a material that enables it to resume its original shape or position after being bent, stretched, or compressed; elasticity.

**re·sil·ien·cy** (rĭ-zĭl'yən-sē) *n.* Resilience.

**re·sil·ient** (rĭ-zĭl'yənt) *adj.* **1.** Able to recover readily, as from misfortune. **2.** Having the property of resilience. [Lat. *resiliēns, resilient-*, pr.part. of *resilīre*, to leap back. See **resile**.] — **re·sil'ient·ly** *adv.*

**res·i·lin** (rĕz'ə-lĭn) *n.* An elastic substance consisting of cross-linked protein chains, found in the cuticles of many insects.

**res·in** (rĕz'ĭn) *n.* **1.** Any of numerous clear to translucent yellow or brown, solid or semisolid viscous substances of plant origin, such as amber, used in lacquers, varnishes, inks, and plastics. **2.** Any of numerous physically similar polymerized synthetics or chemically modified natural resins including thermoplastic materials such as polyethylene and thermosetting materials such as polyesters that are used with stabilizers and other components to form plastics. — *tr.v.* **-ined, -in·ing, -ines.** To treat or rub with resin. [ME < OFr. *resine* < Lat. *resīna* < Gk. dial. *\*rhēsina*, var. of Gk. *rhētinē*.] — **res'in·ous** (rĕz'ə-nəs) *adj.*

**res·in·ate** (rĕz'ə-nāt') *tr.v.* **-at·ed, -at·ing, -ates.** To impregnate, permeate, or flavor with resin.

**resin canal** *n.* An intercellular tube lined with resin-secreting cells, found in the wood and leaves of many gymnosperms.

**res·in·if·er·ous** (rĕz'ə-nĭf'ər-əs) *adj.* Yielding resin.

**res·in·oid** (rĕz'ə-noid') *adj.* Relating to, resembling, or containing resin. — *n.* A synthetic resin, esp. a thermosetting one.

**re·sist** (rĭ-zĭst') *v.* **-sist·ed, -sist·ing, -sists. — *tr.* 1.** To strive to fend off or offset the actions, effects, or force of. **2.** To remain firm against the actions, effects, or force of; withstand. **3.** To keep from giving in to or enjoying. — *intr.* To offer resistance. See Syns at **oppose**. — *n.* A substance that can cover and protect a surface, as from corrosion. [ME *resisten* < OFr. *resister* < Lat. *resistere* : *re-*, re- + *sistere*, to place; see **stā-\***.] — **re·sist'er** *n.*

**re·sis·tance** (rĭ-zĭs'təns) *n.* **1.** The act or an instance of resisting or the capacity to resist. **2.** A force tending to oppose or retard motion. **3.** Often **Resistance.** An underground organization struggling for national liberation in a country under military or totalitarian occupation. **4.** *Psychol.* The opposition of the ego to the conscious recall of unpleasant experiences. **5.** *Biol.* **a.** The capacity of an organism to fight a disease. **b.** The capacity of an organism or a tissue to withstand the effects of a harmful environmental agent. **6.** *Elect.* The opposition of a body or substance to current passing through it, dissipating electrical energy. — **re·sis'tant** *adj.*

**resistance transfer factor** *n.* R factor.

**Re·sis·ten·cia** (rĕs'ĭ-stĕn'sē-ə, rĕ'sĕs-tĕn'syä). A city of NE Argentina on the Paraná R. Pop. 220,104.

**re·sist·i·ble** (rĭ-zĭs'tə-bəl) *adj.* Possible to resist: *resistible impulses.* — **re·sist'i·bil'i·ty** *n.* — **re·sist'i·bly** *adv.*

**re·sis·tive** (rĭ-zĭs'tĭv) *adj.* Of, tending toward, or marked by resistance. — **re·sis'tive·ly** *adv.* — **re·sis'tive·ness** *n.*

**re·sis·tiv·i·ty** (rē'zĭs-tĭv'ĭ-tē) *n., pl.* **-ties. 1.** The capacity for or tendency toward resistance. **2.** *Elect.* The resistance per unit length of a substance with uniform cross section.

**re·sist·less** (rĭ-zĭst'lĭs) *adj.* **1.** Impossible to resist; irresistible. **2.** Powerless to resist; unresisting. — **re·sist'less·ness** *n.*

**re·sis·tor** (rĭ-zĭs'tər) *n.* A device used to control current in an electric circuit by providing resistance.

**Re·și·ța** (rĕ'shĕ-tsä'). A city of W Romania in the W Transylvanian Alps WNW of Bucharest. Pop. 101,902.

**res ju·di·ca·ta** (rĕz' jōō'dĭ-kä'tə, räs') also **res ad·ju·di·ca·ta** (ə-jōō'-) *n. Law.* An adjudicated precedent. [Lat. *rēs iūdicāta*, thing decided.]

**re·sole** (rē-sōl') *tr.v.* **-soled, -sol·ing, -soles.** To put a new sole on (a shoe).

**re·sol·u·ble** (rĭ-zŏl'yə-bəl) *adj.* Possible to resolve; resolvable. [LLat. *resolūbilis* < Lat. *resolvere*, to resolve. See **resolve**.] — **re·sol'u·bil'i·ty, re·sol'u·ble·ness** *n.*

**res·o·lute** (rĕz'ə-lōōt') *adj.* Firm or determined; unwavering. [ME, dissolved, dissolute < Lat. *resolūtus*, relaxed, p.part. of