# EXHIBIT J



- What is Vinyl Acetate?
- Vinyl Acetate Safe Handling Guide
- Health and Environment
- Global Update
- Studies and Reports
- Links
- About VAC/Membership
- Members Only
- Feedback/Contact Us
- Home

• WHAT IS VINYL ACETATE?

## What is Vinyl Acetate?

Vinyl acetate is a versatile and economically important chemical with a wide variety of industrial and commercial applications.

| | |
|---|---|
| Synonyms: | Vinyl Ester Acetic Acid |
| | Ethenyl Ester |
| | Vinyl Acetate Monomer |
| | VAM |
| | Ethenyl Acetate |
| | 1-Acetoxyethylene |
| CAS Name | Ethenyl Ester |
| CAS Registry Number | 108-05-4 |
| Chemical Formula | $CH_3COOCH=CH_2$ |
| Chemical Structure |  |

**Uses**

Vinyl acetate monomer is a chemical building block used to manufacture a wide variety of polymers including: polyvinyl acetate; polyvinyl alcohol; polyvinyl acetals; ethylene vinyl acetate copolymers; and, ethylene vinyl alcohol. These polymers are commonly used in the production of:

- plastics
- films
- lacquers
- laminating adhesives
- elastomers
- inks
- water-based emulsion paints
- finishing and impregnation materials
- paper coatings
- floor tiling
- safety glass
- building construction
- acrylic fibers
- glue

**Additional Information**

General Properties of Vinyl Acetate, including physico-chemical data

Health and Environmental Effects

*Last Updated – 10/1/03*

1250 Connecticut Avenue, NW, Suite 700, Washington, DC 20036 - P: 202.419.1500 - F: 202.659.8037 - E-mail: info@vinylacetate.org