# EXHIBIT L



Periodic Table - Forum - Chemistry Dictionary - Chemistry Tools - Resources - Link to Us

Search by name or symbol: [      ] [Go]

Ads by Google

# Definition of copolymer

**Biology Definition**
Look Up Biology Definition Now Fast Definitions with Free Toolbar
Dictionary.Starware.com

1. when two or more monomeric units of different type are strung togther into a polymer.

**A Blood Pressure Miracle**
Normalize Blood Pressure Fast Safe, Proven Effective, Guaranteed!
HealthResources.net

**Custom Polymer Synthesis**
Can do polymer, copolymer synthesis Low cost & short lead time!
www.CustomPolymerSyst

**Definition**
Definition & More! 100,000 Stores. Deals. Reviews.
shopping.yahoo.com