# EXHIBIT N

Case 7:07-cv-03302-KMK-LMS    Document 46-15    Filed 07/13/2007    Page 1 of 2

# WordReference.com English Dictionary

**Global MRM**
Marketing resource management info, whitepapers, software & solutions
software.emc.com

**Six Sigma Quality Control**
Get Six Sigma Certified in 8 weeks, 100% online. Free info.
www.professional-certificates.com

**High Definition Video**
High Definition Video Solutions from Polycom.
www.videoconferenceproduct.com

Ads by Google

Look up: [ ] [English definition ▼] [Search]

**approximately:** in Spanish | in French | in Italian
in context | images

Listen: 🔊 US - UK

Adapted From: WordNet 2.0 Copyright 2003 by Princeton University. All rights reserved.

**approximately**
A    *adverb*

1   **approximately**, about, close to, just about, some, roughly, more or less, around, or so
    (of quantities) imprecise but fairly close to correct; "lasted approximately an hour"; "in just about a minute"; "he's about 30 years old"; "I've had about all I can stand"; "we meet about once a month"; "some forty people came"; "weighs around a hundred"

Look up "approximately" at Merriam-Webster
Look up "approximately" at dictionary.com

**Forum discussions with the word(s) 'approximately' in the title:**
by approximately 30% or by 30% approximately
For any questions about this word or definition:
- Ask in the forums yourself.
- Visit the English Only Forum.

**Fha Loan Definition**
$150k loan for $381/month. Apply online today!
Refinance.Low.com

**Electronic Dictionary**
Talking dictionaries/translators for more than 30 languages
dictionary.aimhi.com

**SOMATOM Definition**
See the world's first Dual Source CT scanner from Siemens.
www.usa.siemens.com/DualSourceCT

**OpenMFG ERP Suite**
Affordable manufacturing financials & distribution for Linux, Win, Mac
www.openmfg.com

Ads by Google

See Also:
appropriation
appropriation bill
appropriative
appropriator
approval
approve
approved
approver
approving
approvingly
approximate
approximately
approximate range
approximation
approximative
appurtenance
appurtenances
appurtenant
Apr
apractic
apraxia

Links:
- Search Tips.
- Forums.
- Support WR.
- Link to WR.
- Bookmark this site.
- Suggestions.

Copyright © 2007 WordReference.com