## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC.,        ) <br><br> Plaintiff,        ) <br><br> v.        ) <br><br> RANIR, LLC and <br> CVS PHARMACY, INC.        ) <br><br> Defendant.        ) | |
| MEDTECH PRODUCTS INC.,        ) <br><br> Plaintiff,        ) <br><br> v.        ) <br><br> DENTEK ORAL CARE, INC.,        ) <br><br> Defendant.        ) | Civil Action No. 07 CV 03302-UA-LMS <br><br> **ORDER OF ADMISSION** <br> **PRO HAC VICE** <br> **ON WRITTEN MOTION** |
| MEDTECH PRODUCTS INC.,        ) <br><br> Plaintiff,        ) <br><br> v.        ) <br><br> POWER PRODUCTS, INC. <br> d/b/a SPLINTEK,        ) <br><br> Defendant.        ) | |

Upon the motion of Amy Manning, attorney for Medtech Products, Inc., and said sponsor

attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

      Applicant's Name:      Micheline Kelly Johnson



| | |
|---|---|
| Firm Name: | Baker, Donelson, Bearman, Caldwell & Berkowitz PC |
| Address: | 633 Chestnut Street |
| City/State/Zip: | Chattanooga, TN 37450 |
| Phone Number: | (423) 209-4103 |
| Fax Number: | (423) 752-9548 |
| Email Address: | mjohnson@bakerdonelson.com |

is admitted to practice pro hac vice as counsel for Medtech Products, Inc. in the above captioned

case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel

shall forward the pro hac vice fee to the Clerk of Court.

Dated:    7|16|07

City, State:

Lisa Margaret Smith

Chief United States District/Magistrate Judge