# EXHIBIT A

Exhibit A to be filed under seal.