# EXHIBIT B

Exhibit B to be filed under seal.