# EXHIBIT C

Exhibit C to be filed under seal.