# EXHIBIT D

Exhibit D to be filed under seal.