# EXHIBIT F

Exhibit F to be filed under seal.