# EXHIBIT G

Exhibit G to be filed under seal.