# EXHIBIT H

Exhibit H to be filed under seal.