# EXHIBIT J

Case 7:07-cv-03302-KMK-LMS   Document 53-12   Filed 08/24/2007   Page 1 of 3





**Designed by a dentist for protection and comfort. Custom fit by you for convenience.**

Mouth size and body type can differ. However, as a general rule, choose the size based on the following:

| Small | Medium | Large |
|---|---|---|
| Men and women under 5'6" | Most men and women (5'6" to 5'11") | Men and women 6'0" and above |

Complete fitting instructions are inside the package and there is a toll-free number to call for extra help.

### The Doctor's Night Guard™
**Dental Protector for Nighttime Teeth Grinding (Bruxism)**

© 2006 Distributed by Medtech Products Inc. Irvington, NY 10533, a Prestige Brands Company

US Patent # 6,830,051 & D504,744
Made in U.S.A.   13102

### Warnings

**Do not use:**
- If you are under 18 years of age.
- If you wear braces, dentures or other dental products.
- If you can wiggle any of your teeth.
- If your dentist told you that you have TMJ.
- If you have any tooth or jaw pain, or pain with bruxing or tooth grinding.
- As an athletic mouth guard. Product does not absorb shock.
- For more than three months without consulting your dentist.

**Ask a dentist before use if you have:**
- Loose fillings, loose caps or cavities with no fillings.
- Clicking of your jaw.
- Jaw pain, teeth pain, face pain, or have a hard time chewing.
- Two or more missing teeth.
- Mouth sores.
- Gum disease or bleeding gums.
- Serious breathing, respiratory or other health problems.

**When using this product:**
- See your dentist every six months.

**Stop use and ask a dentist if:**
- Your same symptoms last even after several weeks of use.
- The product easily falls out of your mouth.
- The product causes you to gag or feels uncomfortable.
- You have bleeding gums, soreness, or other reaction inside your mouth.
- You notice new symptoms (jaw pain, teeth pain, ear pain, headache, neck stiffness, or joint clicking) because of the product.
- You have loose teeth or a change in your bite that lasts more than a few minutes after taking product out.

www.doctorsnightguard.com