# EXHIBIT M

Exhibit M to be filed under seal.