# EXHIBIT N

Case 7:07-cv-03302-KMK-LMS    Document 53-16    Filed 08/24/2007    Page 1 of 2

Exhibit N to be filed under seal.