# EXHIBIT O

Exhibit O to be filed under seal.