# EXHIBIT P

Exhibit P to be filed under seal.