# EXHIBIT Q

Exhibit Q to be filed under seal.