# EXHIBIT R





# DenTek®
# NightGuard
Dental Protector
for Nighttime Teeth Grinding (Bruxism)



- Molds To Your Teeth For A Custom Fit
- Custom Fits: Small, Medium, Large
- Stops Annoying Grinding Sounds

**Warnings**

*Do not use:* • If you are under 18 years of age. • If you wear braces, dentures or other dental appliances. • If you can wiggle any of your teeth. • If your dentist has told you that you have TMJ. • If you have any tooth or jaw pain, or pain with bruxing or tooth grinding. • As an athletic mouth guard. Product does not absorb shock. • For more than three months without consulting your dentist.

*Ask a dentist before use if you have:* • Loose fillings, loose caps or cavities with no fillings. • Clicking of your jaw. • Jaw pain, teeth pain, face pain, or have a hard time chewing. • Two or more missing teeth. • Mouth sores. • Gum disease or bleeding gums. • Serious breathing, respiratory or other health problems.

*When using this product:* • See your dentist every six months.

*Stop use and ask a dentist if:* • Your same symptoms last even after several weeks of use. • The product easily falls out of your mouth. • The product causes you to gag or feels uncomfortable. • You have bleeding gums, soreness, or other reaction inside your mouth. • You notice new symptoms (jaw pain, teeth pain, ear pain, headache, neck stiffness, or joint clicking) because of the product. • You have loose teeth or a change in your bite that lasts more than a few minutes after taking the product out.

Complete fitting instructions are inside the package and you can visit our website or call our toll-free number for further assistance.

Questions or Comments
800-4DENTEK (800-433-6835) www.denteknightguard.com
Patents Pending  Manf. for: DenTek Oral Care, Inc. Maryville, TN 37801
©2006 DenTek Oral Care, Inc. Made in USA 1106-500254

0 47701 00127 1