**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| **MEDTECH PRODUCTS INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | |
| **RANIR, LLC and** **CVS PHARMACY, INC.** | ) ) ) ) | |
| **Defendant.** | ) ) ) | |
| **MEDTECH PRODUCTS INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) ) | Civil Action No. 07 CV 3302 (KMK) (LMS) |
| **DENTEK ORAL CARE, INC.,** | ) ) ) | **PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL** |
| **Defendant.** | ) ) ) | |
| **MEDTECH PRODUCTS INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) ) | |
| **POWER PRODUCTS, INC.** **d/b/a SPLINTEK,** | ) ) ) ) | |
| **Defendant.** | ) ) ) | |

Plaintiff Medtech Products Inc. hereby moves this Court pursuant to Fed. R. Civ. P. 26(c) for an order to file under seal Exhibits 1-A, 1-B, 1-C, 1-D, 1-F, 1-G, 1-H, 1-M, 1-N, 1-O, 1-P,

and 1-Q to its Motion to Amend the Scheduling Order and Motion for Leave to File Its Second Amended Complaint and Memorandum of Law in Support Thereof ("Motion to Amend"), which was filed in the captioned case on August 24, 2007 (copies of these exhibits are attached only to the courtesy copy of this motion).

Exhibit 1-A is a consulting agreement and pursuant to the terms of the consulting agreement itself, disclosure of the contents of the consulting agreement may violate the terms of that agreement. Exhibits 1-B, 1-C, 1-D, 1-F, 1-G, 1-H, 1-P, and 1-Q contain confidential and/or proprietary information. Exhibits 1-M, 1-N, and 1-O are documents that were produced in response to Medtech's Subpoena Duces Tecum to Mr. Raymond Duane and were produced on an "Attorneys' Eyes' Only" basis of confidentiality. As such, Plaintiff respectfully requests that the Court file Exhibits 1-A, 1-B, 1-C, 1-D, 1-F, 1-G, 1-H, 1-M, 1-N, 1-O, 1-P, and 1-Q of its Motion to Amend under seal.

Dated: August 24, 2007

Respectfully submitted,

ALSTON & BIRD LLP

By: s/ Amy Manning
Karl Geercken (KG 5897)
Amy Manning (AM 0338)
90 Park Avenue
New York, New York 10016-1387
(212) 210-9471 (phone)
(212) 210-9444 (facsimile)
karl.geercken@alston.com
amy.manning@alston.com

W. Edward Ramage, TN BPR No. 16261
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.1800
Commerce Center, Suite 1000
211 Commerce Street

Nashville, Tennessee  37201
(615) 726-5600
eramage@bakerdonelson.com
Admitted Pro Hac Vice

Carl M. Davis II, GA Bar Number 207710
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.1800
Six Concourse Parkway
Suite 3100
Atlanta, Georgia  30328
(678) 406-8700
cdavis@bakerdonelson.com
Admitted Pro Hac Vice

Micheline Kelly Johnson, TN BPR No. 13847
Clinton P. Sanko, TN BPR No. 23354
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee  37450-1800
(423) 756-2010
mjohnson@bakerdonelson.com
csanko@bakerdonelson.com
Admitted Pro Hac Vice

Of Counsel:

Todd R. David ,
GA BPR No. 206526
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
todd.david@alston.com

Attorneys for Plaintiff, Medtech Products Inc.