IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC and <br> CVS PHARMACY, INC. <br><br> Defendant. | |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br><br> Defendant. | Civil Action No. 07 CV 03302-KMK-LMS <br><br> MOTION TO ADMIT COUNSEL <br> PRO HAC VICE |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC., <br> d/b/a/ SPLINTEK, <br><br> Defendant. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Amy Manning, a member in good standing of the Bar of this Court, hereby move for an order allowing the admission pro hac vice of:

Applicant's Name:   Lea Hall Speed

| | |
|---|---|
| Firm Name: | Baker, Donelson, Bearman, Caldwell & Berkowitz PC |
| Address: | 165 Madison Avenue, Suite 2000 |
| City/State/Zip | Memphis, TN  38103 |
| Phone Number: | (901) 577-2336 |
| Fax Number: | (901) 577-0769 |
| Email Address: | lspeed@bakerdonelson.com |

Lea Hall Speed is a member in good standing of the Bar of the States of Tennessee and Mississippi.

There are no pending disciplinary proceedings again Lea Hall Speed, in any State or Federal court.

Dated: August 31, 2007

New York, NY

                                                      Respectfully submitted,

                                                      _____
                                                      Amy Manning (AM 0338)
                                                      Alston & Bird LLP
                                                      90 Park Avenue
                                                      New York, NY  10016
                                                      Tel.: (212) 210-9543
                                                      Fax: (212) 210-9444

                                                      *Attorneys for Plaintiff Medtech Products, Inc.*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDTECH PRODUCTS INC., )
)
Plaintiff, )
)
v. )
)
RANIR, LLC and )
CVS PHARMACY, INC. )
)
Defendant. )

MEDTECH PRODUCTS INC., )
)
Plaintiff, )
)     Civil Action No. 07 CV 03302-KMK-LMS
v. )
)
DENTEK ORAL CARE, INC., )     AFFIDAVIT OF AMY MANNING
)     IN SUPPORT OF MOTION TO ADMIT
Defendant. )     COUNSEL PRO HAC VICE

MEDTECH PRODUCTS INC., )
)
Plaintiff, )
)
v. )
)
POWER PRODUCTS, INC., )
d/b/a/ SPLINTEK, )
)
Defendant. )

State of New York    )
                     )  ss.
County of New York   )

Amy Manning, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Alston & Bird LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Lea Hall Speed as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in July 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Lea Hall Speed since 2007.

4. Ms. Speed is a shareholder at Baker, Donelson, Bearman, Caldwell & Beckowitz PC in Memphis, Tennessee.

5. I have found Ms. Speed to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Lea Hall Speed, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Lea Hall Speed, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Lea Hall Speed, pro hac vice, to represent the Plaintiff in the above captioned matter, be granted.

Dated:   August 31, 2007
New York, NY

Respectfully submitted,

*Amy Manning* (AM 0338)
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Tel.: (212) 210-9543
Fax: (212) 210-9444

*Attorneys for Plaintiff Medtech Products, Inc.*

Sworn to before me this 31 day of August, 2007

_____
Notary Public

RYAN C. CONLEY
Notary Public, State of New York
No. 01CO6158660
Qualified in New York County
Commission Expires January 8, 2011

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC and <br> CVS PHARMACY, INC. <br><br> Defendant. <br><br><br> MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br><br> Defendant. <br><br><br> MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC., <br> d/b/a/ SPLINTEK, <br><br> Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No. 07 CV 03302-KMK-LMS <br><br><br> ORDER OF ADMISSION <br> PRO HAC VICE <br> ON WRITTEN MOTION |

Upon the motion of Amy Manning, Attorney for Medtech Products, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

    Applicant's Name:    Lea Hall Speed

| | |
|---|---|
| Firm Name: | Baker, Donelson, Bearman, Caldwell & Berkowitz PC |
| Address: | 165 Madison Avenue, Suite 2000 |
| City/State/Zip | Memphis, TN 38103 |
| Phone Number: | (901) 577-2336 |
| Fax Number: | (901) 577-0769 |
| Email Address: | lspeed@bakerdonelson.com |

is admitted to practice pro hac vice as counsel for Medtech Products, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

City, State:

_____
United States District/Magistrate Judge

# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

I, Michael W. Catalano, Clerk of the Supreme Court, do hereby certify that LEE HALL SPEED is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment: November 4, 1998.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 29th day of August, 2007.

Michael W. Catalano, Clerk

By *Lisa Marsh* D.C.

# The Supreme Court of Mississippi



## Certificate of Good Standing

I, Betty W. Sephton, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Lea Hall Speed** was duly and legally admitted to practice law before the Supreme Court of Mississippi on April 25, 2000, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on August 27, 2007, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

*Betty W. Sephton*
CLERK

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC.,<br><br>Plaintiff,<br><br>v.<br><br>RANIR, LLC and<br>CVS PHARMACY, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| MEDTECH PRODUCTS INC.,<br><br>Plaintiff,<br><br>v.<br><br>DENTEK ORAL CARE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| MEDTECH PRODUCTS INC.,<br><br>Plaintiff,<br><br>v.<br><br>POWER PRODUCTS, INC.,<br>d/b/a/ SPLINTEK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 07 CV 03302-KMK-LMS

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )

COUNTY OF NEW YORK  )

Carolyn Forrester, being duly sworn, deposes and says that I am employed in the office of Alston & Bird LLP attorneys for Plaintiff Medtech Products, Inc. and that on August 31, 2007, I served a true copy of the within Motion to Admit Counsel Pro Hac Vice, Affidavit of Amy Manning in

Support of Motion to Admit Counsel Pro Hac Vice and the Proposed Order for Admission Pro Hac Vice on Written Motion by mailing a copy of the same in a postage-paid first-class envelope addressed as follows:

James Holman Shalek, Esq.
Alan Federbush, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Gregory James Sieczkiewicz
Proskauer Rose LLP
One International Place
Boston, MA 02110

*Attorneys for Consolidated Defendant and*
*Counter Claimant DenTek Oral Care, Inc.*

Kathy Dutton Helmer, Esq.
Anthony P. La Rocco, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis, LLP (NJ)
One Newark Center
10th Floor
Newark, NJ 07102

Barry Pickens, Esq.
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO  64106

*Attorneys for Consolidated Defendant and*
*Counter Claimaint Power Products, Inc. (d/b/a Splintek)*

_____

Sworn to before me this 5th day of September, 2007.

_____
Notary Public

YOLANDA SANCHEZ
Notary Public, State of New York
No. 01SA6157467
Qualified in Bronx County
Commission Expires Dec. 11, 2010