UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Medtech Products, Inc.,

                        Plaintiff,

      -against-

DenTek Oral Care, Inc.,

                        Defendant.
-----------------------------------------------------------x

07 CIVIL 3302 ( KMK ) (LMS)
07         3304

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Theodore K. Cheng

- ☐ *Attorney*

  - ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: TC-8414

  - ☐ I am a Pro Hac Vice attorney

  - ☐ I am a Government Agency attorney

- ☐ *Law Firm/Government Agency Association*

  From: Loeb & Loeb LLP

  To: Proskauer Rose LLP

  - ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  - ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

- ☐ *Address:* 1585 Broadway, New York, New York 10036-8299

- ☐ *Telephone Number:* (212) 969-3000

- ☐ *Fax Number:* (212) 969-2900

- ☐ *E-Mail Address:* tcheng@proskauer.com

Dated: September 12, 2007         /s/ Theodore K. Cheng