**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MEDTECH PRODUCTS INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **RANIR, LLC** and ) | |
| **CVS PHARMACY, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| **MEDTECH PRODUCTS INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **07 CV 3302 (KMK) (LMS)** |
| v. ) | |
| ) | |
| **DENTEK ORAL CARE, INC.,** ) | **PLAINTIFF'S REPLY** |
| ) | **IN SUPPORT OF ITS MOTION** |
| **Defendant.** ) | **TO AMEND THE SCHEDULING** |
| ) | **ORDER AND MOTION** |
| ) | **FOR LEAVE TO FILE ITS** |
| **MEDTECH PRODUCTS INC.,** ) | **SECOND AMENDED COMPLAINT** |
| ) | |
| **Plaintiff,** ) | **ECF FILED** |
| ) | |
| v. ) | |
| ) | |
| **POWER PRODUCTS, INC.** ) | |
| **d/b/a SPLINTEK,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

Medtech Products Inc. ("Medtech") hereby respectfully submits this Reply in Support of

its Motion to Amend the Scheduling Order and Motion for Leave To File Its Second Amended

Complaint in response to Defendant Dentek Oral Care Inc.'s Response to Plaintiff's Motion for

Leave To File Its Second Amended Complaint, Motion To File Exhibits Under Seal, and Motion

to Amend the Scheduling Order, and Cross-Motion for an Extension of Time To Respond to Second Amended Complaint ("DenTek's Response" and "DenTek's Cross-Motion," respectively) (Docket No. 57).

In its Response, DenTek states that it does not oppose Medtech's motion for leave to file its Second Amended Complaint. In light of this, and for the reasons set forth in Medtech's Motion to Amend, Medtech respectfully requests that this Court grant its motion for leave to file its Second Amended Complaint. For the Court's convenience, Medtech is submitting a proposed order granting its motion for leave.

In addition, DenTek's Cross-Motion seeks "an extension of time to answer, move, or otherwise respond to Medtech's Second Amended Complaint up to and until the first response of the newly added defendants – Kelly M. Kaplan, Ray Duane, and C.D.S. Associates, Inc. — to the amended pleading." (*Id*. at p. 1.) While DenTek's Cross-Motion asks that the defendants be permitted file coordinated responses, there is no authority for such a request in the *Federal Rules of Civil Procedure*.[1] Further, DenTek is not surprised by the allegations in the Second Amended Complaint because Medtech provided a copy of the Second Amended Complaint to DenTek's counsel on August 23, 2007, the day before Medtech's motion for leave was filed, in an attempt to gain DenTek's consent to the filing. Thus, DenTek has already had the substantive allegations of the Second Amended Complaint for over three weeks. If and when the Second Amended Complaint is filed, DenTek will have another ten days from service to file an answer. FED. R. CIV. P. 15(a). Therefore, Medtech does not believe an extension of time to answer is warranted.

---

[1]    The only reason cited by DenTek was that the "length of the new pleading" justifies the extension. Ironically, it was DenTek that requested specificity in its opposition to the First Amended Complaint. (Docket No. 33 at pp. 4-5.)

In sum, Medtech respectfully requests that the Court grant its motion for leave to file its Second Amended Complaint and deny DenTek's Cross-Motion for an extension of time to answer or otherwise respond to the Second Amended Complaint.

Dated: September 19, 2007.

Respectfully submitted,

ALSTON & BIRD LLP

By:    /s/ Amy Manning
Karl Geercken (KG 5897)
Amy Manning (AM 0338)
90 Park Avenue
New York, New York 10016-1387
(212) 210-9471 (phone)
(212) 210-9444 (facsimile)
karl.geercken@alston.com
amy.manning@alston.com

W. Edward Ramage, TN BPR No. 16261
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.1800
Commerce Center, Suite 1000
211 Commerce Street
Nashville, Tennessee  37201
(615) 726-5600
eramage@bakerdonelson.com
Admitted *Pro Hac Vice*

Carl M. Davis II, GA Bar Number 207710
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.1800
Six Concourse Parkway
Suite 3100
Atlanta, Georgia  30328
(678) 406-8700
cdavis@bakerdonelson.com
Admitted pro hac vice

Lea Speed, TN BPR No. 19410
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C
165 Madison Avenue
Suite 2000
Memphis, TN  38103
lspeed@bakerdonelson.com
Admitted pro hac vice


Micheline Kelly Johnson, TN BPR No. 13847
Clinton P. Sanko, TN BPR No. 23354
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee  37450-1800
(423) 756-2010
mjohnson@bakerdonelson.com
csanko@bakerdonelson.com
Admitted pro hac vice

Of Counsel:

Todd R. David , GA BPR No. 206526
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
todd.david@alston.com


Attorneys for Plaintiff
Medtech Products Inc.