Smith, Ch. Mag. J.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC and <br> CVS PHARMACY, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC. <br> d/b/a SPLINTEK, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 07 CV 3302 (KMK) (LMS)

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT

U.S. DISTRICT COURT FILED OCT - 1 2007 S.D. OF N.Y.

Upon consideration of Plaintiff Medtech Products Inc.'s ("Medtech") Motion for Leave To File Its Second Amended Complaint ("Motion for Leave") dated August 24, 2007, and in

light of DenTek Oral Care, Inc.'s response stating that it does not oppose Medtech's Motion for Leave,

  IT IS HEREBY ORDERED that Medtech's Motion for Leave to File Its Second Amended Complaint is GRANTED.

Dated: White Plains, New York
   September 19, 2007

HON. LISA M. SMITH, CHIEF USMJ

dated: 9/28/07