IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC and <br> CVS PHARMACY, INC. <br><br> Defendant. | |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br><br> Defendant. | Civil Action No. 07 CV 03302-KMK-LMS <br><br> MOTION TO ADMIT COUNSEL <br> PRO HAC VICE |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC., <br> d/b/a/ SPLINTEK, <br><br> Defendant. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Amy Manning, a member in good standing of the Bar of this Court, hereby move for an order allowing the admission pro hac vice of:

Applicant's Name:   John M. Phillips

| | |
|---|---|
| Firm Name: | Baker, Donelson, Bearman, Caldwell & Berkowitz PC |
| Address: | 1800 Republic Centre, 633 Chestnut Street |
| City/State/Zip | Chattanooga, TN  37450 |
| Phone Number: | (423) 209-4191 |
| Fax Number: | (423) 752-9576 |
| Email Address: | jphillips@bakerdonelson.com |

John M. Phillips is a member in good standing of the Bar of the States of Georgia and Tennessee. There are no pending disciplinary proceedings against John M. Phillips, in any State or Federal court.

Dated: October 2, 2007

New York, NY

Respectfully submitted,

*[signature]*

Amy Manning (AM 0338)
Alston & Bird LLP
90 Park Avenue
New York, NY  10016
Tel.: (212) 210-9543
Fax: (212) 210-9444

*Attorneys for Plaintiff Medtech Products, Inc.*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC.,<br><br>    Plaintiff,<br><br>v.<br><br>RANIR, LLC and<br>CVS PHARMACY, INC.<br><br>    Defendant. | |
| MEDTECH PRODUCTS INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DENTEK ORAL CARE, INC.,<br><br>    Defendant. | Civil Action No. 07 CV 03302-KMK-LMS<br><br>AFFIDAVIT OF AMY MANNING<br>IN SUPPORT OF MOTION TO ADMIT<br>COUNSEL PRO HAC VICE |
| MEDTECH PRODUCTS INC.,<br><br>    Plaintiff,<br><br>v.<br><br>POWER PRODUCTS, INC.,<br>d/b/a/ SPLINTEK,<br><br>    Defendant. | |

State of New York    )
                         ) ss.
County of New York  )

Amy Manning, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Alston & Bird LLP, counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit John M. Phillips as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in July 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known John M. Phillips since 2007.

4. Mr. Phillips is an associate at Baker, Donelson, Bearman, Caldwell & Berkowitz PC in Chattanooga, Tennessee.

5. I have found Mr. Phillips to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of John M. Phillips, pro hac vice.

7. I respectfully submit a proposed order granting the admission of John M. Phillips, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit John M. Phillips, pro hac vice, to represent the Plaintiff in the above captioned matter, be granted.

Dated:   October 2, 2007

New York, NY

Respectfully submitted,

*signature*

Amy Manning (AM 0338)
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Tel.: (212) 210-9543
Fax: (212)210-9444

*Attorneys for Plaintiff Medtech Products, Inc.*

Sworn to before me this 2 day of October, 2007

*signature*
Notary Public

RYAN C. CONLEY
Notary Public, State of New York
No. 01CO6158860
Qualified in New York County
Commission Expires January 8, 2011

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. John Michael Phillips
Baker Donelson Bearman Caldwell & Berkowitz, PC
633 Chestnut Street, Suite 1800
Chattanooga, TN 37450-2800

**CURRENT STATUS:** Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:** 12/07/2001

**Attorney Bar Number:** 576345

Today's Date: September 17, 2007

**Listed below are the public disciplinary actions, if any, which have been taken against this member:**

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

_____
Official Representative of the State Bar of Georgia

SEP 1 9 2007

---

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

I, Michael W. Catalano, Clerk of the Supreme Court, do hereby certify that JOHN MICHAEL PHILLIPS is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment: November 7, 2001.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 25th day of September, 2007.

Michael W. Catalano, Clerk

By *Lisa Marsh* D.C.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC.,<br><br>      Plaintiff,<br><br>v.<br><br>RANIR, LLC and<br>CVS PHARMACY, INC.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| MEDTECH PRODUCTS INC.,<br><br>      Plaintiff,<br><br>v.<br><br>DENTEK ORAL CARE, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 07 CV 03302-KMK-LMS<br><br>ORDER OF ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |
| MEDTECH PRODUCTS INC.,<br><br>      Plaintiff,<br><br>v.<br><br>POWER PRODUCTS, INC.,<br>d/b/a/ SPLINTEK,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Upon the oral motion of Amy S. Manning, attorney for Medtech Products Inc., and said sponsor attorney's affidavit declaration that applicant John M. Phillips is a member in good standing of the bars of the states of Georgia and Tennessee; and that applicant's contact information is as follows:

| | |
|---|---|
| Applicant's Name: | John M. Phillips |
| Firm Name: | Baker, Donelson, Bearman, Caldwell & Berkowitz PC |
| Address: | 1800 Republic Centre, 633 Chestnut Street |
| City/State/Zip: | Chattanooga, TN 37450 |
| Phone Number: | (423) 209-4191 |
| Fax Number: | (423) 752-9576 |
| Email Address: | jphillips@bakerdonelson.com |

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Medtech Products Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that John M. Phillips, is admitted to practice pro hac vice as counsel for Medtech Products Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of the Court.

Dated:

City, State:

_____
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC and <br> CVS PHARMACY, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC., <br> d/b/a/ SPLINTEK, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 07 CV 03302-KMK-LMS

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )

COUNTY OF NEW YORK   )

Lisa Grant, being duly sworn, deposes and says that I am employed in the office of Alston & Bird LLP attorneys for Plaintiff Medtech Products, Inc. and that on October 2, 2007, I served a true copy of the within Motion to Admit Counsel Pro Hac Vice, Affidavit of Amy Manning in

Support of Motion to Admit Counsel Pro Hac Vice and the Proposed Order for Admission Pro Hac Vice on Written Motion by mailing a copy of the same in a postage-paid first-class envelope addressed as follows:

James Holman Shalek, Esq.
Alan Federbush, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Gregory James Sieczkiewicz
Proskauer Rose LLP
One International Place
Boston, MA 02110

*Attorneys for Consolidated Defendant and
Counter Claimant DenTek Oral Care, Inc.*

Kathy Dutton Helmer, Esq.
Anthony P. La Rocco, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis, LLP (NJ)
One Newark Center
10th Floor
Newark, NJ 07102

Barry Pickens, Esq.
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106

*Attorneys for Consolidated Defendant and
Counter Claimaint Power Products, Inc. (d/b/a Splintek)*

                                                                                            Lisa Grant

Sworn to before me this 02 day of October, 2007.

_____
Notary Public

YOLANDA SANCHEZ
Notary Public, State of New York
No. 01SA6157467
Qualified in Bronx County
Commission Expires Dec. 11, 2010