IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC and <br> CVS PHARMACY, INC. <br><br> Defendant. | |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br><br> Defendant. | Civil Action No. 07 CV 03302-KMK-LMS <br><br> ORDER OF ADMISSION <br> PRO HAC VICE <br> ON WRITTEN MOTION |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC., <br> d/b/a/ SPLINTEK, <br><br> Defendant. | |

Upon the oral motion of Amy S. Manning, attorney for Medtech Products Inc., and said sponsor attorney's affidavit declaration that applicant John M. Phillips is a member in good standing of the bars of the states of Georgia and Tennessee; and that applicant's contact information is as follows:

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED:]*

| | |
|---|---|
| Applicant's Name: | John M. Phillips |
| Firm Name: | Baker, Donelson, Bearman, Caldwell & Berkowitz PC |
| Address: | 1800 Republic Centre, 633 Chestnut Street |
| City/State/Zip | Chattanooga, TN 37450 |
| Phone Number: | (423) 209-4191 |
| Fax Number: | (423) 752-9576 |
| Email Address: | jphillips@bakerdonelson.com |

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Medtech Products Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that John M. Phillips, is admitted to practice pro hac vice as counsel for Medtech Products Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of the Court.

Dated:

City, State:

_____
United States Magistrate Judge

10 – 04 – 07