# EXHIBIT C

Exhibit C to be filed under seal.

Case 7:07-cv-03302-KMK-LMS    Document 66-4    Filed 10/04/2007    Page 2 of 2