# EXHIBIT N

Exhibit N to be filed under seal.