# EXHIBIT Q

Case 7:07-cv-03302-KMK-LMS   Document 66-18   Filed 10/04/2007   Page 1 of 2

Exhibit Q to be filed under seal.