# EXHIBIT S

Case 7:07-cv-03302-KMK-LMS    Document 66-20    Filed 10/04/2007    Page 1 of 2



**NEW!**

# Nighttime teeth grinding shattering your day?

Approximately 1 in 4 people grind their teeth while they sleep and many don't even know they're doing it. If you're waking up with headaches, jaw and muscle pain, or have experienced fractured teeth or even tooth loss, you could be one of the millions of people who suffer the damaging effects of bruxism (teeth grinding).

## Support is here...DenTek® NightGuard

With its 100% Custom-fit Guarantee, DenTek® NightGuard will help you to combat the damaging effects of bruxism. You'll protect your teeth while you sleep and awaken more refreshed, ready to take on your day with...a smile.

DenTek® NightGuard. Fits Your Lifestyle.
Now available without a prescription in the dental care aisle.

*Not sure if you grind your teeth?* Find out now.
**Go to www.DenTekNightGuard.com**
Visit the Grind Guru to get stress tips and video fitting instructions.



"Grind Guru"

**SAVE $3 NOW!**
Go to www.DenTekNightGuard.com
for a **valuable coupon** off your purchase of DenTek® NightGuard
Enter Promo Code 0601NG01



**DenTek® Night Guard**

Dental Protector
for Nighttime Teeth Grinding (Bruxism)

Contains: 1 Dental Protector and 1 Storage Container

Designed by a Dentist, Fit By You

©2007 DenTek Oral Care Inc.



**DenTek®** Oral Health for Life