*See Add'l Page #3*                    Smith, Ch U.J.

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MEDTECH PRODUCTS INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| RANIR, LLC and CVS PHARMACY, INC. | ) |
| Defendant. | ) |
| MEDTECH PRODUCTS INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| DENTEK ORAL CARE, INC., KELLY M. KAPLAN, RAY DUANE, and C.D.S. ASSOCIATES, INC., | ) |
| Defendants. | ) |
| MEDTECH PRODUCTS INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| POWER PRODUCTS, INC., d/b/a/ SPLINTEK, | ) |
| Defendant. | ) |

07 CV 3302 (KMK) (LMS)

[PROPOSED] ORDER SEALING
CERTAIN DOCUMENTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

U.S. DISTRICT COURT
FILED
OCT - 5 2007
W.P.
S.D. OF N.Y.

Upon the request of Plaintiff Medtech Products Inc. to file under seal Exhibits A, B, C, D, F, G, H, M, N, O, P, and Q to its Second Amended Complaint for Injunctive Relief and

Money Damages ("Second Amended Complaint"), which was filed in the captioned case on October 4, 2007,

IT IS HEREBY ORDERED that Plaintiff's Motion to File Exhibits Under Seal is GRANTED and that Exhibits A, B, C, D, F, G, H, M, N, O, P, and Q of its Second Amended Complaint filed on October 4, 2007 shall be maintained under seal by the Clerk of the Court.

So oRDered :

Dated: White Plains, New York
       10 - 5          , 2007

HON. LISA M. SMITH, CHIEF USMJ

- 2 -

OCT-10-2001  11:41        CLERK SDNY                        212 805 0389    P.01/01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
IN THE MATTER OF RETENTION OF        :
SEALED DOCUMENTS IN CIVIL CASES      :
                                     :                STANDING ORDER
                                     :                M-10-468
----------------------------------X



MICHAEL B. MUKASEY, CHIEF JUDGE:

      Any protective order in any civil case that provides for the filing of information under seal shall include the following provision:

    "Sealed records which have been filed with the clerk shall be removed by the party submitting them (1) within ninety (90) days after a final decision is rendered if no appeal is taken, or (2) if an appeal is taken, within thirty (30) days after final disposition of the appeal.  Parties failing to comply with this order shall be notified by the clerk that, should they fail to remove the sealed records within thirty (30) days, the clerk may dispose of them."

      This order will be self-executing, in that the Clerk will treat all protective orders that direct the sealing of documents in civil cases as if they contain the above provision.

SO ORDERED:

Dated:  New York, New York
        October 5, 2001

Michael B. Mukasey,
U.S. District Judge

MICROFILM
OCT - 5 2001    -3 00 PM