AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__   District of   __New York__

Medtech

V.

Ranir, LLC et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07 CV 3302 (KMK) (LMS)

TO: (Name and address of Defendant)

Kelly M. Kaplan
4 Woodmont Road
Upper Montclair, NJ 07043

C.D.S. Associates
2441 East Rockledge Road
Phoenix, AZ 85048-4308

Ray Duane
7741 Broadwing Dr.
North Las Vegas, NV 89084-2432

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Karl Geercken, Esq.
Amy Manning, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   OCT 0 4 2007