IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC and <br> CVS PHARMACY, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br> KELLY M. KAPLAN, <br> RAY DUANE, and <br> C.D.S. ASSOCIATES, INC., <br><br> Defendants. | 07 CV 3302 (KMK) (LMS) <br><br><br> **PLAINTIFF'S MOTION TO FILE ITS MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION AND DECLARATIONS AND EXHIBITS THERETO UNDER SEAL** |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC., <br> d/b/a/ SPLINTEK, <br><br> Defendant. | |

Plaintiff Medtech Products Inc. hereby moves this Court pursuant to Fed. R. Civ. P. 26(c)

for an order to file under seal the Memorandum of Law in Support of Plaintiff Medtech Products

Inc.'s Motion for Preliminary Injunction ("Memorandum of Law"); the Declaration of Michael Lesser and Exhibits A through F thereto; the Declaration of Charles Schrank and Exhibits A through F thereto; the Declaration of Gerard F. Butler and Exhibit A thereto; the Declaration of Douglas E. Smith on behalf of FTI Consulting and Exhibit 1 thereto; the Declaration of Karen Costa-Strachan and Exhibits A through C thereto; the Declaration of Lieven Nuytens and Exhibit A thereto; and the Declaration of Amy S. Manning, Esq. and Exhibits A through C thereto, which are to be filed in the captioned case on October 19, 2007 (copies of the Memorandum of Law, the declarations and their respective exhibits are attached only to the courtesy copy of the Motion for Preliminary Injunction).

    The Memorandum of Law and the declarations and exhibits in support of the Motion for Preliminary Injunction include trade secrets and other confidential and proprietary information, the disclosure of which would place an undue burden on Plaintiff. As such, Plaintiff respectfully requests that the Court grant its motion to file the above identified documents under seal. For the Court's convenience, a proposed order sealing certain documents is being submitted herewith.

Dated: October 19, 2007

                                     Respectfully submitted,

                                     ALSTON & BIRD LLP

                                     By: s/ Amy S. Manning
                                     Karl Geercken (KG 5897)
                                     Amy S. Manning (AM 0338)
                                     90 Park Avenue
                                     New York, New York 10016-1387
                                     (212) 210-9471 (phone)
                                     (212) 210-9444 (facsimile)
                                     karl.geercken@alston.com
                                     amy.manning@alston.com

                                     W. Edward Ramage, TN BPR No. 16261
                                     BAKER, DONELSON, BEARMAN,

   CALDWELL & BERKOWITZ, P.C.1800
Commerce Center, Suite 1000
211 Commerce Street
Nashville, Tennessee  37201
(615) 726-5600
eramage@bakerdonelson.com
Admitted Pro Hac Vice

Carl M. Davis II, GA Bar Number 207710
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.1800
Six Concourse Parkway
Suite 3100
Atlanta, Georgia  30328
(678) 406-8700
cdavis@bakerdonelson.com
Admitted Pro Hac Vice

Micheline Kelly Johnson, TN BPR No. 13847
Clinton P. Sanko, TN BPR No. 23354
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee  37450-1800
(423) 756-2010
mjohnson@bakerdonelson.com
csanko@bakerdonelson.com
Admitted Pro Hac Vice

Of Counsel:
Todd R. David,
GA BPR No. 206526
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
todd.david@alston.com

*Attorneys for Plaintiff, Medtech Products Inc.*