IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MEDTECH PRODUCTS INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **RANIR, LLC** and ) | |
| **CVS PHARMACY, INC.** ) | |
| ) | **Civil Action No. 07 CV 3302 (KMK)(LMS)** |
| ) | |
| ) | **ECF FILED** |
| **MEDTECH PRODUCTS INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **DENTEK ORAL CARE, INC.,** ) | |
| **KELLY M. KAPLAN, RAY DUANE,** ) | |
| and **C.D.S. ASSOCIATES, INC.** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| **MEDTECH PRODUCTS INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **POWER PRODUCTS, INC.** ) | |
| **d/b/a SPLINTEK,** ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that upon the accompanying proofs and submissions including:

1. The Declaration of Michael Lesser, dated October 18, 2007, including Exhibits A-F;

2. The Declaration of Charles Schrank, dated October 16, 2007, including Exhibits A-F;

3. The Declaration of FTI (by Douglas E. Smith), dated October 17, 2007, including Exhibit 1;

4. The Declaration of Karen Costa-Strachan, dated October 16, 2007, including Exhibits A-C;

5. The Declaration of Lieven Nuytens, dated October 17, including Exhibit A;

6. The Declaration of Gerard Butler, dated October 17, including Exhibit A;

7. The Declaration of Amy S. Manning, Esq. dated October 19, 2007, including Exhibits A-C;

8. Plaintiff's Memorandum of Law in Support its Motion for Preliminary Injunction and Appendix;

9. All prior pleadings heretofore had in this action; and

10. Any additional discovery or proof as permitted by the Court;

Plaintiff Medtech Products Inc. ("Medtech") will move this Court, on a date and time to be set by the Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure, for an Order preliminarily enjoining Defendants DenTek Oral Care, Inc. ("DenTek"), Ray Duane ("Duane"), C.D.S. Associates, Inc., and Kelly M. Kaplan ("Kaplan") (collectively the "Defendants") as follows:

(i.) Preliminarily enjoining Defendants from continuing to improperly use Medtech's trade secrets;

(ii.) Preliminarily enjoining Defendants from continuing to breach any contractual agreements with Medtech or its predecessor-in-interest; and

(iii.) Preliminarily enjoining Defendants from marketing and selling any dental protector products or other products in which Duane or Kaplan has had any involvement or provided any assistance to DenTek including, but not limited to DenTek's NightGuard product.

      Defendants' recent expanded market presence and increased direct competition with Medtech's dental protector sold under the NIGHTGUARD™ mark pose an immediate and urgent threat to Medtech. The damage being caused is inestimable and irreparable in a market where consumer confidence, brand recognition and reputation are critical to success. Accordingly, Medtech respectfully requests immediate injunctive relief to protect Medtech's reputation, goodwill, and business from Defendants' continued infringing and illegal actions.

Dated: October 19, 2007

    New York, New York

               Respectfully submitted,

                ALSTON & BIRD LLP

                By:  \_s/ Karl Geercken_____
                Karl Geercken (KG 5897)
                Amy S. Manning (AM 0338)
                90 Park Avenue
                New York, New York 10016-1387
                (212) 210-9471 (phone)
                (212) 210-9444 (facsimile)
                karl.geercken@alston.com
                amy.manning@alston.com

                W. Edward Ramage, TN BPR No. 16261
                BAKER, DONELSON, BEARMAN,
                    CALDWELL & BERKOWITZ, P.C.1800
                Commerce Center, Suite 1000
                211 Commerce Street
                Nashville, Tennessee 37201
                (615) 726-5600
                eramage@bakerdonelson.com
                Admitted Pro Hac Vice

                Carl M. Davis II, GA Bar Number 207710
                BAKER, DONELSON, BEARMAN,
                    CALDWELL & BERKOWITZ, P.C.1800
                Six Concourse Parkway
                Suite 3100
                Atlanta, Georgia 30328

(678) 406-8700
cdavis@bakerdonelson.com
Admitted Pro Hac Vice

Micheline Kelly Johnson, TN BPR No. 13847
Clinton P. Sanko, TN BPR No. 23354
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee  37450-1800
(423) 756-2010
mjohnson@bakerdonelson.com
csanko@bakerdonelson.com
Admitted Pro Hac Vice

Of Counsel:

Todd R. David , GA BPR No. 206526
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
todd.david@alston.com

*Attorneys for Plaintiff Medtech Products Inc.*

- 4 -