**Plaintiff's Memorandum of Law in Support of its Motion for Preliminary Injunction and Appendix To Be Filed Under Seal.**