**The Declaration of Amy S. Manning, Esq. dated October 19, 2007, including Exhibits A-C.**