**The Declaration of Charles Schrank, dated October 16, 2007, including Exhibits A-F To Be Filed Under Seal.**