**The Declaration of FTI (by Douglas E. Smith), dated October 17, 2007, including Exhibit 1 To Be Filed Under Seal.**