**The Declaration of Gerard Butler, dated October 17, including Exhibit A To Be Filed Under Seal.**