**The Declaration of Karen Costa-Strachan, dated October 16, 2007, including Exhibits A-C To Be Filed Under Seal.**