**The Declaration of Lieven Nuytens, dated October 17, including Exhibit A To Be Filed Under Seal.**