**The Declaration of Michael Lesser, dated October 18, 2007, including Exhibits A-F To Be Filed Under Seal.**

Case 7:07-cv-03302-KMK-LMS     Document 81     Filed 10/19/2007     Page 1 of 1