## CERTIFICATE OF SERVICE

  I hereby certify that on the 19th day of October, 2007, I caused a copy of Plaintiff's Notice of Motion for Preliminary Injunction, Memorandum of Law in Support its Motion for Preliminary Injunction and Appendix, the Declaration of Michael Lesser, the Declaration of Charles Schrank, the Declaration of FTI (by Douglas E. Smith), the Declaration of Karen Costa-Strachan, the Declaration of Lieven Nuytens, the Declaration of Gerard Butler, the Declaration of Amy S. Manning, Esq., and Plaintiff's Motion to Seal Documents to be served upon the following counsel and Defendants in Medtech Products Inc. v. Ranir, LLC, Civil Action No. 07 CV 3302 (KMK)(LMS), via overnight mail postage-paid:

    Ray Duane
    7741 Broadwing Drive
    North Las Vegas, NV 89084-2432

    C.D.S. Associates, Inc.
    2441 East Rockledge Road
    Phoenix, AZ 85048-4308

    ALSTON & BIRD LLP

    By:  s/ David Eklund
       David Eklund