*[Handwritten notes in left margin:]* CUOMO 10/01/07 ... Defendant may ... Motion granted. SO ORDERED. ... motion, ruling ... Deemed letter motion. Have the same ...

# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Karl Geercken      **Direct Dial: 212-210-9471**      E-mail: karl.geercken@alston.com

*[Stamps: U.S. DISTRICT COURT FILED OCT 1 ? 2007 S.D. OF N.Y.]*

*[Stamp: MEMO ENDORSED]*

October 17, 2007

*[Stamp: RECEIVED OCT 17 2007 HON. LISA MARGARET SMITH U.S.M.J.]*

*VIA HAND DELIVERY*

Honorable Lisa M. Smith
United States Magistrate Judge
United States Courthouse
300 Quarropas St., Room 428
White Plains, NY 10601

> Re:  *Medtech Products Inc. v. DenTek Oral Care, Inc. et al.,* 07-cv-03302 (KMK) (LMS) (SDNY)

Dear Judge Smith:

We are counsel for Plaintiff Medtech Products Inc. ("Medtech"). Medtech intends to file a Motion for Preliminary Injunction ("Motion") in the above captioned case. The Motion addresses complex issues of fact and law, as well as multiple claims. Due to the complexity and number of issues involved, Medtech respectfully requests permission to exceed the 25 page limit for memorandum of law provided in Your Honor's Individual Practice Rule 2(C). Specifically, Medtech respectfully requests that the Court grant Medtech permission to exceed by 15 pages this Court's 25 page limit for its Memorandum of Law in support of its Motion.

Respectfully submitted,

Karl Geercken

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED:]*

cc:  All counsel of record via email and first class mail
C.D.S. Associates and Ray Duane via first class mail

---

One Atlantic Center • 1201 West Peachtree Street • Atlanta, GA 30309-3424 • 404-881-7000 • Fax: 404-881-7777
Bank of America Plaza • 101 South Tryon Street, Suite 4000 • Charlotte, NC 28280-4000 • 704-444-1000 • Fax: 704-444-1111
Chase Tower • 2200 Ross Avenue, Suite 4650 W • Dallas, TX 75201-7979 • 214-432-7770 • Fax: 214-432-7771
90 Park Avenue • New York, NY 10016 • 212-210-9400 • Fax: 212-210-9444
3201 Beechleaf Court, Suite 600 • Raleigh, NC 27604-1062 • 919-862-2200 • Fax: 919-862-2260
The Atlantic Building • 950 F Street, NW • Washington, DC 20004-1404 • 202-756-3300 • Fax: 202-756-3333
Liaison Büro • Brienner Strasse 11/V • 80333 Munich • (49) (89) 238-0-70 • Fax: (49) (89) 238-0-7110