IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> RANIR, LLC and <br> CVS PHARMACY, INC. <br><br> Defendant. | |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> DENTEK ORAL CARE, INC., <br> KELLY M. KAPLAN, <br> RAY DUANE, and <br> C.D.S. ASSOCIATES, INC., <br><br> Defendants. | 07 CV 3302 (KMK) (LMS) <br><br> [PROPOSED] ORDER SEALING CERTAIN DOCUMENTS |
| MEDTECH PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> POWER PRODUCTS, INC., <br> d/b/a/ SPLINTEK, <br><br> Defendant. | |

Upon the request of Plaintiff's Motion to File Its Memorandum of Law in Support of Its

Motion for Preliminary Injunction and Declarations and Exhibits Thereto Under Seal,

- 2 -

IT IS HEREBY ORDERED that Plaintiff's Motion to Seal is GRANTED and that the Memorandum of Law in Support of Plaintiff Medtech Products Inc.'s Motion for Preliminary Injunction; the Declaration of Michael Lesser and Exhibits A through F thereto; the Declaration of Charles Schrank and Exhibits A through F thereto; the Declaration of Gerard F. Butler and Exhibit A thereto; the Declaration of Douglas E. Smith on behalf of FTI Consulting and Exhibit 1 thereto; the Declaration of Karen Costa-Strachan and Exhibits A through C thereto; the Declaration of Lieven Nuytens and Exhibit A thereto; and the Declaration of Amy S. Manning, Esq. and Exhibits A through C thereto; filed on October 19, 2007 shall be maintained under seal by the Clerk of the Court.

Dated: White Plains, New York
       Oct 22      , 2007

_____
HON. LISA M. SMITH, CHIEF USMJ