AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Medtech

V.

Ranir, LLC et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07 CV 3302 (KMK) (LMS)

TO: (Name and address of Defendant)

Kelly M. Kaplan
4 Woodmont Road
Upper Montclair, NJ 07043

C.D.S. Associates
2441 East Rockledge Road
Phoenix, AZ 85048-4308

Ray Duane
7741 Broadwing Dr.
North Las Vegas, NV 89084-2432

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Karl Geercken, Esq.
Amy Manning, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   OCT 0 4 2007

Our File # 07-10-0649

Date Received: October 8, 2007
Client File # 128132

United States District Court  COURT OF THE STATE OF New York
COUNTY OF -- Select One --

Index #  07-cv-3302 (KMK)(LMS)

MedTech Products Inc.                    *Plaintiff*                    *AFFIDAVIT OF SERVICE*

against

DenTek Oral Care, Inc. et. al.           *Defendant*

STATE OF NEVADA, COUNTY OF Clark  ss: HAROLD HYMAN The undersigned, being duly sworn, deposes and says;
Deponent is not a party herein, is over 18 years of age and resides in the STATE OF NEVADA
That on OCTOBER 9, 2007 at 06:20 AM, at 7741 Broadwing Drive Las Vegas Nevada 89084
Deponent served the within

United States District Court: Summons in a Civil Action and Complaint  Individual Practices of Kenneth M. Karas; Individual P
Judge Lisa Margaret Smith

☐ Papers served had endorsed thereon index # and date of filing

On  Ray Duane

**Individual**  [x]  by delivering a true copy *of each* to said defendant personally, deponent knew the person so served to be the person described as said defendant therein.

**Corporation**  ☐ Religious Entity  ☐ Government Entity  ☐ Law Office  ☐ Medical Facility  ☐ Partnership  ☐ Other
by delivering thereat a true copy of each to
Said individual stated she/he is a managing/authorized agent of the corporation, thereof, authorized to accept legal process.

**Suitable Age Person**  by delivering thereat a true copy *of each* to          a person of suitable age and discretion.
Said premises is recipient's         within the state.
Person spoken to verified that defendant actually resides/is employed at these premises.

**Affixing To Door**  by affixing a true copy of each to the door of said premises, which is recipient's
---within the state.  Deponent was unable, with due diligence to find defendant or a person of suitable age
and discretion thereat, having called there:   Address Confirmed by

**Mailing**  On           deponent enclosed a copy of same in first class envelope properly addressed to recipient's last known
at:
The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.
The envelope was placed in an official depository under the exclusive care and custody of the U.S. Postal Service.

**Description** [x]  Gender **Male**  Color of skin **White**  Color of Hair **Brown**  Facial Hair **No**  Glasses **No**
Approximate age **50's**  Approximate height **6'0"**  Approximate weight **175**
Other identifying features:

**Fees**  At the time of said service, deponent paid (tendered) in advance **$0.00** the authorized traveling expenses and one day's witness fee.

**Military**  Defendant in the above entitled action.  In response to my questions said person told me that the Defendant was not in the military service or financially dependant upon anyone who is in the military service of the United States of America or of the State of New York in any capacity. From the facts above set forth, I am convinced that the said Defendant is not in the military service at the present time.

Sworn to before me on October 9, 2007

*[signature: Timothy Dillard]*                              *[signature: Harold Hyman]*
                                                            HAROLD HYMAN 657-A

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
TIMOTHY DILLARD
Appt. No. 99-57559-1
My Appt. Expires Aug. 22, 2011