# SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

### ATTORNEYS AT LAW

JOHN PAUL FULCO, PC
Partner

jfulco@salonmarrow.com

direct dial (646) 843-1917
direct fax (646) 843-1918

292 MADISON AVENUE, 6TH FLOOR

NEW YORK, NY 10017

Telephone   (212) 661-7100

Facsimile   (212) 661-3339

2 University Plaza, Suite 210
Hackensack, NJ  07601
Telephone (201) 662-0656
Facsimile (201)487-9054

257 Lyons Plains Road
Weston, CT 06883
Telephone (203) 227-0023
Facsimile (646) 843-1910

800 Corporate Drive, Suite 208
Ft. Lauderdale, FL  33334
Telephone (954) 491-0099
Facsimile (954)491-1544



October 22, 2007

MEMO ENDORSED



RECEIVED
OCT 2 3 2007
HON. LISA MARGARET SMITH
U.S.M.J.

*VIA FEDERAL EXPRESS*

Hon. Lisa M. Smith
Chief U.S. Magistrate Judge
United States Courthouse
Southern District of New York
300 Quarropas St., Rm. 428
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*Re:   Medtech Prods., Inc. v. DenTek Oral Care, Inc., et al.,*
*No. 07-CV-3302 (KMK)(LMS)*

Dear Judge Smith:

This firm represents defendant Kelly Kaplan in connection with the referenced matter.   In accordance with Your Honor's Individual Practices, I write respectfully to request that the time for Ms. Kaplan to respond or otherwise move with respect to plaintiff Medtech Products, Inc.'s ("Plaintiff's") second amended complaint (the "Amended Complaint") be extended until November 28, 2007.

Ms. Kaplan only became a party to this case when she was served with a summons and the Amended Complaint on October 8, 2007.  Ms. Kaplan's response to the Amended Complaint is currently due on October 29, 2007.  This is Ms. Kaplan's first request for an extension.  We have sought Plaintiff's consent to this application; however, Plaintiff's counsel (Amy Manning, Esq.) has agreed only to a two week extension of time.  Counsel has not provided any reason for her refusal to consent to a further extension.

The Amended Complaint consists of 298 paragraphs (not inclusive of the prayer for relief section) spread over 63 pages, contains a voluminous exhibits addendum, and seeks damages from Ms. Kaplan based on breach of contract, civil conspiracy, trade secret misappropriation and

129349X

SALON  MARROW  DYCKMAN  NEWMAN  &  BROUDY  LLP

October 22, 2007
Page 2

tortious interference theories.   In order to respond to this lengthy and complex Amended
Complaint, counsel will be required to master the factual background of this case, consider
complex legal issues, and determine whether a Rule 12 motion is appropriate, and if so, brief the
motion.

Accordingly, it is respectfully submitted that the extension of time sought is reasonable in the
circumstances, and we respectfully request that Your Honor grant Ms. Kaplan an extension of
her time to respond or otherwise move with respect to the Amended Complaint until November
28, 2007.

Respectfully submitted,

JOHN PAUL FULCO, P.C.

By:_____
John Paul Fulco

JPF:pg

cc:      All counsel of record via facsimile and first class mail