AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Medtech

V.

Ranir, LLC et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07 CV 3302 (KMK) (LMS)

TO: (Name and address of Defendant)

Kelly M. Kaplan  
4 Woodmont Road  
Upper Montclair, NJ 07043

C.D.S. Associates  
2441 East Rockledge Road  
Phoenix, AZ 85048-4308

Ray Duane  
7741 Broadwing Dr.  
North Las Vegas, NV 89084-2432

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Karl Geercken, Esq.  
Amy Manning, Esq.  
Alston & Bird LLP  
90 Park Avenue  
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON  
CLERK

OCT 0 4 2007  
DATE

(By) DEPUTY CLERK



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MEDTECH,

       Plaintiff,

-against-

RANIR, LLC, et al.,

       Defendants.
-------------------------------------------------------X

Case No. 07 CV 3302 (KMK) (LMS)

AFFIDAVIT OF SERVICE

STATE OF ARIZONA    )
                          S.S.:
COUNTY OF MARICOPA  )

Chonale Lee, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

That on the 9th day of October, 2007, at approximately the time of 7:17 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT FOR INJUNCTIVE RELIEF AND MONEY DAMAGES; CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; GUIDELINES FOR ELECTRONIC CASE FILING; PROCEDURES FOR ELECTRONIC CASE FILING; INDIVIDUAL PRACTICES OF KENNETH M. KARAS; AND INDIVIDUAL PROACTICES OF MAGISTRATE JUDGE LISA MARGARET SMITH upon C.D.S. ASSOCIATES at 2441 East Rockledge Road, Phoenix, AZ, by personally delivering and leaving the same with RAY DUANE who informed deponent that he holds the position of Owner with that company and is authorized by law to receive service at that address.

RAY DUANE is a white male, approximately 45 years of age, stands 6'0"+ approximately 6 feet 0+ inches tall, weighs approximately 140+ pounds with black hair.

_____
PROCESS SERVER

Sworn to before me this
23rd day of October, 2007

_____
NOTARY PUBLIC

JEFFREY EVERT
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 14, 2009

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com