```
┌─────────────────────────────────┐
│ USDS SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____          │
│ DATE FILED: _____          │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDTECH PRODUCTS, INC.,

                    Plaintiff,

        -v-

RANIR, LLC, and CVS PHARMACY, INC.,

                    Defendants.

---

MEDTECH PRODUCTS, INC.,

                    Plaintiff,

        -v-

DENTEK ORAL CARE, INC.,

                    Defendant.

---

MEDTECH PRODUCTS, INC.,

                    Plaintiff,

        -v-

POWER PRODUCTS, INC.,

                    Defendant.

---

Case No. 07-CV-3302 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

On October 11, 2007, Chief Magistrate Judge Lisa M. Smith issued a Report and

Recommendation (Doc. #71) on a Markman claim construction. Objections were due by

October 30, 2007. The Court has received objections from two of the Parties.

The Parties shall electronically file any and all responses to these objections no later than

Wednesday, November 7, 2007, and such responses shall not exceed five (5) pages in length.

No further replies will be permitted without the Court's express prior permission.

SO ORDERED.

Dated:        October 31, 2007
              White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE