*Karas, J*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDTECH PRODUCTS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANIR, LLC and ) <br> CVS PHARMACY, INC. ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> MEDTECH PRODUCTS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DENTEK ORAL CARE, INC., ) <br> KELLY M. KAPLAN, ) <br> RAY DUANE, and ) <br> C.D.S. ASSOCIATES, INC., ) <br> ) <br> Defendants. ) <br> _____ ) <br> MEDTECH PRODUCTS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> POWER PRODUCTS, INC., ) <br> d/b/a/ SPLINTEK, ) <br> ) <br> Defendant. ) <br> _____ ) | 07 CV 3302 (KMK) (LMS) |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*Partial*

**STIPULATION OF DISMISSAL OF CLAIMS BETWEEN PLAINTIFF AND
DEFENDANT POWER PRODUCTS, INC.**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff Medtech Products Inc. and Defendant Power Products, Inc. (d/b/a Splintek) ("Splintek") that all claims in this action against Splintek are dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, fees, and disbursements.

Dated: November 13, 2007

New York, New York

Respectfully submitted,

ALSTON & BIRD LLP

Karl Geercken (KG 5897)
Amy Manning (AM 0338)
90 Park Avenue
New York, NY 10016-1387

W. Edward Ramage
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Commerce Center, Suite 1000
211 Commerce Street
Nashville, TN 37201
(615) 726-5600
eramage@bakerdonelson.com

*ATTORNEYS FOR PLAINTIFF MEDTECH PRODUCTS INC.*

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP

Anthony P. La Rocco
Kathy Dutton Helmer
One Newark Center
Newark, New Jersey 07102
Telephone:(973) 848-4000

2

Facsimile: (973) 848-4001
E-Mail: alarocco@klng.com
khelmer@klng.com

Barry L. Pickens
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut, Suite 1400
Kansas City, MO  64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
E-Mail: bpickens@spencerfane.com

*ATTORNEYS FOR DEFENDANT POWER*
*PRODUCTS, INC.*

SO ORDERED this 1⁵ᵗʰ day of November, 2007

Hon. Kenneth M. Karas, U.S.D.J.

3