UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MEDTECH PRODUCTS, INC.,

                Plaintiff,

    v.

RANIR, LLC and
CVS PHARMACY, INC.,

                Defendants.

                              07 CV 3302 (KMK) (LMS)

MEDTECH PRODUCTS, INC.,

                Plaintiff,

    v.                                                         **[PROPOSED] ORDER**
                              **SEALING MEMORANDUM OF LAW**

DENTEK ORAL CARE, INC.,
KELLY M. KAPLAN,
RAY DUANE, and
C.D.S. ASSOCIATES, INC.,

                Defendants.

MEDTECH PRODUCTS, INC.

                Plaintiff,

    v.

POWER PRODUCTS, INC.
   d/b/a SPLINTEK,

                Defendant.
------------------------------------------------------------x

Upon motion by defendant Kelly Kaplan to file her memorandum in law in support of her motion to dismiss and for other relief ("Kaplan's Memorandum of Law") under seal,

IT IS HEREBY ORDERED that Kaplan's motion to seal is GRANTED in its entirety;

IT IS FURTHER ORDERED that Kaplan's Memorandum of Law shall be placed under seal by the Clerk of the Court.

Dated: White Plains, New York
      November 26, 2007

_____
Hon. Lisa M. Smith, Chief U.S. Mag. J.