UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MEDTECH PRODUCTS, INC.,

        Plaintiff,                      No. 07-CV-3302 (KMK)(LMS)

    -v-                                 ECF Case

DENTEK ORAL CARE, INC., et al.,

                                     NOTICE OF
        Defendants.                 APPEARANCE

-----------------------------------------------------------x

TO THE CLERK OF THE COURT:

        Please take notice of the undersigned's appearance as counsel of record to defendants Ray Duane and C.D.S. Associates, Inc.

Dated: New York, New York
       January 18, 2008

                                        GREENBERG FREEMAN LLP

                                        By:   /s/ *Michael A. Freeman*
                                              Michael A. Freeman (MAF-9600)
                                              24 West 40th Street, 17th Floor
                                              New York, NY  10018
                                              (646) 366-0881
                                              *Attorneys for Defendants Ray Duane*
                                                *and C.D.S. Associates, Inc.*

To:    ALSTON & BIRD, LLP
         Karl Geercken
         90 Park Avenue
         New York, NY  10016-1387
         (212) 210-9741
         *Attorneys for Plaintiff*

BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ
W. Edward Ramage
Commerce Center, Suite 1000
211 Commerce Street
Nashville, TN  37201
(615) 726-5600
*Attorneys for Plaintiff*

PROSKAUER ROSE LLP
James Shalek
Alan Federbush
Theodore Cheng
1585 Broadway
New York, NY  10036
(212) 969-3000
*Attorneys for Defendant Dentek Oral Care, Inc.*

SALON, MARROW, DYCKMAN, NEWMAN & BROUDY LLP
John P. Fulco
292 Madison Ave
New York, NY 10017
(212) 661-7100
*Attorneys for Defendant Kelly M. Kaplan*