UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

MEDTECH PRODUCTS, INC.,

     Plaintiff,     No. 07-CV-3302 (KMK)(LMS)

  -v-

DENTEK ORAL CARE, INC., et al.,

             RULE 7.1 DISCLOSURE
     Defendants.  STATEMENT_____

----------------------------------------------------------x

    Defendant C.D.S. Associates, Inc., by and through its undersigned counsel, makes

the following disclosure pursuant to Fed. R. Civ. P. 7.1:

    Defendant C.D.S. Associates, Inc. has no parent corporation and no publicly held

corporation owns 10% or more of its stock.

Dated: New York, New York
   January 18, 2008


       GREENBERG FREEMAN LLP


       By:___/s/ *Michael A. Freeman*_____
         Michael A. Freeman (MAF-9600)
         24 West 40th Street, 17th Floor
         New York, New York  10018
         (646) 366-0881
         *Attorneys for Defendants Ray Duane*
          *and C.D.S. Associates, Inc.*

To:    ALSTON & BIRD, LLP
       Karl Geercken
       90 Park Avenue
       New York, NY  10016-1387
       (212) 210-9741
       *Attorneys for Plaintiff*

       BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ
       W. Edward Ramage
       Commerce Center, Suite 1000
       211 Commerce Street
       Nashville, TN  37201
       (615) 726-5600
       *Attorneys for Plaintiff*

       PROSKAUER ROSE LLP
       James Shalek
       Alan Federbush
       Theodore Cheng
       1585 Broadway
       New York, NY  10036
       (212) 969-3000
       *Attorneys for Defendant Dentek Oral Care, Inc.*

       SALON, MARROW, DYCKMAN, NEWMAN & BROUDY LLP
       John P. Fulco
       292 Madison Ave
       New York, NY 10017
       (212) 661-7100
       *Attorneys for Defendant Kelly M. Kaplan*