UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MEDTECH PRODUCTS, INC.,

        Plaintiff,　　　　　　　　　　　　No. 07-CV-3302 (KMK)(LMS)

       -v-　　　　　　　　　　　　　　　　ECF Case

DENTEK ORAL CARE, INC., et al.,
　　　　　　　　　　　　　　　　　　　　NOTICE OF
        Defendants.　　　　　　　　　　　APPEARANCE

-----------------------------------------------------------x

TO THE CLERK OF THE COURT:

       Please take notice of the undersigned's appearance as counsel of record to defendants Ray Duane and C.D.S. Associates, Inc.

Dated: New York, New York
　　　　January 18, 2008

                           GREENBERG FREEMAN LLP

                         By:_____
                         Michael A. Freeman (MAF-9600)
                         24 West 40th Street, 17th Floor
                         New York, NY 10018
                         (646) 366-0881
                         *Attorneys for Defendants Ray Duane*
                         *and C.D.S. Associates, Inc.*

To:   ALSTON & BIRD, LLP
       Karl Geercken
       90 Park Avenue
       New York, NY 10016-1387
       (212) 210-9741
       *Attorneys for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ
W. Edward Ramage
Commerce Center, Suite 1000
211 Commerce Street
Nashville, TN 37201
(615) 726-5600
*Attorneys for Plaintiff*

PROSKAUER ROSE LLP
James Shalek
Alan Federbush
Theodore Cheng
1585 Broadway
New York, NY 10036
(212) 969-3000
*Attorneys for Defendant Dentek Oral Care, Inc.*

SALON, MARROW, DYCKMAN, NEWMAN & BROUDY LLP
John P. Fulco
292 Madison Ave.
New York, NY 10017
(212) 661-7100
*Attorneys for Defendant Kelly M. Kaplan*

## CERTIFICATE OF SERVICE

       Michael A. Freeman, an attorney duly admitted to practice law in the State of New York and the United States District Court for the Southern District of New York, certifies under the penalties of perjury that he caused the attached notice of appearance to be served on January 18, 2007 by first class mail, postage pre-paid, on the following:

ALSTON & BIRD, LLP
Karl Geercken
90 Park Avenue
New York, NY 10016-1387
(212) 210-9741
*Attorneys for Plaintiff*

BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ
W. Edward Ramage
Commerce Center, Suite 1000
211 Commerce Street
Nashville, TN 37201
(615) 726-5600
*Attorneys for Plaintiff*

PROSKAUER ROSE LLP
Alan Federbush
1585 Broadway
New York, NY 10036
(212) 969-3000
*Attorneys for Defendant Dentek Oral Care, Inc.*

SALON, MARROW, DYCKMAN, NEWMAN & BROUDY LLP
John P. Fulco
292 Madison Ave.
New York, NY 10017
(212) 661-7100
*Attorneys for Defendant Kelly M. Kaplan*

                                                                  Michael A. Freeman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDTECH PRODUCTS INC.,

Plaintiff,

-v-

DENTEK ORAL CARE, INC., et al.,

Defendants.

No. 07-CV-3302 (KMK)(LMS)

ECF Case

**NOTICE OF APPEARANCE**

GREENBERG FREEMAN LLP
24 West 40th Street, 17th Floor
New York, New York 10018
(646) 366-0881

*Attorneys for Defendants Ray Duane and C.D.S. Associates, Inc.*