AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Case Number: 07 CV 03302-KMK-LMS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DENTEK ORAL CARE, INC. (formerly 07 CV 03304 (CLB))

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/30/2007 | _[signature]_ |
| Date | Signature |
| | Theodore K. Cheng — TC-8414 |
| | Print Name — Bar Number |
| | Proskauer Rose LLP, 1585 Broadway |
| | Address |
| | New York — NY — 10036-8299 |
| | City — State — Zip Code |
| | (212) 969-3000 — (212) 969-2900 |
| | Phone Number — Fax Number |