AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Medtech Products, Inc. v. DenTek Oral Care, Inc.

Case Number: 07 CV 3302 (KMK)(LMS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
DENTEK ORAL CARE, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/4/2008 | _(signature)_ |
| Date | Signature |
| | Alan Federbush  —  AF5250 |
| | Print Name  —  Bar Number |
| | Proskauer Rose LLP, 1585 Broadway |
| | Address |
| | New York   NY   10036 |
| | City   State   Zip Code |
| | (212) 969-3211   (212) 969-2900 |
| | Phone Number   Fax Number |