UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Medtech Products, Inc.,

        Plaintiff(s),                       07 Civ. 3302 (KMK)(LMS)

   -against-

DenTek Oral Care, Inc., et al.,              CALENDAR NOTICE

        Defendant(s).

------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Please take notice that the above captioned matter has been scheduled for:

| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | ___ Suppression hearing |
| ✓ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Kenneth M. Karas, United States District Judge, on Monday, April 14, 2008 at 12:00 p.m.** in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: March 27, 2008
       White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J