# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

April 11, 2008

## SCHEDULING ORDER
07CV3302(KMK)(LMS)

Karl Geercken    Amy Suzanne Manning
Alston & Bird, LLP(NYC)
90 Park Avenue
New York, NY 10016

Alan Federbush
Proskauer Rose
1585 Broadway
New York, NY 10036-8299

John Paul Fulco
Salon Marrow Dyckman Newman & Broudy
292 Madison Avenue
New York, NY 10017

The matter of    **MEDTECH-V-RANIR**    has been   **re- scheduled**

for *conference* before the Hon. Lisa Margaret Smith, United States Magistrate Judge,

from   5/16/08    to    *June 20, 2008 at 2:00PM*

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY**
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

SO ORDERED:  _____
Hon. Lisa Margaret Smith
U.S.M.J.