**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| _____ ) | |
| **MEDTECH PRODUCTS INC.,** ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| **RANIR, LLC AND CVS PHARMACY,** ) | |
| **INC.,** ) | |
| **Defendants.** ) | |
| _____ ) | |
| **MEDTECH PRODUCTS INC.,** ) | **Civil Action No. 07 CV 3302 (KMK)(LMS)** |
| **Plaintiff,** ) | |
| **v.** ) | |
| **DENTEK ORAL CARE, INC.,** ) | **ECF FILED** |
| **KELLY M. KAPLAN,** ) | |
| **RAY DAUNE, AND** ) | |
| **C.D.S. ASSOCIATES, INC.** ) | |
| **Defendants.** ) | |
| _____ ) | |
| **MEDTECH PRODUCTS INC.,** ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| **POWER PRODUCTS, INC.,** ) | |
| **d/b/a/ SPLINTEK,** ) | |
| **Defendant.** ) | |
| _____ ) | |

**JOINT MOTION TO EXTEND THE TIME TO ISSUE INTERROGATORIES ON THE**
**INTELLECTUAL PROPERTY CLAIMS**

Counsel for all parties submit this Joint Motion To Extend the Time to Issue Interrogatories on the Intellectual Property Claims ("Joint Motion") in the above-captioned matter. For the reasons stated in this Joint Motion, all parties ask that this extension be **GRANTED**.

1.    On February 14, 2008, the parties were present before the Court for a planning conference. At that time, various deadlines were set in this case, including that Medtech Products Inc. and DenTek Oral Care, Inc. ("DenTek") would produce documents responsive to

the outstanding intellectual property document requests by March 31, 2008, and that interrogatories would be served by April 25, 2008.

2.     Subsequently, DenTek requested and was granted an extension of time to produce documents until April 30, 2008.

3.     All parties agree that, in light of this extension to produce documents, the deadline to serve interrogatories should be extended from April 25, 2008 to May 23, 2008.

Wherefore, all parties request that the deadline for serving interrogatories, both discovery and contention, should be moved from April 25, 2008 to May 23, 2008.

Dated: April 25, 2008

ALSTON & BIRD LLP


By:  s/ Karl Geercken
     Karl Geercken (KG 5897)
     Amy Manning (AM 0338)
90 Park Avenue
New York, New York 10016-1387
(212) 210-9471 (phone)
karl.geercken@alston.com
amy.manning@alston.com

Todd R. David GA BPR No. 206526
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
todd.david@alston.com

W. Edward Ramage, TN BPR No. 16261
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
Commerce Center, Suite 1000
211 Commerce Street
Nashville, Tennessee  37201
(615) 726-5600
eramage@bakerdonelson.com

Thomas O. Helton, TN BPR No. 01929
BAKER, DONELSON, BEARMAN,
　CALDWELL & BERKOWITZ, P.C.
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee  37450-1800
(423) 756-2010
mjohnson@bakerdonelson.com
csanko@bakerdonelson.com

Attorneys for Plaintiff
Medtech Products Inc.

SALON MARROW DYCKMAN
NEWMAN BROUDY, LLP

By:  s/ John Paul Fulco
　　　John Paul Fulco
　　　Petek Gunay
292 Madison Ave, 6th floor
New York, NY 10017
(212) 661-7100
(212) 661-3339 (fax)
jfulco@salonmarrow.com
pgunay@salonmarrow.com

Attorneys for Defendant
Kelly Kaplan

GREENBERG FREEMAN, L.L.P.

By:  s/ Michael Alan Freeman
　　　Michael Alan Freeman
24 West 40th Street
17th Floor
New York, NY 10018
(646) 366-0881
freeman@greenbergfreeman.com

Attorneys for Defendants
C.D.S. Associates, Inc. and Ray Duane

PROSKAUER ROSE LLP

By:  s/ Theodore Cheng
　　　James Holman Shalek
　　　Alan Federbush

Theodore Kevin Cheng
1585 Broadway
New York, NY 10036
(212) 969-3000
jshalek@proskauer.com
afederbush@proskauer.com
tcheng@proskauer.com

Attorneys for Defendant
DenTek Oral Care, Inc.