# BAKER DONELSON
BEARMAN, CALDWELL & BERKOWITZ, PC

1800 REPUBLIC CENTRE
633 CHESTNUT STREET
CHATTANOOGA, TENNESSEE 37450
PHONE: 423.756.2010
FAX: 423.756.3447
www.bakerdonelson.com





T. O. HELTON
**Direct Dial**: 423.209.4194
**Direct Fax**: 423.752.9544
**E-Mail Address**: thelton@bakerdonelson.com

May 30, 2008

**VIA HAND DELIVERY**

Honorable Lisa M. Smith
United States Magistrate Judge
United States Courthouse
300 Quarropas St., Room 428
White Plains, NY 10601

    Re:    Medtech Products Inc. v. DenTek Oral Care, Inc., et al., Case No. 07 cv. 03302 (KMK) (LMS)

Dear Magistrate Judge Smith:

Medtech Products Inc. ("Medtech") writes in regard to Ms. Kelly Kaplan's ("Ms. Kaplan") April 25, 2008 letter requesting that the Court excuse her from producing documents responsive to Medtech's document requests on the ground that any relevant information she may have would be in the files of DenTek Oral Care, Inc. ("DenTek"). That request has been fully briefed by all parties in accordance with the Court's July 9, 2007 Order. Since then, in the course of reviewing documents produced by DenTek, Medtech has identified additional information relating to Ms. Kaplan's possession of documents which may bear on the Court's decision. Accordingly, Medtech respectfully seeks the Court's permission to file a supplemental letter brief, not to exceed two (2) double spaced pages, addressing this additional information. We thank the Court in advance for its understanding and consideration and look forward to hearing from the Court at the Court's earliest convenience.

Respectfully Submitted,

T. O. Helton
For the Firm

*[Handwritten margin note: Deemed letter motion. Motion granted. So ordered. LMS 5-30-08]*

ALABAMA   GEORGIA  • LOUISIANA  • MISSISSIPPI  TENNESSEE  • WASHINGTON, D.C.  BEIJING, Representative Office, BDBC International LLC