UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MEDTECH PRODUCTS, INC.,                :

      Plaintiff,                                        :            ORDER

      -against-                                      :            07 Civ. 3302 (KMK)(LMS)

DENTEK ORAL CARE, INC., et al.,       :

      Defendant.                                   :

------------------------------------------------------------x

      This Court is in receipt of a series of letters from counsel for all parties relating to a variety of discovery disputes. The disputes are resolved as follows:

      Defendant Kelly Kaplan's application for a protective order is denied, and her request for an extension of time is granted. Ms. Kaplan shall produce the documents demanded in the March 7, 2008, demand. Such production may be in a rolling fashion, with at least partial production to be completed no later than June 24, 2008, and complete production to be completed no later than July 11, 2008.

      Plaintiff's application for firm deadlines for production of documents by defendant DenTek is granted. Any outstanding production as of the date of this Order shall be completed no later than July 3, 2008.

Dated: June 3, 2008
       White Plains, New York

                                  SO ORDERED

                                  Lisa Margaret Smith
                                  United States Magistrate Judge
                                  Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: _____