**MEMORANDUM TO DOCKET CLERK / TAPELOG/ORDER**

Before: Hon. Lisa Margaret Smith, USMJ

United States District Court
Southern District of New York
------------------------------X
**MEDTECH**                                           Docket# 07CV3302    KMK

        Plaintiff(s)                                ALL

  against

**RANIR**

        Defendant(s)
------------------------------X

✓ Pretrial Conference    (In Person/Telephone)
__ Settlement Conference
__ Other _____

__ Began    ✓ Held    __ Continued    __ Completed    __ Scheduled

Date **06/27/2008**    Time **1000**    Duration (Min) **90** ③

For Plaintiff:
W. Edward Ramage   Carl M. Davis, II   Clinton P. Sanko   John M. Phillips   Lea Hall Speed   Michael S. Connor
Micheline Kelly Johnson   Samuel F. Miller   Thomas O. Helton

Karl Geercken ①

For Defendant:
Karl Geercken   Amy Suzanne Manning
Alston & Bird, LLP(NYC)
90 Park Avenue

Alan Federbush - James Shalek - Theodore Chang   Dentek
Proskauer Rose   ①
1585 Broadway
New York, NY 10036-8299
212 969 3211
f212 969 2900

Enckler rep of MedTech

John Paul Fulco   Petek Gunay   ② Kaplan
Salon Marrow Dyckman Newman & Broudy
292 Madison Avenue
New York, NY 10017
v646 843 1917
f646 843 1918

Michael Freeman ⓔ CDS + Duane

Remarks: Plaintiff's motion that defendant Dentek be compelled to disclose its search retrieval methodologies, protocols, and search terms, is granted.

Defendant Kelly Kaplan's production, as Ordered June 3, 2008, is to be completed by August 11.

ADJOURNED DATE 7/25/08

TAPELOG
Tape
From    To

Submitted by/So Ordered: /s/ Lisa Margaret Smith
Courtroom Deputy/USMJ