**MEMO ENDORSED**

# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

**Karl Geercken**  Direct Dial: 212-210-9471  E-mail: karl.geercken@alston.com

July 1, 2008



VIA UPS OVERNIGHT DELIVERY

Honorable Lisa M. Smith
United States Magistrate Judge
United States Courthouse
300 Quarropas St., Room 428
White Plains, NY 10601

Re: *Medtech Products Inc. v. DenTek Oral Care, Inc. et al.*, 07-cv-3302 (KMK)(LMS) (S.D.N.Y.)

Dear Magistrate Judge Smith:

We represent Medtech Products Inc. ("Medtech") in the above-named litigation. We respectfully request that Michael S. Connor, Amy Suzanne Manning, Carl M. Davis, II, and Lea Hall Speed be withdrawn as Counsel of Record in this case. The law firm of Alston & Bird, along with its co-counsel Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., will remain as counsel for Medtech. We respectfully request that the Court instruct the Docket Clerk to terminate these attorneys' association with this case.

Respectfully submitted,

Karl Geercken

cc: Counsel of Record (via email)

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.
7/7/08

---

Atlanta • Charlotte • Dallas • New York • Research Triangle • Washington, D.C.